MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:      +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-04002-LB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BRUCE PERENS PURSUANT TO CIVIL L.R. 5-1(C)(2)**<br><br>**Action Filed:**　**July 17, 2017**<br>**Trial Date:**　　None set |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Melody Drummond Hansen, of O'Melveny & Myers LLP, hereby enters her appearance on behalf of Defendant Bruce Perens in this matter.[1]

Appearing counsel request that all papers in this action be served upon the undersigned at the address below:

> Melody Drummond Hansen
> O'Melveny & Myers LLP
> 2765 Sand Hill Road
> Menlo Park, California  94025-7019
> Telephone:  650 473 2600
> Facsimile:  650 473 260
> E-mail:  mdrummondhansen@omm.com

Melody Drummond Hansen is admitted to practice and in good standing in this Court.

Dated:  September 18, 2017

MELODY DRUMMOND HANSEN
HEATHER J. MEEKER
CARA L. GAGLIANO
O'MELVENY & MYERS LLP


By:  */s/ Melody Drummond Hansen*
          Melody Drummond Hansen
Attorneys for Defendant
Bruce Perens

---

[1] This notice is filed solely for purposes of complying with the Local Rules and is not intended to operate as an admission of any factual allegation or legal conclusion, or as a waiver of any objection, including personal jurisdiction.