| | |
|---|---|
| 1 | MELODY DRUMMOND HANSEN (S.B. #278786) |
| 2 | mdrummondhansen@omm.com<br>HEATHER J. MEEKER (S.B. #172148) |
| 3 | hmeeker@omm.com<br>O'MELVENY & MYERS LLP |
| 4 | 2765 Sand Hill Road<br>Menlo Park, California  94025-7019 |
| 5 | Telephone:     +1 650 473 2600<br>Facsimile:      +1 650 473 2601 |
| 6 | CARA L. GAGLIANO (S.B. #308639) |
| 7 | cgagliano@omm.com<br>Two Embarcadero Center |
| 8 | 28th Floor<br>San Francisco, California 94111-3823 |
| 9 | Telephone:     +1 415 984 8700<br>Facsimile:      +1 415 984 8701 |
| 10 | Attorneys for Defendant |
| 11 | Bruce Perens |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., | Case No. 3:17-cv-04002-LB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BRUCE PERENS PURSUANT TO CIVIL L.R. 5-1(C)(2)** |
| v. | |
| BRUCE PERENS, and Does 1-50, | **Action Filed:**  **July 17, 2017** |
| Defendants. | **Trial Date:**     **None set** |

NOTICE OF APPEARANCE
PURSUANT TO CIVIL L.R. 5-1(C)(2)
CASE NO. 3:17-CV-04002-LB

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Heather J. Meeker, of O'Melveny & Myers LLP, hereby enters her appearance on behalf of Defendant Bruce Perens in this matter.[1]

Appearing counsel request that all papers in this action be served upon the undersigned at the address below:

> Heather J. Meeker
> O'MELVENY & MYERS LLP
> 2765 Sand Hill Road
> Menlo Park, California  94025-7019
> Telephone:	650 473 2600
> Facsimile:	650 473 2601
> E-mail:  hmeeker@omm.com

Heather J. Meeker is admitted to practice and in good standing in this Court.

Dated:  September 18, 2017

> MELODY DRUMMOND HANSEN
> HEATHER J. MEEKER
> CARA L. GAGLIANO
> O'MELVENY & MYERS LLP
>
>
> By:   */s/ Heather J. Meeker*
>              Heather J. Meeker
> Attorneys for Defendant
> Bruce Perens

---

[1] This notice is filed solely for purposes of complying with the Local Rules and is not intended to operate as an admission of any factual allegation or legal conclusion, or as a waiver of any objection, including personal jurisdiction.