MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:    +1 650 473 2600
Facsimile:    +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>        Defendants. | Case No. 3:17-cv-04002-LB<br><br>**DECLARATION OF MELODY DRUMMOND HANSEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>Hearing Date:  October 26, 2017<br>Time:  9:30 a.m.<br>Location:  Courtroom C, 15th Floor<br>Judge:  Hon. Laurel Beeler |

**DECLARATION OF MELODY DRUMMOND HANSEN**

I, Melody Drummond Hansen, declare as follows:

1.   I am a partner of O'Melveny & Myers LLP, with an office located at 2765 Sand Hill Road, Menlo Park, CA 94025.  O'Melveny is counsel for Defendant Bruce Perens ("Perens") in the above-referenced action.  I am a member of the bar of the State of California.  I have personal knowledge and am informed of the facts stated herein and, if called to testify, could and would testify completely hereto.

2.   Attached hereto as **Exhibit A** is a true and correct copy of a printout of an internet forum discussion thread, available at https://linux.slashdot.org/story/17/07/09/188246/bruce-perens-warns-grsecurity-breaches-the-linux-kernels-gpl-license, that was referred to and incorporated by reference into Plaintiff's Complaint.  *See* ECF No. 1 ("Compl.") at ¶¶ 34, 48, 59–60, 66.  Plaintiff's Complaint attached as Exhibit E a version of the discussion thread that displayed only comments posted by Mr. Perens.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 18th day of September 2017 in Menlo Park, California.

By:  */s/ Melody Drummond Hansen*
Melody Drummond Hansen
Of O'Melveny & Myers LLP