MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:    +1 650 473 2600
Facsimile:    +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>    Defendants. | Case No. 3:17-cv-04002-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>Hearing Date:  October 26, 2017<br>Time:  9:30 a.m.<br>Location:  Courtroom C, 15th Floor<br>Judge:  Hon. Laurel Beeler |

**[PROPOSED] ORDER**

Defendant Bruce Perens moves to dismiss with prejudice Plaintiff's Complaint under Federal Rule of Civil Procedure Section 12(b)(6) and specially moves to strike Plaintiff's Complaint under California's anti-SLAPP Statute, California Code of Civil Procedure Section 425.16.  On October 26, 2017, the Court held a hearing on the motion, with Chhabra Law Firm, PC appearing for Plaintiff Open Source Security Inc. ("Plaintiff") and O'Melveny & Myers LLP appearing for Defendant.

After considering Defendant's moving papers and attached exhibits, opposing and reply papers, arguments of counsel, and all other materials presented to the Court, and good cause appearing, **IT IS HEREBY ORDERED:**

____ Defendant's motions to dismiss the Complaint pursuant to Federal Rule of Civil Procedure Section 12(b)(6) and to strike Plaintiff's claims pursuant to California's anti-SLAPP statute is **GRANTED**.  Plaintiff's Complaint is hereby dismissed with prejudice.

____ **IT IS HEREBY FURTHER ORDERED** that Defendant is entitled to reimbursement of his reasonable attorneys' fees in bringing the motion, as provided by California Code of Civil Procedure Section 425.16.  Defendants shall submit a motion documenting their reasonable fees within thirty (30) days of the issuance of this order.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Laurel Beeler
United States Magistrate Judge