MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:     +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRUCE PERENS, and Does 1-50, <br><br> Defendants. | Case No. 3:17-cv-04002-LB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6) AND SPECIAL MOTION TO STRIKE PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE SECTION 425.16** <br><br> Hearing Date:  October 26, 2017 <br> Time:  9:30 a.m. <br> Location:  Courtroom C, 15th Floor <br> Judge:  Hon. Laurel Beeler |

**[PROPOSED] ORDER**

The Court, having considered all of the papers submitted in support and in opposition to Defendant Bruce Perens's ("Defendant") Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Special Motion to Strike Pursuant to the California Anti-SLAPP Statute, as well as argument of counsel, hereby GRANTS Defendant's motion.

The Court takes judicial notice of the following documents in support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Special Motion to Strick Pursuant to California anti-SLAPP Statute:

1. An August 8, 2016 memorandum issued by the Executive Office of the President, Office of Management and Budget titled "Federal Source Code Policy: Achieving Efficiency, Transparency, and Innovation through Reusable and Open Source Software."

2. An October 16, 2009 memorandum issued by the United States Department of Defense Chief Information Officer titled "Clarifying Guidance Regarding Open Source Software (OSS)."

3. A webpage published and maintained by the United States Department of Defense Chief Information Officer titled "DoD Open Source Software (OSS) FAQ," available at http://dodcio.defense.gov/Open-Source-Software-FAQ/.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Laurel Beeler
United States Magistrate Judge