MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRUCE PERENS, and Does 1-50, <br><br> Defendants. | Case No. 3:17-cv-04002-LB <br><br> **DEFENDANT BRUCE PERENS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15)** <br><br> **Action Filed:** **July 17, 2017** <br> **Trial Date:** None set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 18, 2017

        MELODY DRUMMOND HANSEN
        HEATHER J. MEEKER
        CARA L. GAGLIANO
        O'MELVENY & MYERS LLP

By: */s/ Melody Drummond Hansen*
        Melody Drummond Hansen
Attorneys for Defendant
Bruce Perens