1  CHHABRA LAW FIRM, PC
   ROHIT CHHABRA (SBN 278798)
2  Email: rohit@thelawfirm.io
   257 Castro Street Suite 104
3  Mountain View, CA  94041
   Telephone: (650) 564-7929
4
   **Attorney for Plaintiff**
5  Open Source Security Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC.<br>Plaintiff,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**Stipulated Request for Order Continuing Initial Case Management Conference and ADR Deadlines [and Proposed Order]**<br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler<br>Trial Date: None Set |

The Initial Case Management Conference in this matter is currently set for October 19, 2017.

Counsel for Defendant Perens has previous scheduled travel on that date that makes her unable to attend the conference.  Further, Defendant Perens has filed a motion to dismiss and special motion to strike the complaint pursuant to the California Anti-Slapp Statute, Code Of Civil Procedure Section 425.16, currently set for October 26, 2017, and counsel for both parties agree that continuance of the Case Management Conference and all currently pending deadlines other than deadlines related to Defendant's motions, until a ruling is made on those motions, will permit more efficient case management, will serve the interests judicial economy, and will conserve Party and Court resources.

Accordingly, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and request, through their respective counsel, as follows:

(1) the initial Case Management Conference be held on November 30, 2017 at 11:00 AM in Courtroom C, 15th Floor, Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102;

(2) November 9, 2017, be set as the last day to: (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan per Federal Rule 26(f) & ADR L.R. 3-5; (b) file ADR Certification signed by Parties and Counsel per Civil L.R . 16-8(b) & ADR L.R. 3-5(b); and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference per Civil L.R . 16-8(c) & ADR L.R. 3-5(b);

(3) November 22, 2017, be set as the last day to: (a) file the parties' Joint Case Management Statement and Rule 26(f) Report; (b) complete Initial Disclosures or state objections to such disclosures in the Rule 26(f) Report; and (c) file Case Management Statement per Standing Order regarding Contents of Joint Case Management Statement, according to Federal Rule 26(a) (1) and Civil L.R . 16-9.

Dated: September 21, 2017

| CHHABRA LAW FIRM, PC | O'MELVENY & MYERS LLP |
|---|---|
| /s/*Rohit Chhabra* | /s/ *Melody Drummond Hansen* |
| Rohit Chhabra<br>Attorney for Plaintiff<br>Open Source Security Inc. | Melody Drummond Hansen<br>Attorney for Defendant<br>Bruce Perens |

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM |||
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 7/17/2017 | Complaint Filed | |
| 11/9/2017 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | file ADR Certification signed by Parties and Counsel<br>(form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| | file either Stipulation to ADR Process or Notice of<br>Need for ADR Phone Conference<br>http://www.adr.cand.uscourts.gov<br>(form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(c) & ADR L.R. 3-5(b) |
| 11/22/2017 | Last day to file Rule 26(f) Report, complete initial<br>disclosures or state objection in Rule 26(f) Report and<br>file Case Management Statement per Standing Order re<br>Contents of Joint Case Management Statement<br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 11/30/2017 | INITIAL CASE MANAGEMENT CONFERENCE<br>(CMC) at 11:00 AM in:<br>Courtroom C, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R . 16-10 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____ _____
THE HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Rohit Chhabra, attest that concurrence in the filing of this Stipulation to Continue the Case Management Conference and Other Pending Deadlines (L.R. 6-2(a)) has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of September 2017, at Mountain View, California.

                                        CHHABRA LAW FIRM, PC

                                        /s/*Rohit Chhabra*
                                        Rohit Chhabra
                                        Attorney for Plaintiff
                                        Open Source Security Inc.

**DECLARATION PURSUANT TO CIVIL LOCAL RULE 6-2(a)**

I, Rohit Chhabra, declare that:

On information and belief, counsel for Defendant Perens has previous scheduled travel on that date that makes her unable to attend the conference.  Further, both parties request the court to rule on Defendant Perens motion to dismiss and special motion to strike the complaint pursuant to the California Anti-Slapp Statute, Code Of Civil Procedure Section 425.16, currently set for October 26, 2017, prior to the Case Management Conference and all currently pending deadlines. No previous time modifications have been made in the case. The effect of the continuation on the schedule for the case will be minimal, while permitting more efficient case management, serving the interests judicial economy, and conserve party and Court resources.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and I believe those matters to be true.

Executed this 22nd day of September 2017, at Mountain View, California.

                                        CHHABRA LAW FIRM, PC

                                        /s/*Rohit Chhabra*
                                        Rohit Chhabra
                                        Attorney for Plaintiff
                                        Open Source Security Inc.