CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiff**
Open Source Security Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC.<br>Plaintiff,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**MOTION UNDER FED. R. Civ. P. 19 TO ADD BRADLEY SPENGLER AS CO-PLAINTIFF; DECLARATION OF BRADELY SPENGLER; AND [Proposed] ORDER**<br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

3:17-CV-04002-LB

MOTION UNDER FED. R. Civ. P. 19 TO ADD BRADLEY SPENGLER AS CO-PLAINTIFF

**MOTION UNDER FED. R. Civ. P. 19 TO JOIN BRADLEY SPENGLER AS CO-PLAINTIFF**

Bradley Spengler is the CEO and sole-owner of Open Source Security Inc. Plaintiff Open Source Security, Inc. ("OSS") has brought claims against Defendants. As the sole-owner of OSS, Bradley Spengler has been directly affected and injured by Defendants' conduct in this action. However, to avoid culpability, Defendant Perens has hidden under the veil of California's Anti-SLAPP statute along with a motion to dismiss under Fed. R. Civ. P. 12(b)(6). Plaintiff OSS will not be able to adequately litigate its claims without having its CEO, Bradley Spengler joined as a co-plaintiff in this matter. Therefore, Plaintiff OSS respectfully requests the Court to join Spengler as a required co-plaintiff under Rule 19(a)(1) of the Federal Rules of Civil Procedure.

**DISCUSSION**

**I. RULE 19**

Under Rule 19(a)(1)(a) of the FRCP, a party must be joined as a party if "in that person's absence, the court cannot accord complete relief among existing parties." Here, the Court cannot award complete relief towards the causes of actions filed against Defendants. Bradley Spengler is domiciled in Pennsylvania, and his addition as a co-plaintiff will not defeat federal subject matter jurisdiction in this matter.

**CONCLUSION**

For the forgoing reasons, the Court should join Bradley Spengler as a required party under Rule 19 of the FRCP.

Respectfully submitted,

CHHABRA LAW FIRM, PC

/s/*Rohit Chhabra*
Rohit Chhabra
Attorney for Plaintiff
Open Source Security Inc.