## DECLARATION

I, Bradley Spengler, Declare:

1. I am the chief executive officer (CEO) and sole-owner of Open Source Security, Inc. ("OSS").
2. I am domiciled in the state of Pennsylvania.
3. On information and belief, without me joining as a co-plaintiff in this action, the Court cannot accord complete relief among existing parties.
4. Being the sole-owner of OSS, I am directly affected and allege injury due to the conduct of Defendants.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and I believe those matters to be true.

Executed this 29nd day of September 2017, at Lancaster, Pennsylvania .

*/s/ Bradley Spengler*

Bradley Spengler

3:17-CV-04002-LB

MOTION UNDER Fed. R. Civ. P 19 TO ADD BRADLEY SPENGLER AS CO-PLAINTIFF