UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN SOURCE SECURITY INC.<br>　　　　Plaintiff,<br>　v.<br>BRUCE PERENS, and Does 1-50,<br>　　　　Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**[Proposed] ORDER**<br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

　　　Appearing GOOD CAUSE, the Court joins Bradley Spengler as a required co-plaintiff under Fed. R. Civ. P. 19 (a) (1).

　　　IT IS SO ORDERED.

Date:_____       _____
　　　　　　　　　　　　　　　　　　　THE HONORABLE LAUREL BEELER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT