CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiff**
Open Source Security Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC.<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>　　　　　　　Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**MOTION UNDER FED. R. Civ. P. 20 TO JOIN BRADLEY SPENGLER AS CO-PLAINTIFF; AND [Proposed] ORDER**<br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

3:17-CV-04002-LB

MOTION UNDER FED. R. Civ. P. 20 TO JOIN BRADLEY SPENGLER AS CO-PLAINTIFF

**MOTION UNDER FED. R. Civ. P. 20 TO JOIN BRADLEY SPENGLER AS CO-PLAINTIFF**

As alleged in the First Amended Complaint, Bradley Spengler asserts:

(i) a right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences, that is, the defamatory publications in this action; and

(ii) any question of law or fact common to all plaintiffs arises in this action, since the facts of false light and defamation are common to all plaintiffs.

Therefore, this Court should grant permission to join Spengler as co-plaintiff in this action.

## **CONCLUSION**

For the forgoing reasons, the Court should join Bradley Spengler as a permissive party under Rule 20 of the FRCP.

Date Oct. 2, 2017.

Respectfully submitted,

CHHABRA LAW FIRM, PC

/s/*Rohit Chhabra*
Rohit Chhabra
Attorney for Plaintiff
Open Source Security Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC.<br>　　　　　Plaintiff,<br><br>　v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**[Proposed] ORDER**<br><br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

Appearing GOOD CAUSE, the Court joins Bradley Spengler as a permissive co-plaintiff under Fed. R. Civ. P. 20.

IT IS SO ORDERED.

Date:_____

THE HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT