MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:   +1 650 473 2600
Facsimile:   +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>  Plaintiffs,<br><br>  v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>  Defendants. | Case No. 3:17-cv-04002-LB<br><br>**JOINT STIPULATION UNDER CIVIL L.R. 6-1(a) EXTENDING DEFENDANT BRUCE PERENS'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**Action Filed:**   July 17, 2017<br>**Trial Date:**      None set |

**JOINT STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Defendant Bruce Perens and Plaintiffs Open Source Security, Inc. and Bradley Spengler stipulate to extend the time for Mr. Perens to answer or otherwise respond to Plaintiffs' First Amended Complaint.

Plaintiffs filed a First Amended Complaint on October 2, 2017. The current deadline for Mr. Perens to respond to the First Amended Complaint is October 16, 2017. Mr. Perens has requested, and Plaintiffs have agreed to, a 15-day extension to assess Plaintiffs' new allegations and prepare his responsive pleading. The stipulated response date is October 31, 2017. This will not alter any deadlines fixed by the Court.

Dated: October 11, 2017

MELODY DRUMMOND HANSEN
HEATHER J. MEEKER
CARA L. GAGLIANO
O'MELVENY & MYERS LLP


By:   */s/ Melody Drummond Hansen*
       Melody Drummond Hansen
Attorneys for Defendant Bruce Perens

Dated: October 11, 2017

ROHIT CHHABRA
CHHABRA LAW FIRM, PC


By:   */s/ Rohit Chhabra*
       Rohit Chhabra
Attorney for Plaintiffs Open Source Security, Inc. and Bradley Spengler

///

///

///

///

///

## ATTESTATION CLAUSE

I, Melody Drummond Hansen, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of this document.

Dated: October 11, 2017

MELODY DRUMMOND HANSEN
HEATHER J. MEEKER
CARA L. GAGLIANO
O'MELVENY & MYERS LLP


By:   */s/ Melody Drummond Hansen*
        Melody Drummond Hansen
Attorneys for Defendant Bruce Perens