1  CHHABRA LAW FIRM, PC
   ROHIT CHHABRA (SBN 278798)
   Email: rohit@thelawfirm.io
2  257 Castro Street Suite 104
   Mountain View, CA  94041
3  Telephone: (650) 564-7929

4  **Attorney for Plaintiffs**
   Open Source Security Inc. &
5  Bradley Spengler

6

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
8

9                                      )  Case No.: 3:17-cv-04002-LB
   OPEN SOURCE SECURITY INC. and       )
10 BRADLEY SPENGLER                     )
                         Plaintiffs,    )   **[Proposed] ORDER GRANTING**
11                                      )   **PLAINTIFFS' MOTION FOR PARTIAL**
         v.                             )   **SUMMARY JUDGMENT (DEFAMATION**
12                                      )   **PER SE)**
   BRUCE PERENS, and Does 1-50,         )
13                                      )  Hearing Date: November 16, 2017
                         Defendants.    )  Time: 9:30 a.m.
14                                      )  Location: Courtroom C, 15th Floor
                                        )  Judge: Hon. Laurel Beeler
15                                      )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18

19

20

21

22

23

24

25

26

27

28
                              -1-
                                                    3:17-CV-04002-LB
   [Proposed]  ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DEFAMATION
   PER SE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] ORDER**

Plaintiff Open Source Security moved to for an Order granting partial summary judgment in its favor for Count I of the First Amended Complaint (Defamation per se). On November 16, 2017, the Court held a hearing on the motion, with Chhabra Law Firm, PC appearing for Plaintiff Open Source Security Inc. and O'Melveny & Myers LLP appearing for Defendant Perens.

After considering Plaintiff's moving papers and the files and documents in this action, and all other matters properly presented to the Court prior to its ruling, and good cause appearing:

_____ Plaintiff's motion for an Order granting partial summary judgment in its favor for Count I of the First Amended Complaint (Defamation per se) is GRANTED.

IT IS SO ORDERED.

Date:_____                    _____
                                               THE HONORABLE LAUREL BEELER
                                               UNITED STATES DISTRICT COURT

-2-

3:17-CV-04002-LB

[Proposed]  ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DEFAMATION PER SE)