MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:   +1 650 473 2600
Facsimile:    +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>                    Defendants. | Case No. 3:17-cv-04002-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME AND CONTINUE PROCEEDINGS ON OPEN SOURCE SECURITY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT PENDING RESOLUTION OF DEFENDANT'S RENEWED ANTI-SLAPP MOTION AND RENEWED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br> Judge:  Hon. Laurel Beeler |

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED THAT:**

Defendant Bruce Perens's Motion to Change Time and Continue Proceedings on Plaintiff Open Source Security, Inc.'s Motion for Partial Summary Judgment Pending Resolution of Defendant's Renewed Anti-SLAPP Motion and Renewed Motion to Dismiss for Failure to State a Claim is **GRANTED**. The deadline for Defendant to oppose Plaintiff's Motion for Partial Summary Judgment (ECF No. 24), currently falling on October 25, 2017, and the hearing on Plaintiff's Motion, currently set for November 16, 2017, are continued until after the issuance of an order by this Court on Defendant's forthcoming renewed special motion to strike the First Amended Complaint (ECF No. 18) under California's anti-SLAPP law and renewed motion to dismiss for failure to state a claim.

In the event the Court's order does not dismiss or strike Plaintiff's claim of defamation per se, the new deadlines for briefing and hearing on Plaintiff's Motion for Partial Summary Judgment shall be the following:

| | |
|---|---|
| **Opposition deadline:** | 14 days after entry of order |
| **Reply deadline:** | 7 days after filing of Defendant's opposition |
| **Hearing on Motion:** | First Thursday at least 35 days after entry of order |

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Laurel Beeler
United States Magistrate Judge