MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:      +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**STIPULATED REQUEST TO SET REVISED SCHEDULE FOR PROCEEDINGS ON MOTION FOR PARTIAL SUMMARY JUDGMENT, ANTI-SLAPP MOTION, AND MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>[*Declaration of Melody Drummond Hansen filed concurrently herewith*]<br><br>Judge: Hon. Laurel Beeler |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, and subject to the Court's approval, Plaintiffs Open Source Security, Inc. ("OSS") and Bradley Spengler, and Defendant Bruce Perens hereby stipulate to the following revised dates and deadlines relating to OSS's pending motion for partial summary judgment (ECF No. 24) and Defendant's forthcoming renewed anti-SLAPP motion and renewed motion to dismiss for failure to state a claim:

| Event | Stipulated Date |
|---|---|
| Defendant's opposition to OSS's motion for partial summary judgment | **October 31, 2017** (Currently October 25, 2017) |
| Defendant's response to First Amended Complaint (anti-SLAPP motion and motion to dismiss) | **October 31, 2017** (Unchanged) |
| OSS's reply in support of motion for partial summary judgment | **November 14, 2017** (Currently November 1, 2017) |
| Plaintiffs' response to Defendant's anti-SLAPP motion and motion to dismiss | **November 21, 2017** (Currently November 14, 2017) |
| Defendant's replies in support of anti-SLAPP motion and motion to dismiss | **November 30, 2017** (Currently November 21, 2017) |
| **Combined hearing** on Defendant's anti-SLAPP motion and motion to dismiss, and OSS's motion for partial summary judgment | **December 14, 2017** (Currently November 16, 2017 for OSS's motion) |

On October 20, 2017, Defendant filed a motion to continue all dates and deadlines relating to OSS's motion for partial summary judgment until after the Court renders a decision on Defendant's renewed anti-SLAPP motion and renewed motion to dismiss. (ECF No. 26.) On October 21, the Court entered an order deferring ruling on Defendant's motion to continue and encouraging the parties to further confer on a schedule. (ECF No. 27.)

The parties have conferred regarding a schedule per the Court's order and have agreed to the above stipulated schedule, which extends deadlines for Defendant to oppose OSS's motion for partial summary judgment, for OSS's reply in support of its motion for summary judgment, for Plaintiffs to respond to Defendant's anticipated anti-SLAPP motion and Rule 12(b)(6) motion to dismiss the First Amended Complaint, and for Defendant's replies in support of his anti-SLAPP and Rule 12(b)(6) motions. The parties also propose a combined hearing for the motions to conserve Court and party resources and to permit more efficient consideration of overlapping

issues raised by those motions. The parties' proposals are for the convenience of the parties and the Court and to promote orderly resolution of the parties' disputes.

The only dates affected by this stipulated request are briefing deadlines and hearing dates relating to OSS's motion for partial summary judgment and Defendant's forthcoming renewed anti-SLAPP and Rule 12(b)(6) motions. The Court previously granted a stipulated request to reschedule the Initial Case Management Conference and related deadlines. (ECF Nos. 15, 16.) On October 11, 2017, the parties stipulated to extend Defendant's deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint. (ECF No. 23.) In light of the parties' agreement, Defendant will separately file a notice withdrawing the motion to continue. (ECF No. 26.)

For the foregoing reasons, the undersigned parties respectfully request that:

(1) the deadline for Defendant's opposition to OSS's motion for partial summary judgment be extended to **October 31, 2017** from October 25, 2017;

(2) the deadline for OSS's reply in support of its motion for partial summary judgment be extended to **November 14, 2017** from November 1, 2017;

(3) the deadline for Plaintiffs' response to Defendant's forthcoming renewed anti-SLAPP motion and renewed motion to dismiss be extended to **November 21, 2017** from November 14, 2017;

(4) the deadline for Defendant's replies in support of his renewed anti-SLAPP motion and renewed motion to dismiss be extended to **November 30, 2017** from November 21, 2017;

(5) the currently scheduled November 16, 2017 hearing date for OSS's motion for partial summary judgment be rescheduled as further indicated; and

(6) a combined hearing on OSS's motion for partial summary judgment and Defendant's renewed anti-SLAPP motion and renewed motion to dismiss be scheduled for **December 14, 2017**.

The foregoing is so stipulated among the parties by and through their undersigned counsel.

Dated:  October 24, 2017

        MELODY DRUMMOND HANSEN
        HEATHER J. MEEKER
        CARA L. GAGLIANO
        O'MELVENY & MYERS LLP


        By:   */s/ Melody Drummond Hansen*
                Melody Drummond Hansen
        Attorneys for Defendant Bruce Perens

Dated:  October 24, 2017

        ROHIT CHHABRA
        CHHABRA LAW FIRM, PC


        By:   */s/ Rohit Chhabra*
                Rohit Chhabra
        Attorney for Plaintiffs Open Source Security,
        Inc. and Bradley Spengler


## **ATTESTATION CLAUSE**

    I, Melody Drummond Hansen, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of this document.

Dated:  October 24, 2017        O'MELVENY & MYERS LLP

        By:   */s/ Melody Drummond Hansen*
                Melody Drummond Hansen
        Attorneys for Defendant Bruce Perens

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                                            The Honorable Laurel Beeler
                                                            United States District Magistrate Judge