1   MELODY DRUMMOND HANSEN (S.B. #278786)
    mdrummondhansen@omm.com
2   HEATHER J. MEEKER (S.B. #172148)
    hmeeker@omm.com
3   O'MELVENY & MYERS LLP
    2765 Sand Hill Road
4   Menlo Park, California  94025-7019
    Telephone:     +1 650 473 2600
5   Facsimile:     +1 650 473 2601

6   CARA L. GAGLIANO (S.B. #308639)
    cgagliano@omm.com
7   Two Embarcadero Center
    28th Floor
8   San Francisco, California 94111-3823
    Telephone:     +1 415 984 8700
9   Facsimile:     +1 415 984 8701

10  Attorneys for Defendant
    Bruce Perens

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN FRANCISCO**

15

16  OPEN SOURCE SECURITY, INC., and        Case No. 3:17-cv-04002-LB
    BRADLEY SPENGLER,
17                                          **DECLARATION OF MELODY**
                      Plaintiffs,           **DRUMMOND HANSEN IN SUPPORT**
18                                          **OF STIPULATED REQUEST TO SET**
           v.                               **REVISED SCHEDULE FOR**
19                                          **PROCEEDINGS ON MOTION FOR**
    BRUCE PERENS, and Does 1-50,            **PARTIAL SUMMARY JUDGMENT,**
20                                          **ANTI-SLAPP MOTION, AND**
                      Defendants.           **MOTION TO DISMISS**
21
                                             Judge:  Hon. Laurel Beeler
22

23

24

25

26

27

28

1

## DECLARATION OF MELODY DRUMMOND HANSEN

2

I, Melody Drummond Hansen, declare as follows:

3

1.     I am a partner of O'Melveny & Myers LLP, the attorneys of record for Defendant

4

Bruce Perens in the above-referenced action, and am admitted to practice before this Court.

5

Pursuant to Civil Local Rule 6-2(a), I submit this declaration in support of the parties' Stipulated

6

Request to Set Revised Schedule for Proceedings on Motion for Partial Summary Judgment,

7

Anti-SLAPP Motion, and Motion to Dismiss.  I have personal knowledge and am informed of the

8

facts stated herein and, if called to testify, I could and would testify completely hereto.

9

2.     On September 18, 2017, Mr. Perens moved to strike all claims of the original

10

complaint (ECF No. 1) under the California anti-SLAPP law, Cal. Civ. Proc. Code § 425.16, and

11

to dismiss all claims under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 11.)

12

3.     On October 2, Plaintiffs filed a First Amended Complaint.  (ECF No. 18, "FAC.")

13

On October 10, Mr. Perens notified the Court that he was withdrawing his motions solely on the

14

basis of procedural mootness and informed the Court of his intent to file renewed motions to

15

strike and to dismiss the FAC and to seek fees based on both complaints.  (ECF No. 21.)  On

16

October 11, the parties stipulated to extend Mr. Perens's deadline to respond to the FAC from

17

October 16 to October 31.  (ECF No. 23.)

18

4.     Also on October 11, Plaintiff Open Source Security, Inc. ("OSS") filed a motion

19

for partial summary judgment as to its claim for defamation per se.

20

5.     The parties previously attempted to reach an agreement on a schedule for briefing

21

and hearing on OSS's motion for partial summary judgment and Mr. Perens's renewed anti-

22

SLAPP motion and motion to dismiss, but they were unable to reach an agreement.  Mr. Perens

23

then moved for a continuance on the briefing and hearing dates for OSS's motion for partial

24

summary judgment.  (ECF No. 26.)

25

6.     On October 21, the Court entered an order deferring ruling on Mr. Perens's motion

26

to continue, stating that a response was due under the local rules by Tuesday, October 24, and

27

encouraging the parties to further confer on a schedule.  (ECF No. 27.)

28

DRUMMOND HANSEN DECL. ISO
STIPULATED REQUEST FOR ORDER
SETTING REVISED SCHEDULE
CASE NO. 3:17-CV-04002-LB

7.     In accordance with the Court's guidance, the parties further conferred regarding the proposed schedules and reached a compromise agreement on the following schedule:

| Event | Proposed Date |
|---|---|
| Defendant's opposition to OSS's motion for partial summary judgment | October 31, 2017 |
| Defendant's response to the First Amended Complaint (anti-SLAPP motion and motion to dismiss) | October 31, 2017 |
| OSS's reply in support of motion for partial summary judgment | November 14, 2017 |
| Plaintiffs' response to Defendant's anti-SLAPP motion and motion to dismiss | November 21, 2017 |
| Defendant's replies in support of anti-SLAPP motion and motion to dismiss | November 30, 2017 |
| Combined hearing on Defendant's anti-SLAPP motion and motion to dismiss, and OSS's motion for partial summary judgment | December 14, 2017 |

8.     The parties' proposals are for the convenience of the parties and the Court and to promote orderly resolution of the parties' disputes.  The parties propose a combined hearing for the motions to conserve Court and party resources and to permit more efficient consideration of overlapping issues raised by those motions.

9.     The only dates affected by the proposed schedule are the dates relating to OSS's motion for partial summary judgment and Mr. Perens's forthcoming renewed anti-SLAPP and Rule 12(b)(6) motions.  The Court previously granted a stipulated request to reschedule the Initial Case Management Conference and related deadlines.  (ECF Nos. 15, 16.)  On October 11, 2017, the parties stipulated to extend Mr. Perens's deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint.  (ECF No. 23.)

10.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 24th day of October, 2017 in San Francisco, California.

DRUMMOND HANSEN DECL. ISO
STIPULATED REQUEST FOR ORDER
SETTING REVISED SCHEDULE
CASE NO. 3:17-CV-04002-LB

1

2

3          By: /s/ Melody Drummond Hansen
              Melody Drummond Hansen
4             Of O'Melveny & Myers LLP

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4