MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:    +1 650 473 2600
Facsimile:     +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO CHANGE TIME AND CONTINUE PROCEEDINGS** |

# NOTICE OF WITHDRAWAL OF MOTION TO CHANGE TIME AND CONTINUE PROCEEDINGS

PLEASE TAKE NOTICE THAT, in anticipation that the Court will grant the parties' Stipulated Request to Set Revised Schedule for Proceedings on Motion for Partial Summary Judgment, Anti-SLAPP Motion, and Motion to Dismiss (ECF No. 28), Defendant Bruce Perens hereby withdraws his Motion to Change Time and Continue Proceedings on Open Source Security, Inc.'s Motion for Partial Summary Judgment Pending Resolution of Defendant's Renewed Anti-SLAPP Motion and Renewed Motion to Dismiss for Failure to State a Claim (ECF No. 26), filed on October 20, 2017 in the above-captioned action.

Per the Court's October 21, 2017 order deferring ruling on Defendant's Motion to Change Time (ECF No. 27), the parties further conferred regarding the schedules for their respective motions and were able to reach agreement on a compromise schedule. Defendant therefore withdraws his Motion to Change Time and Continue Proceedings in anticipation that the Court will grant the parties' stipulated request and to alleviate Plaintiffs' burden to file a response.

Dated:   October 24, 2017

MELODY DRUMMOND HANSEN
HEATHER J. MEEKER
CARA L. GAGLIANO
O'MELVENY & MYERS LLP


By:   */s/ Melody Drummond Hansen*
         Melody Drummond Hansen

Attorneys for Defendant
Bruce Perens