1  MELODY DRUMMOND HANSEN (S.B. #278786)
   mdrummondhansen@omm.com
2  HEATHER J. MEEKER (S.B. #172148)
   hmeeker@omm.com
3  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
4  Menlo Park, California  94025-7019
   Telephone:    +1 650 473 2600
5  Facsimile:    +1 650 473 2601

6  CARA L. GAGLIANO (S.B. #308639)
   cgagliano@omm.com
7  Two Embarcadero Center
   28th Floor
8  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
9  Facsimile:    +1 415 984 8701

10 Attorneys for Defendant
   Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CODE OF CIVIL PROCEDURE SECTION 425.16, AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date:  December 14, 2017<br>Time:  9:30 a.m.<br>Location:  Courtroom C, 15th Floor<br>Judge:  Hon. Laurel Beeler |

**[PROPOSED] ORDER**

Defendant Bruce Perens specially moves to strike Plaintiffs' First Amended Complaint under California's anti-SLAPP Statute, California Code of Civil Procedure Section 425.16, and moves to dismiss with prejudice Plaintiffs' First Amended Complaint under Federal Rule of Civil Procedure Section 12(b)(6). On December 14, 2017, the Court held a hearing on the motion, with Chhabra Law Firm, PC appearing for Plaintiffs Open Source Security, Inc. and Bradley Spengler, and with O'Melveny & Myers LLP appearing for Defendant.

After considering Defendant's moving papers and attached exhibits, opposing and reply papers, arguments of counsel, and all other materials presented to the Court, and good cause appearing, **IT IS HEREBY ORDERED:**

____ Defendant's motions to strike Plaintiffs' claims pursuant to California's anti-SLAPP statute and to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure Section 12(b)(6) are **GRANTED**. Plaintiffs' First Amended Complaint is hereby dismissed with prejudice.

____ **IT IS HEREBY FURTHER ORDERED** that Defendant is entitled to reimbursement of his reasonable attorneys' fees in bringing his motions and obtaining dismissal of the action, as provided for by California Code of Civil Procedure Section 425.16 and applicable law. Defendants shall submit a motion documenting their reasonable fees within thirty (30) days of the issuance of this order.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
DEFT'S 2ND ANTI-SLAPP MTN &
MTN TO DISMISS FAC
CASE NO. 3:17-CV-04002-LB