MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BRUCE PERENS'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CODE OF CIV. PROC. SEC. 425.16, AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date: December 14, 2017<br>Time: 9:30 a.m.<br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

# REQUEST FOR JUDICIAL NOTICE

## I. INTRODUCTION

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Bruce Perens respectfully requests that the Court take judicial notice of the following documents submitted in support of Mr. Perens's Motion to Dismiss and Special Motion to Strike Plaintiffs First Amended Complaint:

1. An August 8, 2016 memorandum issued by the Executive Office of the President, Office of Management and Budget titled "Federal Source Code Policy: Achieving Efficiency, Transparency, and Innovation through Reusable and Open Source Software." A true and correct copy of the memorandum, downloaded from https://obamawhitehouse.archives.gov/sites/default/files/omb/memoranda/2016/m_16_21.pdf, is attached hereto as **Exhibit 1**.

2. An October 16, 2009 memorandum issued by the United States Department of Defense Chief Information Officer titled "Clarifying Guidance Regarding Open Source Software (OSS)." A true and correct copy of the memorandum, downloaded from http://dodcio.defense.gov/Portals/0/Documents/OSSFAQ/2009OSS.pdf, is attached hereto as **Exhibit 2**.

3. A webpage published and maintained by the United States Department of Defense Chief Information Officer titled "DoD Open Source Software (OSS) FAQ," available at http://dodcio.defense.gov/Open-Source-Software-FAQ/. A true and correct copy of a printout of the webpage is attached hereto as **Exhibit 3**.

## II. ARGUMENT

In ruling on a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), a court may consider matters outside the pleadings if they are properly subject to judicial notice. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Here, the Court should take judicial notice of the U.S. government publications attached as Exhibits 1 through 3, which provide useful background information about open source software and the Linux Operating

System.  Federal courts are entitled to take judicial notice of facts outside the record—like those in Exhibits 1 through 3—that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b).  Official government documents, including materials on official government websites, fall within this category. *See Paralyzed Veterans of Am. v. McPherson*, No. C064670SBA, 2008 WL 4183981, at *5–*6 (N.D. Cal. Sept. 9, 2008); *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-CV-1166-IEG POR, 2009 WL 6597891, at *2 (S.D. Cal. Dec. 23, 2009); *Vaquero Energy, Inc. v. Herda*, No. 1:15-CV-0967-JLT, 2015 WL 5173535, at *4–*5 (E.D. Cal. Sept. 3, 2015).

### III. CONCLUSION

Based on the foregoing, Defendant respectfully requests that the Court take judicial notice of Exhibits 1-3.

Dated: October 31, 2017

>MELODY DRUMMOND HANSEN
>HEATHER J. MEEKER
>CARA L. GAGLIANO
>O'MELVENY & MYERS LLP
>
>By: /s/ Melody Drummond Hansen
>Melody Drummond Hansen
>Attorneys for Defendant
>Bruce Perens