MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:   +1 650 473 2600
Facsimile:   +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>              Plaintiffs,<br><br>      v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>              Defendants. | Case No. 3:17-cv-04002-LB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF OSS'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Hon. Laurel Beeler |

**[PROPOSED] ORDER**

Plaintiff Open Source Security, Inc. moves for partial summary judgment. On December 14, 2017, the Court held a hearing on the motion, with Chhabra Law Firm, PC appearing for Plaintiff Open Source Security Inc. and O'Melveny & Myers LLP appearing for Defendant Bruce Perens.

After considering the moving papers, opposing and reply papers, and all associated exhibits, arguments of counsel, and all other materials presented to the Court, **IT IS HEREBY ORDERED THAT:**

Plaintiff Open Source Security Inc.'s Motion for Partial Summary Judgment is DENIED.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Laurel Beeler
United States Magistrate Judge