UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Open Source Security Inc., et al.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Bruce Perens and Does 1-50<br><br>　　　　Defendant(s) | Case No. C 3:17-cv-04002-LB<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 11/8/17　　　　Signed: /s/ Bradley Spengler
　　　　　　　　　　　　　　　　　　Party

Date: 11/9/17　　　　Signed: /s/ Rohit Chhabra
　　　　　　　　　　　　　　　　　　Attorney

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) of Bradley Spengler, within this e-filed document. Civ. L.R. 5-1.
/s/ *Rohit Chhabra*

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*