Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Open Source Security Inc., et al. , | Case No. C 3:17-cv-04002-LB |
|---|---|
| Plaintiff(s) | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| Bruce Perens and Does 1-50 , | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  11/30/17

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Rohit Chhabra, Attorney for Plaintiffs Open Souce Security, Inc. and Bradley Spengler | 650-564-7929<br>rohit@thelawfirm.io |
| Melody Drummond Hansen, Attorney for Defendant Bruce Perens | mdrummondhansen@omm.com |
| Cara L. Gagliano, Attorney for Defendant Bruce Perens | cgagliano@omm.com |
| Heather J. Meeker, Attorney for Defendant Bruce Perens | hmeeker@omm.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:  11/9/17     Signed: /s/Rohit Chhabra
                           Attorney for Plaintiff

Date:  11/9/17     Signed: /s/ Melody Drummond Hansen
                           Attorney for Defendant

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*