CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiffs**
Open Source Security Inc. &
Bradley Spengler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC. and BRADLEY SPENGLER | ) Case No.: 3:17-cv-04002-LB ) |
| Plaintiffs, | ) ) **[Proposed] ORDER DENYING** |
| v. | ) **DEFENDANT'S MOTION TO** ) **DISMISS WITH PREJUDICE** |
| BRUCE PERENS, and Does 1-50, | ) **PURSUANT TO FED. R. CIV. P.** ) **12(b)(6) AND SPECIAL MOTION TO** |
| Defendants. | ) **STRIKE PURSUANT TO THE** ) **CALIFORNIA ANTI-SLAPP** ) **STATUTE, CODE OF CIVIL** ) **PROCEDURE SECTION 425.16** |
| | ) ) |
| | ) Hearing Date: December 14, 2017 ) Time: 9:30 a.m. |
| | ) Location: Courtroom C, 15th Floor ) Judge: Hon. Laurel Beeler |

[Proposed]  Order Denying  Defendant's Special Motion to Strike and Motion to Dismiss

**[PROPOSED] ORDER**

Defendant Bruce Perens has moved to dismiss with prejudice Plaintiff's Complaint under Federal Rule of Civil Procedure Section 12(b)(6) and specially moves to strike Plaintiff's Complaint under California's anti-SLAPP Statute, California Code of Civil Procedure Section 425.16. On December 14, 2017, the Court held a hearing on the motion, with Chhabra Law Firm, PC appearing for Plaintiff Open Source Security Inc. & Bradley Spengler  ("Plaintiffs") and O'Melveny & Myers LLP appearing for Defendant.

After considering Plaintiff's opposition to Defendant's moving papers and attached exhibits, opposing and reply papers, arguments of counsel, and all other materials presented to the Court, and good cause appearing, IT IS HEREBY ORDERED:

_____ Defendant's motions to dismiss the Complaint pursuant to Federal Rule of Civil Procedure Section 12(b)(6) and to strike Plaintiff's claims pursuant to California's anti-SLAPP statute is DENIED.

_____ IT IS HEREBY FURTHER ORDERED that Plaintiffs are entitled to reimbursement of his reasonable attorneys' fees in opposing the motion, as provided by California Code of Civil Procedure Section 425.16. Plaintiffs shall submit a motion documenting their reasonable fees within thirty (30) days of the issuance of this order.

IT IS SO ORDERED.

Date:_____

_____
THE HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT

3:17-CV-04002-LB

[Proposed]  Order Denying  Defendant's Special Motion to Strike and Motion to Dismiss