1   MELODY DRUMMOND HANSEN (S.B. #278786)
    mdrummondhansen@omm.com
2   HEATHER J. MEEKER (S.B. #172148)
    hmeeker@omm.com
3   O'MELVENY & MYERS LLP
    2765 Sand Hill Road
4   Menlo Park, California  94025-7019
    Telephone:    +1 650 473 2600
5   Facsimile:    +1 650 473 2601

6   CARA L. GAGLIANO (S.B. #308639)
    cgagliano@omm.com
7   Two Embarcadero Center
    28th Floor
8   San Francisco, California 94111-3823
    Telephone:    +1 415 984 8700
9   Facsimile:    +1 415 984 8701

10  Attorneys for Defendant
    Bruce Perens

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN FRANCISCO**

15

16  OPEN SOURCE SECURITY, INC., and            Case No. 3:17-cv-04002-LB
    BRADLEY SPENGLER,
17                                             **[PROPOSED] ORDER GRANTING**
                 Plaintiffs,                   **DEFENDANT BRUCE PERENS'S**
18                                             **ADMINISTRATIVE MOTION**
         v.                                    **PURSUANT TO CIV. L.R. 7-11 FOR**
19                                             **LEAVE TO FILE A SURREPLY AND**
    BRUCE PERENS, and Does 1-50,               **SUPPLEMENTAL DECLARATION**
20
                 Defendants.                    Judge:  Hon. Laurel Beeler
21

22

23

24

25

26

27

28
                                        [PROPOSED] ORDER GRANTING LEAVE
                                         TO FILE SURREPLY & SUPP. DECL.
                                               3:17-CV-04002-LB

1        Having considered Defendant Bruce Perens's Administrative Motion Pursuant to Civ.

2    L.R. 7-11 for Leave to File a Surreply and Supplemental Declaration in response to Plaintiff Open

3    Source Security, Inc.'s Reply Brief in Support of its Motion for Partial Summary Judgment, and

4    finding good cause and sufficient justification therefor, it is hereby **ORDERED** that the motion is

5    **GRANTED** and the Surreply and the Supplemental Declaration of Bruce Perens, are deemed

6    filed as of the date of this Order.

7        **IT IS SO ORDERED.**

8

9        Dated: _____, 2017     By: _____

10                             The Honorable Judge Laurel Beeler
                              United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28