CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiffs**
Open Source Security Inc. and
Bradley Spengler

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

OPEN SOURCE SECURITY INC. and
BRADLEY SPENGLER

                    Plaintiffs,

  v.

BRUCE PERENS, and Does 1-50,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:17-cv-04002-LB

**Declaration of Rohit Chhabra in support of Plaintiffs' Opposition to Perens' Administrative Motion For Leave to File A Surreply and Supplemental Declaration**

Location: Courtroom C, 15th Floor
Judge: Hon. Laurel Beeler

3:17-CV-04002-LB

Declaration of Rohit Chhabra/ Opp'n to Perens' Surreply.

**Declaration of Rohit Chhabra**

I, Rohit Chhabra, declare:

1.      I am the attorney representing Plaintiffs Open Source Security Inc. ("OSS") and Bradley Spengler ("Plaintiffs") in the above referenced action. My office is located at 257 Castro St. 104 Mountain View California 94041. I am a member of the bar of the State of California. I have personal knowledge and I am informed of the facts stated herein and, if called to testify, could and would testify completely hereto.

2.      Prior to the filing of Defendant Perens' Motion for Leave to File a Surreply ("Motion"), numerous emails were exchanged between counsel of both parties between November 18, 2017 and November 21, 2017. During one of such email exchanges, on November 20, 2017, at or about 3:56 p.m., Mr. Perens' Counsel agreed that Mr. Perens could have raised his concerns about OSS' Reply papers, related to his sworn declaration of October 31, 2017, at the hearing on December 14, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of November 2017 in Mountain View, California.

s/*Rohit Chhabra*
Rohit Chhabra
Attorney for Plaintiffs
Open Source Security Inc. & Bradley Spengler

3:17-CV-04002-LB

Declaration of Rohit Chhabra/ Opp'n to Perens' Surreply.