1  CHHABRA LAW FIRM, PC
   ROHIT CHHABRA (SBN 278798)
   Email: rohit@thelawfirm.io
2  257 Castro Street Suite 104
   Mountain View, CA  94041
3  Telephone: (650) 564-7929

4  **Attorney for Plaintiffs**
   Open Source Security Inc. &
5  Bradley Spengler

6

7              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
8

9                                          ) Case No.: 3:17-cv-04002-LB
   OPEN SOURCE SECURITY INC. and           )
10 BRADLEY SPENGLER                         )
                          Plaintiffs,       )   **[Proposed] ORDER DENYING**
11                                          )   **DEFENDANT BRUCE PERENS'**
       v.                                   )   **ADMINISTRATIVE MOTION**
12                                          )   **PURSUANT TO CIV. L.R. 7-11 FOR**
   BRUCE PERENS, and Does 1-50,             )   **LEAVE TO FILE A SURREPLY AND**
13                                          )   **SUPPLEMENTAL DECLARATION**
                          Defendants.       )
14                                          )   Judge: Hon. Laurel Beeler
                                            )
15                                          )
                                            )
16                                          )
                                            )
17                                          )
                                            )
18 _____      )

19

20

21

22

23

24

25

26

27

28

-1-

[Proposed]  ORDER DENYING DEFENDANT BRUCE PERENS' ADMINISTRATIVE MOTION PURSUANT TO CIV.
L.R. 7-11 FOR LEAVE TO FILE A SURREPLY AND SUPPLEMENTAL DECLARATION

**[Proposed] ORDER**

Having considered Defendant Bruce Perens' Administrative Motion Pursuant to Civ. L.R. 7-11 for Leave to File a Surreply and Supplemental Declaration in response to Plaintiff Open Source Security, Inc.'s (OSS) Reply Brief in Support of its Motion for Partial Summary Judgment and OSS' Opposition thereof, it is hereby ORDERED that Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

Date:_____                    _____
                                                THE HONORABLE LAUREL BEELER
                                                UNITED STATES DISTRICT COURT

-2-

[Proposed]  ORDER DENYING DEFENDANT BRUCE PERENS' ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 7-11 FOR LEAVE TO FILE A SURREPLY AND SUPPLEMENTAL DECLARATION