CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiffs**
Open Source Security Inc. &
Bradley Spengler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC. and BRADLEY SPENGLER<br><br>                    Plaintiff,<br><br>    v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>                    Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM OF POINTS & AUTHORITIES TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE** **[Civ. L.R. 7-3(d)]**<br><br>Hearing Date: December 14, 2017<br>Time: 9:30 a.m.<br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

Plaintiff's motion for leave to file a supplemental memorandum of points & authorities

Plaintiffs Open Source Security and Bradley Spengler ("Plaintiffs") respectfully moves this Court for the entry of an Order granting Plaintiff the right to file a Supplemental Memorandum in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss ("Supplemental Memorandum"), a copy of which is attached hereto, and for its reasons relies upon the following:

Plaintiff timely filed its Opposition to Defendant's Motion to Dismiss/ Special motion to strike and exercised due diligence to research case law. However, since Defendant raises a very specific issue as to whether his statements about Plaintiffs violating the GPL can be proven true or false, it took Plaintiff's counsel an exhaustive search of analyzing more the 500 cases to find an authority addressing a very similar fact pattern.

On December 11, 2017 Plaintiff's counsel was finally able to find a relevant case, *Overstock.com Inc. v. Gradient Analytics, Inc.* 151 Cal. App. 4th 688 (2007). The additional points and authorities set forth as part of Plaintiff's proposed Supplemental Memorandum only discuss the *Overstock* case and is significant and directly relevant to the merits of Defendant's incorrect contention that Perens' defamatory statements cannot be proven true or false.

While Plaintiffs' counsel acknowledges and apologizes for the delay in submitting this Supplemental Memorandum, the delay was unintentional as it took more than a due diligent effort to find authority with very a similar fact pattern.

Plaintiffs agree that Defendant may file a memorandum responding to Plaintiffs' Memorandum. The parties do not seek to continue the hearing scheduled for December 14 and plan to proceed as scheduled on that date.

**Plaintiff respectfully requests that the Court enter an Order:**

Granting Plaintiffs the right to file the attached Supplemental Memorandum in Support of Plaintiff's Opposition to the Defendant's Motion to Dismiss and Special Motion to Strike pursuant to California's Anti-SLAPP Statute, granting such other and further relief to which this Court finds Plaintiffs otherwise entitled, and allowing Defendant to file a responsive Memorandum.

**Defendant Bruce Perens's Statement:**

Defendant Bruce Perens does not agree that Plaintiffs have a proper basis to seek leave now to submit a decade-old decision that relies on precedent cited by both parties in previous briefing, nor does he agree that *Overstock* bears similarity to this case or that additional briefing is necessary. In the spirit of cooperation, however, Mr. Perens will not oppose Plaintiffs' motion provided it does not delay consideration of Mr. Perens's pending motions. Mr. Perens has not seen Plaintiff's proposed Memorandum and requests the opportunity to file a short response, if necessary. Mr. Perens does not request any continuance of the December 14 hearing scheduled in this case, as he is eager for the Court to hear the pending anti-SLAPP motion and motion to dismiss, and Mr. Perens is prepared to proceed with the December 14 hearing as scheduled. Mr. Perens also wishes to avoid unnecessary expenses that may be incurred by additional delays in the Court's consideration of Mr. Perens's motions.

**Statement of Compliance with Civ. L. R. 7-7**

Pursuant to Civ. L. R. 7-7, Plaintiffs' Counsel contacted Mr. Perens' counsel to file this motion with Mr. Perens' counsel in an effort to narrow any areas of disagreement, and Mr. Perens' counsel advised that that while they do not agree that such supplementation is necessary or appropriate under the rules, in the interest of cooperation and reducing motion practice, they will not oppose Plaintiffs' motion provided it does not delay consideration of Mr. Perens' pending motions.

Respectfully Submitted,

CHHABRA LAW FIRM, PC

/s/*Rohit Chhabra*
Rohit Chhabra
Attorney for Plaintiffs,
Open Source Security Inc. & Bradley Spengler

3:17-CV-04002-LB

Plaintiff's motion for leave to file a supplemental memorandum of points & authorities