1  CHHABRA LAW FIRM, PC
   ROHIT CHHABRA (SBN 278798)
   Email: rohit@thelawfirm.io
2  257 Castro Street Suite 104
   Mountain View, CA  94041
3  Telephone: (650) 564-7929

4  **Attorney for Plaintiffs**
   Open Source Security Inc. &
5  Bradley Spengler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC. and BRADLEY SPENGLER<br><br>                    Plaintiff,<br><br>    v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>                    Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**PLAINTIFFS OPEN SOURCE SECURITY, INC. AND BRADLEY SPENGLER'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT**<br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

PLAINTIFFS' NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT

3:17-CV-04002-LB

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Open Source Security and Bradley Spengler currently do not intend to file a Second Amended Complaint in this action, but will stand upon the existing pleading and appeal the Court's December 21, 2017 Order to the Court of Appeals for the Ninth Circuit. To that end, Plaintiff respectfully requests that a judgment of dismissal without prejudice be entered in this action, pursuant to the Court's December 21 Order.

Date: January 18, 2017

        Respectfully Submitted,

        CHHABRA LAW FIRM, PC

        *s/Rohit Chhabra*
        Rohit Chhabra
        Attorney for Plaintiffs
        Open Source Security Inc. & Bradley Spengler