UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., et al., | Case No. 17-cv-04002-LB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| BRUCE PERENS, | |
| Defendant. | |

On December 21, 2017, the court granted the defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and granted the plaintiffs leave to file an amended complaint.[1] On January 18, 2018, the plaintiffs filed notice that they did not intend to file an amended complaint[2] and requested that the court enter judgment and dismiss the complaint with prejudice.[3] Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of the defendant and against the plaintiffs, and dismisses the case with prejudice.

---

[1] Order – ECF No. 53.

[2] Notice – ECF No. 55.

[3] Ex Parte Application – ECF No. 57.

ORDER – No. 17-cv-04002-LB

The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
LAUREL BEELER
United States Magistrate Judge