MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:   +1 650 473 2600
Facsimile:    +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>            Plaintiffs,<br><br>    v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>            Defendants. | Case No. 3:17-cv-04002-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BRUCE PERENS'S MOTION FOR MANDATORY FEES AND COSTS UNDER CALIFORNIA'S ANTI-SLAPP LAW**<br><br>Judge:  Hon. Laurel Beeler |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOT. FOR ANTI-SLAPP
FEES & COSTS
CASE NO. 3:17-CV-04002-LB

**[PROPOSED] ORDER**

Before the Court is Defendant Bruce Perens's Motion for Mandatory Fees and Costs Under California's Anti-SLAPP Law, California Code of Civil Procedure Section 425.16.  After considering the moving papers, opposing and reply papers, and all associated exhibits, arguments of counsel, and all other materials presented to the Court, **IT IS HEREBY ORDERED THAT:**

\_\_\_\_ Mr. Perens's Motion for Mandatory Fees and Costs Under California's Anti-SLAPP Law, California Code of Civil Procedure Section  425.16 is **GRANTED**.

\_\_\_\_ **IT IS HEREBY FURTHER ORDERED** that Plaintiffs' counsel shall reimburse Mr. Perens for his attorneys' fees and costs incurred in defending this matter in the amount of $_____.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Laurel Beeler
United States Magistrate Judge