1  MELODY DRUMMOND HANSEN (S.B. #278786)
   mdrummondhansen@omm.com
2  HEATHER J. MEEKER (S.B. #172148)
   hmeeker@omm.com
3  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
4  Menlo Park, California  94025-7019
   Telephone:    +1 650 473 2600
5  Facsimile:     +1 650 473 2601

6  CARA L. GAGLIANO (S.B. #308639)
   cgagliano@omm.com
7  Two Embarcadero Center
   28th Floor
8  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
9  Facsimile:     +1 415 984 8701

10 Attorneys for Defendant
   Bruce Perens
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO

15

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER, | Case No. 3:17-cv-04002-LB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT BRUCE PERENS'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| BRUCE PERENS, and Does 1-50, | **[Pursuant to Civil L.R. 7-11 and 79-5]** |
| Defendants. | |

Before the Court is Bruce Perens's Administrative Motion to File Under Seal portions of the Declaration of Melody Drummond Hansen in Support of Mr. Perens's Motion for Attorneys' Fees ("Drummond Hansen Declaration") and certain exhibits attached thereto. Having considered the Administrative Motion, and any declaration and supporting documentation thereto, and finding good cause therefor, it is hereby **ORDERED** that the Motion is granted. The following documents, or portions thereof, shall be filed under seal:

| Document | Portion(s) to be Sealed |
| --- | --- |
| Drummond Hansen Declaration | ¶¶ 21–22 |
| Exhibit A | Hourly rates and timekeeper fee subtotals |
| Exhibit B | Hourly rates and timekeeper fee subtotals |
| Exhibit C | Entire Document |

Dated: February ___, 2018

_____
Hon. Laurel Beeler_____
United States Magistrate Judge