MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**DECLARATION OF MELODY DRUMMOND HANSEN IN SUPPORT OF DEFENDANT BRUCE PERENS'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL UNDER SECTION 1927 AND THE COURT'S INHERENT POWERS** |

**DECLARATION OF MELODY DRUMMOND HANSEN**

I, Melody Drummond Hansen, declare as follows:

1. I am a partner of O'Melveny & Myers LLP ("O'Melveny"), with an office located at 2765 Sand Hill Road, Menlo Park, CA 94025. O'Melveny is counsel of record for Defendant Bruce Perens in this case. I am admitted to practice in the State of California. I submit this Declaration under Civil Local Rule 54-5 in support of Mr. Perens's Motion for Sanctions pursuant to 28 U.S.C. Section 1927 and the Court's inherent powers. I have personal knowledge and am informed of the facts stated herein and, if called to testify, I could and would testify to the truth of the following.

2. On September 19, 2017, minutes after Mr. Perens submitted his original Motion to Dismiss and Strike, I received an email from Plaintiffs' Counsel Rohit Chhabra. In this email, Mr. Chhabra wrote: "Oh.. interesting. This will be a fun game to play. If you guys win, I'll happily pay your bills. :) Game on. " A true and correct copy of this email is attached here as Exhibit 1.

3. Over the course of the litigation, Plaintiffs' counsel apparently did treat the litigation as a game to be won. For example, hours after agreeing to extend the deadline for Mr. Perens to file a second motion to dismiss and anti-SLAPP motion to strike to address 12 pages of new allegations and theories in Plaintiffs' First Amended Complaint, Plaintiffs filed a motion for partial summary judgment. ( ECF No. 24.) Plaintiffs noticed that motion to be heard on November 16, before it would be possible for Mr. Perens's motions to be heard, considering the October 31 agreed response date for Mr. Perens to respond to the First Amended Complaint. This would also require Mr. Perens to oppose Plaintiffs' motion for summary judgment before he filed his motions to dismiss and strike, and over the same time period.

4. Mr. Perens's counsel requested that Plaintiffs agree to defer briefing on Plaintiffs' partial summary judgment motion until after Mr. Perens second motion to dismiss and strike could be heard, because it would serve judicial economy for the Court to decide first whether Plaintiffs could proceed on their claims; a partial summary judgment by definition could not resolve the case; in any case, Plaintiffs' motion was premature and not likely to be successful; and

proceeding in the way Plaintiffs suggested would lead to unnecessary fees. Plaintiffs' counsel refused, contending that it would instead be in the interest of judicial economy to hear the motion for partial summary judgment, and that Plaintiffs' summary judgment motion could render Mr. Perens's anti-SLAPP motion frivolous or premature based on alleged "wrongdoing" by Mr. Perens. Ultimately, Mr. Perens was forced to move for a continuance on the summary judgment motion, after which the best agreement we could reach was a hearing on both Plaintiffs' motion and Mr. Perens's motions at the same time, which led to additional fees based on defense counsel's simultaneous briefing and preparation on summary judgment and a motion to dismiss and strike.

5. With a new complaint to address, as well as a motion for partial summary judgment, the team added first-year associates Eric Ormsby and Marissa Rhoades to assist with the matter.

6. Plaintiffs' counsel also led to additional work for Mr. Perens's counsel by misconstruing Mr. Perens's statements. For example, Plaintiffs' Reply In Support of Summary Judgment misconstrued statements made by Mr. Perens in a July 9, 2017 comment on the Slashdot website and in his October 31, 2017 Declaration filed in support of his motion to dismiss. The Reply speculated that Mr. Perens must have reviewed the Grsecurity Agreement before posting his July 9 Slashdot comment and necessarily opined that the Agreement did not violate the GPL, concocting an alleged "admission" that Mr. Perens's opinions in his July 10, 2017 blog post were false. *See* Reply at 3–5 (ECF No. 37.). This forced Mr. Perens to review his files to demonstrate that he did not see a copy of the Agreement until after his July 9 post. *See* ECF No. 40. I sent a copy of these emails to Mr. Chhabra on November 18, 2017, requesting a stipulation to file a Supplemental Declaration and Surreply to correct the record. Mr. Chhabra opposed the supplemental declaration. Moreover, Mr. Chhabra asserted that Mr. Perens had committed "perjury" by requesting to correct his October 31 statement to reflect that he had confirmed from his email records that he reviewed the Grsecurity agreement the morning of July 10, rather than in the evening of July 9, as he previously recalled. Plaintiffs then continued to proffer the same "admission" arguments, including in Plaintiffs' Opposition to the Motion to Dismiss submitted on November 21, 2017. (ECF No. 38.)

