MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,

Plaintiffs,

v.

BRUCE PERENS, and Does 1-50,

Defendants.

Case No. 3:17-cv-04002-LB

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS' COUNSEL**

Judge: Hon. Laurel Beeler

# [PROPOSED] ORDER

Before the Court is Defendant Bruce Perens's Motion for Sanctions pursuant to 28 U.S.C. § 1927 and the Court's inherent authority. After considering the moving papers, opposing and reply papers, and all associated exhibits, arguments of counsel, and all other materials presented to the Court, **IT IS HEREBY ORDERED THAT:**

____ Mr. Perens's Motion for Sanctions pursuant to 28 U.S.C. § 1927 and the Court's inherent authority is **GRANTED**.

____ **IT IS HEREBY FURTHER ORDERED** that Plaintiffs' counsel shall reimburse Mr. Perens for his attorneys' fees and costs incurred in defending this matter in the amount of $________________.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
The Honorable Laurel Beeler
United States Magistrate Judge