MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:      +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>Plaintiffs,<br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Laurel Beeler |

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 2765 Sand Hill Road, Menlo Park, California 94025-7019.

On February 8, 2018, I served true and correct copies of the following document(s):

1. **DECLARATION OF MELODY DRUMMOND HANSEN IN SUPPORT OF DEFENDANT BRUCE PERENS'S MOTION FOR MANDATORY FEES AND COSTS UNDER CALIFORNIA'S ANTI-SLAPP LAW (WITH HIGHLIGHT EXHIBITS A-B AND EXHIBIT C IN ITS ENTIRETY);**

by electronic mail, addressed as follows:

Rohit Chhabra                              *Attorneys for Plaintiffs*
CHHABRA LAW FIRM, PC                       Open Source Security Inc. &
257 Castro Street, Suite 104               Bradley Spengler
Mountain View, CA 94041

Email: rohit@thelawfirm.io

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 8th day of February 2018 in Menlo Park, California.

*/s/ Diana Diaz*
Diana Diaz