# EXHIBIT 1

CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiffs**
Open Source Security Inc. and
Bradley Spengler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC. and BRADLEY SPENGLER<br><br>    Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>    Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**Declaration of Rohit Chhabra in Support of OSS' Opposition to Perens' Attorneys' Fee Motion**<br><br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

3:17-CV-04002-LB

Declaration of Rohit Chhabra

**Declaration of Rohit Chhabra**

I, Rohit Chhabra, declare:

1. I am the attorney of record for Plaintiffs Open Source Security Inc. (OSS) and Bradley Spengler in the above-referenced action, and I am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify completely hereto.

2. I colloquially sent an email to Ms. Hansen stating, "Oh interesting. This would be a fun game to play. If you win this, I'll happily pay your bills,"  intending to mean that I accept her anti-SLAPP motion as a challenge. This statement did not mean anything else.

3. I clarified the above to Ms. Hansen on December 26, 2017. I also clarified that my colloquy was intentionally being misrepresented.

4. In my professional judgment the complaint had to be amended to withstand an anti-SLAPP motion. I amended the complaint only reduce costs to both parties and promote judicial economy.

5. Had I known Defendant would have filed an anti-SLAPP motion, I would have amended the complaint prior to Defendant's first anti-SLAPP motion.

6. I did not argue the motion for summary judgment since the Court had already made its decision; continue to argue the motion would have been disrespectful.

7. Exhibit 2 is a true and correct copy of the sanction entries of Defendant's timekeeping records.

I declare under penalty of perjury under the laws of the United States that the foregoing is

-1-

3:17-CV-04002-LB

Declaration of Rohit Chhabra in Support of OSS' Opposition to Perens' Motion to Continue OSS' Motion for Partial Summary Judgment

true and correct.

Executed this 8th day of March 2018 in Mountain View, California.

                                                  */s/ Rohit Chhabra*_____
                                                  Rohit Chhabra

-2-

3:17-CV-04002-LB

Declaration of Rohit Chhabra in Support of OSS' Opposition to Perens' Motion to Continue OSS' Motion for Partial Summary Judgment

# EXHIBIT 2

FILED UNDER SEAL