# Exhibit 2

| | |
|---|---|
| **From:** | Drummond Hansen, Melody |
| **Sent:** | Monday, February 5, 2018 2:32 PM |
| **To:** | 'Rohit Chhabra' |
| **Cc:** | Meeker, Heather J.; Gagliano, Cara L. |
| **Subject:** | OSS/Spengler v. Perens -- Fees motions |

Hello, Mr. Chhabra--

As you know, we will be filing a motion for our fees and costs under the anti-SLAPP statute on Wednesday. We also plan to bring a motion for fees under 28 U.S.C. § 1927.

Under Civil Local Rule 54-5, we are required to make a good faith effort to "meet and confer for the purpose of resolving all disputed issues relating to attorney's fees" before filing our motions. We believe that our emails to you dated December 26, 2017, January 8, 2018, and January 12, 2018--as well as phone calls in December and January--constitute such a good faith effort. We also understand from your January 10 and 13 emails and from our phone calls that Plaintiffs intend to dispute the reasonableness of our fees based on the comparative totals of Plaintiffs' fees versus Defendant's fees but that you do not wish to discuss the fees matter further. Still, we would like to reach out one last time to suggest that we discuss the fees we intend to seek and the bases for those fees so that we can identify and potentially narrow disputes in the motions before the court as contemplated under the rules.

Please let us know your willingness and availability to meet and confer today through Wednesday.

Thank you,

Melody

O'Melveny

Melody Drummond Hansen

<mailto:mdrummondhansen@omm.com> mdrummondhansen@omm.com

O: +1-650-473-2636

of O'Melveny & Myers LLP

2765 Sand Hill Road

Menlo Park, California  94025

 <http://www.omm.com/> Website |  <https://www.linkedin.com/company/o'melveny-&-myers-llp> LinkedIn | <https://twitter.com/omelvenymyers> Twitter |  <https://www.omm.com/professionals/melody-drummond-hansen/> Bio

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.