MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:      +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Defendant
Bruce Perens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>                    Defendants. | Case No. 3:17-cv-04002-LB<br><br>**DEFENDANT BRUCE PERENS'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]**<br><br>Hearing Date: April 5, 2018<br>Time: 9:30 a.m.<br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

Pursuant to Local Rules 7-11 and 79-5, Defendant Bruce Perens moves the Court for an Order sealing the following documents, or portions of documents, filed concurrently with the reply: (1) the Declaration of Melody Drummond Hansen in Support of Mr. Perens's Reply in Support of Motion for Attorney Fees ("Drummond Hansen Reply Declaration") and (2) Exhibits A–C attached thereto.  In particular, Mr. Perens seeks to seal:

| Document | Portion(s) to be Sealed |
|---|---|
| Drummond Hansen Reply Declaration | ¶¶ 12, 17, 18, 21-24 |
| Exhibit A | Portions revealing hourly rates and timekeeper fees and hours subtotals |
| Exhibit B | Portions revealing hourly rates and timekeeper fees and hours subtotals |
| Exhibit C | Entire Document |
| Exhibit E | Entire Document |

Pursuant to Civil L.R. 79-5(d) and (e), this Motion is accompanied by the following documents: (1) the Declaration of Cara Gagliano in Support of this Motion ("Gagliano Declaration"); (2) a proposed order; (3) redacted versions of the documents sought to be filed under seal; and (4) unredacted versions of the documents sought to be filed under seal.

Mr. Perens brings this motion because certain exhibits attached to the Supplemental Drummond Hansen Declaration contain competitively sensitive information of the law firm O'Melveny & Myers LLP ("O'Melveny") regarding the particular hourly rates changed by the firm and the fee arrangements the firm reaches with clients.  *See* ECF No. 63.  This information is not available publically, and is important to help the firm remain competitive in the legal market place.  *Id.*

Under Civil Local Rule 79-5, a document may be filed under seal if a party establishes that the portions sought to be sealed "are privileged, protectable as a trade secret or otherwise entitled to protection under the law."  Civ. L.R. 79-5(b).  However, as the Ninth Circuit has found, the "public policies that support the right of access to dispositive motions, and related

materials, do not apply with equal force to non-dispositive materials." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  Therefore, rather than satisfy the "compelling reasons" standard associated with sealing for dispositive motions, parties seeking to file under seal documents related to non-dispositive motions need only make a "particularized showing" that "good cause" exists to seal the documents.  *Id*. at 1180.

The sealing of this sensitive information was approved for sealing by the Court.  Mr. Perens's previous motion to seal (ECF No. 63) was granted by this Court on February 13, 2018 (ECF No. 69), and Plaintiffs' administrative motion to seal (ECF No. 77) was granted on March 12, 2018 (ECF No. 81).

O'Melveny stands to suffer significant competitive harm if its rate information and detailed billing entries are subject to public review, and Mr. Perens likewise has an interest in the confidentiality of detailed billing entries.  We therefore respectfully request that this court grant Mr. Perens's motion to seal the above documents and portions of documents.

Dated:  March 22, 2018

        MELODY DRUMMOND HANSEN
        HEATHER J. MEEKER
        CARA L. GAGLIANO
        O'MELVENY & MYERS LLP

By:   */s/ Melody Drummond Hansen*
      Melody Drummond Hansen
Attorneys for Defendant
Bruce Perens