MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:	+1 650 473 2600
Facsimile:	+1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:	+1 415 984 8700
Facsimile:	+1 415 984 8701

Attorneys for Defendant
Bruce Perens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>                Plaintiffs,<br><br>        v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>                Defendants. | Case No. 3:17-cv-04002-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BRUCE PERENS'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |

Before the Court is Bruce Perens's Administrative Motion to File Under Seal portions of the Declaration of Melody Drummond Hansen in Support of Mr. Perens's Reply in Support of Motion for Attorneys' Fees ("Drummond Hansen Reply Declaration") and certain exhibits attached thereto.  Having considered the Administrative Motion, and any declaration and supporting documentation thereto, and finding good cause therefor, it is hereby **ORDERED** that the Motion is granted.  The following documents, or portions thereof, shall be filed under seal:

| Document | Portion(s) to be Sealed |
| --- | --- |
| Drummond Hansen Reply Declaration | ¶¶ 12, 17, 18, 21-24 |
| Exhibit A | Portions revealing hourly rates and timekeeper fees and hours subtotals |
| Exhibit B | Portions revealing hourly rates and timekeeper fees and hours subtotals |
| Exhibit C | Entire Document |
| Exhibit E | Entire Document |

Dated:  March ___, 2018

_____
Hon. Laurel Beeler_____
United States Magistrate Judge