# EXHIBIT B

*Open Source Security v. Perens*, No. 3:17-CV-04002-LB
**UPDATED Summary of Work Performed in 2018**

| Timekeeper | Title, Rate, and Qualifications | Narrative | Yearly Hours | Yearly Total |
|---|---|---|---|---|
| Heather Meeker | Partner <br><br> ▇ <br><br> Yale University, B.A. 1979 <br> University of California, Berkeley, J.D. 1994 <br><br> Recognized as a top-rated technology expert by *The Daily Journal*, Northern California *Super Lawyers*, and *Managing IP Magazine*; named "San Francisco Information Technology Law Lawyer of the Year" by *The Best Lawyers in America*; author of *Open (Source) for Business: A Practical Guide to Open Source Software Licensing* <br><br> More than 23 years of intellectual property and technology experience, with a | • **Settlement:** <br> ○ Review Plaintiffs' response to settlement offer <br> • **Motion for Fees:** <br> ○ Confer and direct strategy regarding motion for fees | **Original** <br> ▇ <br><br> **Adjusted for Additional Revisions:** <br> ▇ | **Original:** <br> ▇ <br><br> **Adjusted for Additional Revisions:** <br> ▇ |

| | | | | |
|---|---|---|---|---|
| | focus on Open Source and software licensing matters | | | |
| Melody Drummond Hansen | Partner ▮ Georgetown University, B.A. 2000 University of Oxford, M.S. 2002 University of Chicago, J.D. 2005 Over a decade of civil litigation experience, including representing defendants in defamation matters Has litigated dozens of intellectual property and technology cases, many as lead trial counsel | • **Settlement:**<br>  o Direct strategy regarding settlement offer<br>  o Review and revise communications to opposing counsel regarding settlement offer<br>• **Motion for Fees:**<br>  o Confer and direct strategy regarding motion<br>  o Review and revise motion and supporting documents<br>  o Direct strategy regarding motion to seal<br>• **Motion for Sanctions:**<br>  o Confer and direct strategy regarding motion<br>  o Review and revise motion and supporting documents<br>• **Ex Parte Motion:**<br>  o Direct strategy regarding opposition to ex parte motion<br>  o Review and revise opposition to ex parte motion to deem sanctions motion improper<br>  o Direct strategy regarding response to inaccuracies in reply to ex parte motion<br>• **Motion for Fees Reply:**<br>  o Confer and direct strategy regarding reply brief<br>  o Review and revise reply brief and supporting documents<br>• **Motion for Sanctions Reply:**<br>  o Confer and direct strategy regarding reply brief<br>  o Review and revise reply brief and supporting documents<br>• **Case Management:**<br>  o Direct overall litigation strategy | **Original:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions<br><br>**Adjusted for Additional Revisions:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions | **Original:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions<br><br>**Adjusted for Additional Revisions:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>Direct strategy regarding dismissal of Plaintiffs' claims without prejudice</li><li>Draft Defendant's response to ex parte motion to enter final judgment</li><li>Meet and confer with opposing counsel regarding ex parte dismissal motion</li><li>Conference with opposing counsel regarding fees and sanctions motions</li></ul> | | |
| Cara Gagliano | Associate<br><br>▮r<br><br>Northwestern University, B.A. 2011<br>New York University, J.D. 2015<br><br>More than two years of intellectual property litigation experience, as well as anti-SLAPP, defamation, and tortious interference research experience<br><br>Focus on First Amendment issues in pro bono and law school experience, including selection as one of seven 2014–2015 Arthur Garfield Hays Civil Liberties fellow, multiple First Amendment-focused legal internships, and | <ul><li>**Settlement:**<ul><li>Prepare draft email communicating settlement offer</li></ul></li><li>**Motion for Fees**<ul><li>Conduct research and analyze case law regarding fees recoverable in anti-SLAPP cases</li><li>Conduct research regarding procedure for seeking fees under anti-SLAPP law in light of Plaintiffs' notice of intent not to amend complaint</li><li>Confer regarding motion strategy</li><li>Compile and review comparative rate data in anticipation of drafting motion</li><li>Supervise drafting of motion</li><li>Revise motion and contribute supplemental research and drafting</li><li>Supervise preparation of materials supporting requested fees amount</li><li>Meet and confer with opposing counsel</li></ul></li><li>**Motion for Sanctions:**<ul><li>Conduct legal research</li><li>Supervise and coordinate research regarding procedural issues</li></ul></li></ul> | **Original:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions<br><br>**Adjusted for Additional Revisions:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions | **Original:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions<br><br>**Adjusted for Additional Revisions:**<br>▮ w/o Mot. for Sanctions<br><br>▮ w/ Mot. for Sanctions |

