# EXHIBIT A

*Open Source Security v. Perens*, No. 3:17-CV-04002-LB
**UPDATED Summary of Work Performed in 2017**

| Timekeeper | Title, Rate, and Qualifications | Narrative | Yearly Hours | Yearly Total |
|---|---|---|---|---|
| Heather Meeker | Partner<br><br>███/hour<br><br>Yale University, B.A. 1979<br>University of California at Berkeley, J.D. 1994<br><br>Recognized as a top-rated technology expert by *The Daily Journal*, Northern California *Super Lawyers*, and *Managing IP Magazine*; named "San Francisco Information Technology Law Lawyer of the Year" by *The Best Lawyers in America*; author of *Open (Source) for Business: A Practical Guide to Open Source Software Licensing*<br><br>More than 23 years of intellectual property and technology experience, with a | • **First Anti-SLAPP Motion/Motion to Dismiss:**<br>  ○ Correspond with Mr. Perens and litigation team regarding lawsuit<br>  ○ Advise team regarding allegations pertaining to Open Source licensing agreements and public interest aspects of Mr. Perens's speech<br>  ○ Confer and direct strategy regarding combined anti-SLAPP motion and motion to dismiss<br>• **Opposition to Motion for Partial Summary Judgment:**<br>  ○ Confer and direct strategy regarding opposition to motion for partial summary judgment<br>• **Settlement:**<br>  ○ Review the Court's order dismissing claims with leave to amend<br>  ○ Correspond with client and direct strategy regarding settlement offer<br>• **Motion for Fees:**<br>  ○ Confer and direct strategy regarding recovery of fees | Original:<br>███<br><br>Adjusted for Additional Revisions:<br>███ | Original:<br>███<br><br>Adjusted for Additional Revisions:<br>███ |

| | | | | |
|---|---|---|---|---|
| | focus on Open Source and software licensing matters | | | |
| Melody Drummond Hansen | Partner<br><br>■/hour<br><br>Georgetown University, B.A. 2000<br>University of Oxford, M.S. 2002<br>University of Chicago, J.D. 2005<br><br>Over a decade of civil litigation experience, including representing defendants in defamation matters<br><br>Has litigated dozens of intellectual property and technology cases, many as lead trial counsel | <ul><li>**First Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>Direct strategy regarding combined anti-SLAPP motion and motion to dismiss</li><li>Review and revise combined motion</li></ul></li><li>**Second Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>Direct overall litigation strategy</li><li>Direct strategy regarding response to amended complaint</li><li>Review and revise motion and supporting documents</li><li>Review and revise communications relating to Plaintiffs' request for discovery</li><li>Review and revise reply brief</li><li>Direct strategy regarding hearing preparation</li><li>Prepare for and participate in mooting session in anticipation of hearing</li><li>Argue at hearing</li></ul></li><li>**Response to Plaintiffs' Supplemental Brief in Opposition to Second Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>Direct strategy regarding Plaintiffs' supplemental brief</li><li>Review and revise response to Plaintiffs' supplemental brief and draft motion for leave to file</li></ul></li><li>**Opposition to Motion for Partial Summary Judgment:**<ul><li>Direct strategy regarding response to motion for partial summary judgment</li></ul></li></ul> | **Original:**<br>■<br><br>**Adjusted for Additional Revisions:**<br>■ | **Original:**<br>■<br><br>**Adjusted for Additional Revisions**:<br>■ |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | <ul><li>o Review and revise opposition brief and supporting documents</li></ul><ul><li>**Surreply in Opposition to Motion for Partial Summary Judgment:**<ul><li>o Review and revise communications to opposing counsel regarding anticipated surreply</li><li>o Direct strategy regarding surreply</li><li>o Revise and review surreply and supporting documents</li></ul></li><li>**Settlement:**<ul><li>o Direct overall strategy regarding potential settlement offer</li><li>o Review and revise communications to opposing counsel relating to settlement offer</li></ul></li><li>**Case Management:**<ul><li>o Direct strategy regarding case management conference</li><li>o Direct strategy regarding motion to continue summary judgment proceedings and motion to stay discovery</li><li>o Review and revise stipulated request to move case schedule</li><li>o Review and revise communications to opposing counsel requesting extension of time to respond to amended complaint</li><li>o Confer with opposing counsel regarding case management issues</li><li>o Direct strategy regarding 26(f) conference and other case management issues</li><li>o Participate in 26(f) conference</li><li>o Confer with opposing counsel regarding Plaintiffs' proposal to proceed with discovery</li></ul></li></ul> |  |  |

