# EXHIBIT D

**Updated Fees Chart, *Open Source Security v. Perens,* No. 3:17-CV-04002-LB
Cf. Fee Motion (ECF No. 62 at 10)**

| Task | Original Hours | Revised Hours | Original Fees Incurred | Revised Fees Incurred |
|---|---|---|---|---|
| First Anti-SLAPP Motion | 137.9 | 137.9 | $83,606.50 | $81,466.50 |
| Second Anti-SLAPP Motion | 77.6 | 77.6 | $43,669.50 | $43,669.50 |
| Second Anti-SLAPP Reply | 109.5 | 108 | $60,803.50 | $60,483.00 |
| Response to Plaintiffs' Supplemental Brief in Opposition to Anti-SLAPP Motion | 19.6 | 18.30 | $10,798.50 | $10,213.50 |
| Opposition to Motion for Partial Summary Judgment | 87.5 | 87.3 | $49,813.00 | $49,430.00 |
| Surreply to Motion for Partial Summary Judgment | 29.2 | 28.80 | $17,477.00 | $17,297.00 |
| Combined Hearing on Anti-SLAPP Motion, Motion to Dismiss, and Motion for Partial Summary Judgment | 141.6 | 104.6 | $77,925.50 | $60,731.50 |
| Case Management | 86.9 | 88.58 | $50,462.50 | $51,418.00 |
| Settlement | 12.3 | 10.8 | $7,961.50 | $7,159.00 |
| Motion for Attorneys' Fees Under Anti-SLAPP Law | 131.8 | 123 | $76,602.00 | $71,303.00 |
| Reply to Plaintiffs' Opposition to Motion for Attorneys' Fees | 0 | 119 | 0 | $73,722.50 |
| **Total** | 833.9 | | $478,977.50 | |
| **Revised Totals** | | **903.88** | | **$526,893.50** |