
# The State Bar *of California*

## Cara Lorraine Gagliano - #308639

### Current Status: Active

This attorney is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 308639 | | |
| **Address:** | O'Melveny & Myers LLP<br>2 Embarcadero Ctr # 28Fl<br>San Francisco, CA 94111-3800<br>Map it | **Phone Number:** | (216) 536-4370 |
| | | **Fax Number:** | Not Available |
| **Email:** | cgagliano@omm.com | | |
| **County:** | San Francisco | **Undergraduate School:** | Northwestern Univ; Evanston IL |
| **District:** | District 1 | | |
| **Sections:** | None | **Law School:** | New York Univ SOL; New York NY |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 2/9/2016 | Admitted to The State Bar of California |

### Actions Affecting Eligibility to Practice Law in California

**Disciplinary and Related Actions**

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

© 2018 The State Bar of California