7. Two days before the hearing on Mr. Perens's motions to dismiss and strike, Plaintiffs filed a motion for supplemental briefing, to submit arguments on a decade-old case based on a completely different set of facts. This forced Mr. Perens's counsel to divert attention from hearing preparation to respond.

8. Concurrently with the submission of this motion, I also submitted a Declaration In Support of Bruce Perens's Motion for Mandatory Fees and Costs Under California's Anti-SLAPP Law. I refer to that Declaration as describing our fees and hours in detail, and supporting information for why our fees are reasonable. For the sake of economy, I have not included that information here, but would be happy to supplement a further separate declaration should the Court prefer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 7th day of February 2018 in San Francisco, California.

By: */s/ Melody Drummond Hansen*
Melody Drummond Hansen
Of O'Melveny & Myers LLP

# Exhibit 1

| From: | Rohit Chhabra <rohit@thelawfirm.io> |
|---|---|
| Sent: | Tuesday, September 19, 2017 12:01 AM |
| To: | Drummond Hansen, Melody |
| Subject: | RE: OSS / Perens -- CMC |

Oh.. interesting. This will be a fun game to play. If you guys win, I'll happily pay your bills. :) Game on.

Regards,
Rohit

On Sep 18, 2017 11:56 AM, "Drummond Hansen, Melody" <mdrummondhansen@omm.com <mailto:mdrummondhansen@omm.com> > wrote:

Thank you so much.


Melody




O'Melveny


Melody Drummond Hansen

mdrummondhansen@omm.com <mailto:mdrummondhansen@omm.com>

O:  <tel:(650)%20473-2636> +1-650-473-2636


of O'Melveny & Myers LLP

2765 Sand Hill Road

Menlo Park, California  94025

Website <http://www.omm.com/>  | LinkedIn <https://www.linkedin.com/company/o'melveny-&-myers-llp>  | <https://twitter.com/omelvenymyers> Twitter |  <https://www.omm.com/professionals/melody-drummond-hansen/> Bio

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this

information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

From: Rohit Chhabra [mailto:rohit@thelawfirm.io <mailto:rohit@thelawfirm.io> ]
Sent: Monday, September 18, 2017 11:50 AM
To: Drummond Hansen, Melody
Subject: Re: OSS / Perens -- CMC

Agreed. No problem. :)

ROHIT CHHABRA
Attorney at Law | Admitted in California and New York CHHABRA LAW FIRM, PC Perfection. Honesty. Loyalty. ®
Main: 257 Castro Street #104 Mountain View CA 94041
Ph: (650) 564-7929 <tel:(650)%20564-7929>  (W)
web: www.thelawfirm.io <http://www.thelawfirm.io>

CONFIDENTIALITY NOTICE

The contents of this email, including attachments, are confidential and/or subject to attorney-client privilege or the attorney work product doctrine.  Access by anyone besides the intended recipient is not authorized.  If you are not the intended recipient, disclosure, copying, or use of the contents of this email and attachments is prohibited.  If you are not the intended recipient, you are requested to notify the sender and destroy this email and its contents immediately.

On 9/18/2017 11:29 AM, Drummond Hansen, Melody wrote:

Hello, Mr. Chhabra--

I will be traveling (for previously scheduled travel) on the date currently scheduled for the CMC -- October 19.  Mr. Perens also plans to move to dismiss and strike the complaint.

We would like to request that the court reschedule the CMC to a later date, and we think it makes sense to allow the court an opportunity to rule on Mr. Perens's motion before the parties appear at the CMC to discuss how the case should proceed.

Please let us know if OSS is agreeable to moving the CMC, and if so, whether November 16 would work for you as a new date for the CMC.

I also am available to discuss by phone.

Thank you!

Melody

O'Melveny

Melody Drummond Hansen

mdrummondhansen@omm.com <mailto:mdrummondhansen@omm.com>

O:  <tel:(650)%20473-2636> +1-650-473-2636

of O'Melveny & Myers LLP

2765 Sand Hill Road

Menlo Park, California  94025

Website <http://www.omm.com/>  | LinkedIn <https://www.linkedin.com/company/o%27melveny-&-myers-llp>  | Twitter <https://twitter.com/omelvenymyers>  |  <https://www.omm.com/professionals/melody-drummond-hansen/> Bio

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.