| | | | | |
|---|---|---|---|---|
| | coursework on First Amendment and media law | <ul><li>○ Revise motion and contribute supplemental research and drafting</li><li>**Ex Parte Motion:**<ul><li>○ Review and revise draft opposition motion to deem sanctions motion improper</li></ul></li><li>**Motion for Fees Reply:**<ul><li>○ Review and analyze Plaintiffs' opposition brief</li><li>○ Confer regarding motion strategy</li><li>○ Conduct supplemental legal research</li><li>○ Draft and revise motion</li><li>○ Supervise preparation of materials supporting requested fees amount</li></ul></li><li>**Case Management:**<ul><li>○ Research appealability and other procedural issues raised by Plaintiffs' notice of intent not to amend their complaint</li><li>○ Conference with opposing counsel regarding sanctions motion</li></ul></li></ul> | | |
| Eric Ormsby | Associate ▮ University of Texas at Austin, B.A. 2013 Columbia University, J.D. 2017 | <ul><li>**Motion for Fees:**<ul><li>○ Research procedural issues relating to Plaintiffs' notice of intent not to amend their complaint</li><li>○ Conduct legal research</li><li>○ Draft and revise outline of motion</li><li>○ Draft and revise motion sections</li><li>○ Draft and prepare documents in support of motion</li></ul></li><li>**Motion for Sanctions:**<ul><li>○ Conduct legal research</li></ul></li><li>**Ex Parte Motion:**<ul><li>○ Draft declaration in support of response to ex parte motion to deem sanctions motion improper</li></ul></li><li>**Motion for Fees Reply:**</li></ul> | **Original:** ▮ w/o Mot. for Sanctions ▮ w/ Mot. for Sanctions **Adjusted for Additional Revisions:** | **Original:** ▮ w/o Mot. for Sanctions ▮ w/ Mot. for Sanctions **Adjusted for Additional Revisions:** |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>Draft outline of reply motion</li><li>Draft and revise exhibits and accompanying declarations in support of motion</li></ul> | ▇ w/o Mot. for Sanctions<br><br>▇ w/ Mot. for Sanctions | w/o Mot. for Sanctions<br><br>w/ Mot. for Sanctions |
| Marissa Rhoades | Associate<br><br>▇<br><br>Arizona State University, B.A./B.S. 2014<br>University of California, Berkeley, J.D. 2017 | **Motion for Fees:**<br><ul><li>Research procedural issues relating to Plaintiffs' notice of intent not to amend their complaint</li><li>Conduct legal research</li><li>Draft and revise motion sections</li><li>Draft and prepare documents in support of motion</li><li>Research procedures for sealing the motion for fees and costs</li></ul>**Motion for Sanctions:**<br><ul><li>Conduct legal research</li><li>Draft and revise motion for sanctions and supporting documents</li></ul>**Ex Parte Motion:**<br><ul><li>Conduct legal research</li><li>Draft and revise opposition to ex parte motion to deem sanctions motion improper</li></ul>**Motion for Fees Reply:**<br><ul><li>Review and analyze opposition brief</li><li>Draft outline of reply motion</li><li>Draft and revise reply motion</li><li>Conduct supplemental research</li><li>Draft and revise sealing motions and supporting documents</li></ul>**Motion for Sanctions Reply:** | **Original:**<br>▇ w/o Mot. for Sanctions<br><br>▇ w/ Mot. for Sanctions<br><br>**Adjusted for Additional Revisions:**<br>▇ w/o Mot. for Sanctions<br><br>▇ w/ Mot. for Sanctions | **Original:**<br>w/o Mot. for Sanctions<br><br>w/ Mot. for Sanctions<br><br>**Adjusted for Additional Revisions:**<br>w/o Mot. for Sanctions<br><br>w/ Mot. for Sanctions |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>○ Review and analyze opposition brief</li><li>○ Draft outline of reply motion</li><li>○ Draft and revise reply motion and supporting documents</li><li>○ Conduct supplemental research</li></ul><ul><li>**Case Management:**<ul><li>○ Review and analyze procedural issues relating to Plaintiffs' request for entry of judgment and statement of intent to appeal</li></ul></li></ul> | | |
| Diana Diaz | Case Manager <br><br>■ <br><br>St. Mary's College, B.A. 2000 <br><br>Over 20 years of paralegal experience, with focus on intellectual property and commercial litigation matters | <ul><li>**Case Management:**<ul><li>○ Review court notice regarding entry of final judgment and calendar deadlines</li></ul></li><li>**Motion for Fees**<ul><li>○ Assist with filing and serving motions</li></ul></li><li>**Motion for Fees Reply**<ul><li>○ Assist and prepare documents for filing</li></ul></li></ul> | **Original:** <br>■ <br><br>**Adjusted for Additional Revisions:** <br>■ w/o Mot. for Sanctions <br><br>■ w/ Mot. for Sanctions | **Original:** <br>■ <br><br>**Adjusted for Additional Revisions:** <br>■ w/o Mot. for Sanctions <br><br>■ w/ Mot. for Sanctions |
| **TOTAL** | | | ■ w/o Mot. for Sanctions <br><br>■ w/ Mot. for Sanctions | ■ w/o Mot. for Sanctions <br><br>■ w/ Mot. for Sanctions |

| TOTAL Adjusted for Additional Revisions: | | | ■ w/o Mot. for Sanctions<br><br>■ w/ Mot. for Sanctions | ■ w/o Mot. for Sanctions<br><br>■ w/ Mot. for Sanctions |
|---|---|---|---|---|