| | | | Original: ▓ Adjusted for Additional Revisions: ▓ | Original: ▓ Adjusted for Additional Revisions: ▓ |
|---|---|---|---|---|
| | | - before resolution of Mr. Perens's motion to dismiss<br>  o Direct strategy and participate in ADR call | | |
| Cara Gagliano | Associate<br><br>▓/hour<br><br>Northwestern University, B.A. 2011<br>New York University, J.D. 2015<br><br>More than two years of intellectual property litigation experience, as well as anti-SLAPP, defamation, and tortious interference research experience<br><br>Focus on First Amendment issues in pro bono and law school experience, including selection as one of seven 2014–2015 Arthur Garfield Hays Civil Liberties fellow, multiple First Amendment-focused legal internships, and coursework on First Amendment and media law | - **First Anti-SLAPP Motion/Motion to Dismiss:**<br>  o Confer with team on litigation strategy and tasks<br>  o Conduct legal research for combined motion<br>  o Draft combined motion<br>  o Prepare request for judicial notice in support of motion<br>  o Coordinate and supervise filing of motion<br>  o Review Plaintiffs' opposition brief<br>- **Second Anti-SLAPP Motion/Motion to Dismiss:**<br>  o Research procedural effect of amended complaint on pending combined anti-SLAPP motion and motion to dismiss<br>  o Evaluate necessary revisions to first combined anti-SLAPP motion and motion to dismiss to address amended complaint<br>  o Draft and coordinate filing notice of withdrawal of first combined motion as mooted by Plaintiffs' amended complaint<br>  o Lead legal research and drafting for second combined anti-SLAPP motion and motion to dismiss<br>  o Review Plaintiffs' opposition to motion<br>  o Lead drafting of reply brief<br>  o Confer with team regarding strategy for hearing<br>  o Prepare argument outline for hearing and assist with hearing preparation<br>  o Attend hearing | Original: ▓<br><br>Adjusted for Additional Revisions: ▓ | Original: ▓<br><br>Adjusted for Additional Revisions: ▓ |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>**Response to Plaintiffs' Supplemental Brief in Opposition to Second Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>Review Plaintiffs' proposed motion for leave to file supplemental briefing</li><li>Discuss strategy for responding to Plaintiffs' motion for leave to file supplemental briefing with team and Mr. Perens</li><li>Review and revise draft response to supplemental briefing</li></ul></li><li>**Opposition to Motion for Partial Summary Judgment:**<ul><li>Review motion for partial summary judgment and relevant procedural rules to determine compliance</li><li>Discuss strategy and arguments for opposition to motion for partial summary judgment</li><li>Conduct legal research for opposition brief</li><li>Draft opposition brief</li><li>Prepare declaration of Bruce Perens in support of opposition</li><li>Review and analyze Plaintiffs' reply brief</li></ul></li><li>**Surreply in Opposition to Motion for Partial Summary Judgment:**<ul><li>Discuss strategy for responding to factual inaccuracies in Plaintiffs' reply brief in support of partial summary judgment</li><li>Draft and revise surreply addressing inaccuracies in Plaintiffs' reply brief</li><li>Prepare supplemental declaration correcting error in previous declaration and addressing inaccuracies in Plaintiffs' reply brief</li></ul></li></ul> | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | <ul><li>○ Draft and revise motion for leave to file a surreply, attorney declaration in support thereof, and a proposed order granting leave to file a surreply</li></ul><ul><li>**Settlement:**<ul><li>○ Prepare draft email communicating settlement offer</li><li>○ Revise draft email to opposing counsel to reflect the Court's order dismissing complaint</li></ul></li><li>**Case Management:**<ul><li>○ Evaluate options for rescheduling case management deadlines</li><li>○ Prepare and file stipulated request for extension of case management deadlines</li><li>○ Draft stipulated request to modify schedule for second combined anti-SLAPP motion and motion to dismiss and motion for partial summary judgment</li><li>○ Prepare motion to continue summary judgment proceedings pending resolution of second combined anti-SLAPP motion and motion to dismiss</li><li>○ Prepare and file notice of withdrawal of motion to continue summary judgment proceedings</li><li>○ Prepare ADR forms for filing and participate in call with ADR administrator</li><li>○ Participate in 26(f) conference with opposing counsel</li><li>○ Draft and revise case management statement</li><li>○ Revise initial disclosures</li></ul></li></ul> |  |  |

| | | | | |
|---|---|---|---|---|
| Eric Ormsby | Associate<br><br>█/hour<br><br>University of Texas at Austin, B.A. 2013<br>Columbia University, J.D. 2017 | • **Second Anti-SLAPP Motion/Motion to Dismiss:**<br>  o Draft summaries of cases cited in Plaintiffs' opposition briefs<br>  o Draft outline for reply brief<br>  o Assist with drafting of reply brief<br>  o Conduct legal research for reply brief<br>  o Assist with hearing preparation<br>  o Attend hearing<br>• **Response to Plaintiffs' Supplemental Brief in Opposition to Second Anti-SLAPP Motion/Motion to Dismiss:**<br>  o Research case cited in supplemental brief<br>  o Draft response to supplemental brief<br>• **Surreply in Opposition to Motion for Partial Summary Judgment:**<br>  o Research procedural requirements for submitting surreply<br>• **Case Management:**<br>  o Assist with drafting of case management conference statement | **Original:**<br>█<br><br>**Adjusted for Additional Revisions:**<br>█ | **Original:**<br>█<br><br>**Adjusted for Additional Revisions:**<br>█ |
| Marissa Rhoades | Associate<br><br>█/hour<br><br>Arizona State University, B.A./B.S. 2014<br>University of California at Berkeley, J.D. 2017 | • **Second Anti-SLAPP Motion/Motion to Dismiss:**<br>  o Review and analyze Plaintiffs' opposition brief<br>  o Conduct legal research for reply brief<br>  o Draft and revise discovery arguments for reply brief<br>  o Assist with hearing preparation<br>  o Attend hearing<br>• **Surreply in Opposition to Motion for Partial Summary Judgment:**<br>  o Draft motion to file surreply and supporting documents<br>• **Settlement:** | **Original:**<br>█<br><br>**Adjusted for Additional Revisions:**<br>█ | **Original:**<br>█<br><br>**Adjusted for Additional Revisions:**<br>█ |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>o Review and analyze hearing transcript for purpose of engaging in settlement negotiations</li></ul><ul><li>**Case Management:**<ul><li>o Draft initial disclosures and discovery plan</li></ul></li></ul> | | |
| Diana Diaz | Case Manager<br><br>■/hour<br><br>St. Mary's College, B.A. 2000<br><br>Over 20 years of paralegal experience, with focus on intellectual property and commercial litigation matters | <ul><li>**First Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>o Cite check motion</li><li>o Finalize motion and related documents for e-filing</li><li>o Assist with drafting request for judicial notice</li></ul></li><li>**Second Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>o Review briefs and collect cases and supporting documents to create working binders for attorneys</li><li>o Cite check motion</li><li>o Finalize motion and related documents for e-filing</li><li>o Collect, organize, and prepare hearing materials</li><li>o Obtain hearing transcript</li></ul></li><li>**Response to Plaintiffs' Supplemental Brief in Opposition to Second Anti-SLAPP Motion/Motion to Dismiss:**<ul><li>o Review and organize court notice regarding Plaintiffs' supplemental brief</li><li>o Finalize motion and related documents for e-filing</li></ul></li><li>**Opposition to Motion for Partial Summary Judgment:**<ul><li>o Cite check motion</li><li>o Draft declaration in support of opposition to motion and proposed order</li></ul></li><li>**Case Management:**</li></ul> | Original:<br><br>■<br><br>Adjusted for Additional Revisions:<br><br>■ | Original:<br><br>■<br><br>Adjusted for Additional Revisions:<br><br>■ |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>Draft notice of appearances, consent of magistrate judge, and certification of interested entities or persons</li><li>Conduct research on federal and local rules and Judge Beeler's standing orders</li><li>Draft stipulation and declaration in support of moving case management hearing date</li><li>Calendar deadlines</li><li>Assist with e-filing motion to continue hearing dates</li><li>Research, prepare, and e-file ADR documents</li><li>Research courtroom equipment, set-up, and procedures for hearing</li><li>Review and organize court notices</li></ul> | | |
| Jillisia Santillana | Project Assistant ▮/hour | **Second Anti-SLAPP Motion:**<br>o Prepare motion index | **Original:** ▮<br><br>**Adjusted for Additional Revisions:** ▮ | **Original:** ▮<br><br>**Adjusted for Additional Revisions:** ▮ |
| **TOTAL** | | | 690.6 | $391,164.50 |
| **TOTAL Adjusted for Additional Revisions** | | | 645.7 | $370,264.50 |