# EXHIBIT G

COOPER, WHITE & COOPER LLP
WILLIAM H. G. NORMAN (SBN 49942)
  wnorman@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for NICHOLAS P. CLAINOS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER GRAHAM-SULT, an individual, and DAVID GRAHAM, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>NICHOLAS P. CLAINOS, an individual, RICHARD L. GREENE, an individual, LINDA McCALL, an individual, GREENE RADOVSKY MALONEY SHARE & HENNINGH LLP, a limited liability partnership, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, NORTON LLC, a limited liability company, and WILLIAM E. SAGAN, an individual,<br><br>            Defendants. | CASE NO. CV 10 4877 CW<br><br>**DECLARATION OF WILLIAM H. G. NORMAN IN SUPPORT OF NICHOLAS P. CLAINOS' MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS**<br><br>Date:    September 22, 2011<br>Time:    2:00 p.m.<br>Crtrm.:  2, USDC—Oakland Division<br>            Honorable Claudia Wilken |

1.     I, William H. G. Norman, am an attorney at law licensed to practice in the State of California and all times material hereto have been a partner at Cooper, White & Cooper LLP and counsel for Defendant Nicholas P. Clainos.  I have personal knowledge of the matters set forth below and if called upon as a witness, could testify thereto orally under oath as I do here in writing.

Overview

2.     This case was from the beginning highly complex from both a legal and a factual standpoint.  Over two decades of important and detailed historical events needed to be studied

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

from interviewing numerous witnesses and reviewing many hundreds of documents. Many multifaceted relationships of persons and entities needed to be understood, several complicated multi-million dollar acquisition transactions had to be analyzed, and one of the most complex probate actions Marin County has ever seen needed review. My client, Nicholas P. Clainos, served in at least four different capacities with alleged conflicts of interest that needed close examination and the stakes were extremely high. This was not just because of the $20 million the Plaintiffs contend Mr. Clainos converted, but also because professional reputations were on the line and there were serious potential consequences downstream of an adverse result in terms of litigation for and against third parties now holding the extensive rights and profits which Plaintiffs claim were taken from them. Very difficult legal issues were involved, not just in researching and developing the prongs needed to succeed at the anti-SLAPP motion level but also as to duties owed to and the various parties, as to the accrual and tolling of various statutes of limitations, as to the nature and extent of various fiduciary duties, and as to difficult contract interpretation questions that were anything but straightforward. While Mr. Clainos and his law firm are very pleased with the result of the Court's recent Judgment in his favor, that result required an enormous amount of work and the result was anything but a foregone conclusion until all of the facts and the law were fully developed over sever months of time. The cost of legal services were correspondingly significant and the size of them must be seen in a context of these circumstances.

3.     This Declaration attempts to address and explain the work behind the legal services by describing the team members' backgrounds and billing rates, the kinds of tasks involved, and their allocation among the various timekeepers. Many details of the work are described in the attached legal service invoices, and I offer the Court my views on the reasonableness and efficiency of this work and its cost from the perspective of a senior attorney who successfully tried many cases, has successfully made many anti-SLAPP motions, and who has practiced in California for almost forty years. Anti-SLAPP motions in my experience are always time consuming and expensive and caution should be exercised before choosing to make them because of that cost. But once a decision is made to file such a motion, full attention must be devoted and corners should not be cut. It may be easy for others to say that the significant victory achieved in

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

660382.1                                              2                                   CV 10 4877 CW
DECLARATION OF WILLIAM H. G. NORMAN IN SUPPORT OF NICHOLAS P. CLAINOS' MOTION FOR
AWARD OF ATTORNEYS FEES AND COSTS

1   this case should and could have achieved at less cost but when so much is on the line, then the risk

2   of holding back is just too great, and so second-guessing is simply too convenient and

3   inappropriate.  As detailed below, the legal services provided to by my law firm to this case so far

4   have been substantial but they have also been reasonable, efficient, necessary, and, of course,

5   successful.  We respectfully ask that the Court approve our Application for Attorneys Fees in full.

6   The Cooper, White & Cooper Team Members

7           4.      I am a senior partner at Cooper, White & Cooper (a law firm that was established

8   almost 100 years ago).  I graduated from Williams College, the University of Virginia Law

9   School, and was a partner at Bronson, Bronson & McKinnon in San Francisco for 25 years before

10  joining Cooper, White & Cooper in 1999.  I have tried over 70 cases to conclusion, am a member

11  of American Board of Trial Advocates, and have handled complex commercial and fiduciary-

12  related litigation for over 30 years.  I have represented numerous professionals, including

13  attorneys, executors, doctors, investment professionals and brokers, directors and officers, and

14  even judges.  I have successfully made and prevailed in numerous anti-SLAPP motions and have

15  in each case recovered 90% or more of all requested attorneys fees and costs.  My billing rate is

16  $450 per hour.

17          In this case, I headed Cooper's team, closely supervising all other timekeepers and a team

18  which routinely works with me on his matters.  Major strategy was developed by me, I directed

19  (but usually did not perform) legal research, I was extensively involved in drafting key pleadings

20  and motions, and I made the major Court appearances, including the Motion in question.  I was the

21  attorney directly in charge of client communications and billing, and had overall supervisory

22  responsibility on the case.

23          5.      Scott McLeod has been a member of the California and Federal bar since 2006, and

24  is an associate with Cooper, White & Cooper LLP with litigation experience in various contexts,

25  in state and federal court, including commercial real estate disputes, employment litigation, and

26  commercial disputes.  His billing rate is $350 per hour.  His role and function were to perform

27  legal research and analyze and evaluate legal questions; to review documents and files for factual

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

660382.1                                    3                              CV 10 4877 CW
DECLARATION OF WILLIAM H. G. NORMAN IN SUPPORT OF NICHOLAS P. CLAINOS' MOTION FOR
AWARD OF ATTORNEYS FEES AND COSTS

1 matters necessary for the motion; to obtain factual information from the client and co-defendants
2 for the motion; to prepare drafts of the necessary briefs and supporting documents.

3       6.     Jill Rowe is a partner at Cooper, White & Cooper LLP. Her billing rate is $375 per
4 hour. Her role and function were to evaluate facts and legal theories, and to assist in preparation
5 of documents.

6       7.     Louise Fong is a paralegal at Cooper, White & Cooper LLP. Her billing rate is
7 $190. Her role and function were to perform factual research regarding trademark registrations
8 and copyright registrations.

9       8.     Other timekeepers include Richard J. Collier, who is a partner with extensive
10 experience with trust and probate proceedings. His hourly rate is $450 and he was consulted to
11 develop probate-related defenses to satisfy prong two of the anti-SLAPP motion. Alan L
12 Silberman is a partner with extensive trust and probate experience. His hourly rate is $475 and he
13 contributed by analyzing fee issues arising from probate action.

14 The Specific Tasks That Were Required and the Work Done

15       9.     Upon first being retained in December, 2010, and to develop the facts necessary to
16 support an anti-SLAPP motion, it was obviously necessary to learn the detailed facts relating to
17 over two decades of major business activity. To this end, we had extensive interviews with our
18 client and other witnesses, we obtained extensive files from our client and from attorney Richard
19 Greene's office, we secured the Marin County Probate Court file, and we researched records at the
20 Federal Trademark office. We developed a detailed chronology and key document files, and we
21 conferred extensively with our client and other witnesses on key events, conversations and actions.

22       10.     We researched the extremely complex relationships which Nicholas Clainos had
23 with others, including Richard Greene, the plaintiffs, Bill Graham, Bill Graham Enterprises, Bill
24 Graham Presents, SFX, Clear Channel Communications, William Sagan and his organizations, the
25 Estate of Bill Graham, and the Marin County Probate Court. We conducted legal research into the
26 duties and parameters of responsibilities for each of these persons to each other, together with
27 limitations, time and subject matter, we closely scrutinized the impact on the parameters of these
28 duties which key documents had. These key documents included appointing applications,

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

660382.1                          4                               CV 10 4877 CW
DECLARATION OF WILLIAM H. G. NORMAN IN SUPPORT OF NICHOLAS P. CLAINOS' MOTION FOR
AWARD OF ATTORNEYS FEES AND COSTS

1 pleadings, and orders in the probate court, Wills and Trusts of Bill Graham, formation documents

2 of Bill Graham Presents and Bill Graham Enterprises, correspondence and contracts, agreements

3 and assignments, a wide variety of financial documents, publicity searches and public filing

4 searches and even personal background checks.

5      11.     We researched the anti-SLAPP motion remedies, and we spent considerable time

6 developing legal theories, strategies and tactics, as the results of our research were applied to the

7 facts of our case.

8      12.     We drafted an anti-SLAPP Motion, together with supporting declarations and

9 papers, we reviewed extensive declarations and pleadings filed by other defendants, we reviewed

10 oppositions from the Plaintiffs and replied to some other defendants and prepared a reply of our

11 own, we appeared at the anti-SLAPP hearing and argued the motion, and have reviewed the results

12 together with preparing this motion for an award of fees. In all of this, we have conferred

13 extensively with our client and other defense counsel, and we have coordinated our strategies and

14 tactics with theirs.

15      13.     We analyzed rights of indemnity of our client against others, including Bill Graham

16 Presents, Bill Graham Enterprises, Live Nations, Clear Channel Communications, and others, and

17 we had extensive communications about rights of indemnity allegedly owed by our client to those

18 parties (though no party has yet agreed to indemnify Mr. Clainos).

19      14.     We have conferred extensively with our client, keeping him closely posted on all

20 developments and have spent a considerable amount of time answering his questions and

21 providing guidance on a wide variety of issues relating to the motion.

22      15.     Cooper, White & Cooper, LLP's timekeepers keep contemporaneous or near

23 contemporaneous time records. Each timekeeper is responsible to tracking his or her own time,

24 with a brief description of the services performed. The time entries are kept in an electronic

25 database, and those time entries are then used as the basis of the invoice that is sent to the client.

26 Attached hereto as Exhibit A is a true and correct copy of redacted and notated time entries for this

27 matter. Some privileged and/or work product information has been redacted. Also, for each time

28 entry, the timekeeper has provided a notation in the right hand margin of the percentage of the

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

660382.1                              5                              CV 10 4877 CW
DECLARATION OF WILLIAM H. G. NORMAN IN SUPPORT OF NICHOLAS P. CLAINOS' MOTION FOR
AWARD OF ATTORNEYS FEES AND COSTS

1   time entry that was devoted to work on the anti-SLAPP motion, e.g. a notation of 25% next to a

2   one-hour time entry denotes that 15 minutes was devoted to issues involving the anti-SLAPP

3   motion. It should be noted that both Jill Rowe and I sometimes refer to the anti-SLAPP loosely as

4   a "motion to dismiss" in the time records; it is obvious that such references are to the anti-SLAPP

5   motion as Clainos did not bring a 12(b)(6) motion. All "motion to dismiss" entries relate to the

6   Anti-SLAPP motion which this Court granted.

7         16.    We have worked extensively on this fee application. In addition to the time and

8   fees of $3,510 for June (as shown on Exhibit A), we have also spent time in July in preparing this

9   motion. Specifically, in addition to all of the fees and costs on the attached invoices, in July,

10   Clainos has incurred an additional $4,150 in fees, and we expect that in reviewing the Plaintiffs'

11   opposition and preparing a reply brief and attending at the hearing, he will incur another $7,000.

12   The total of all fees for July through the September hearing is estimated to be $11,150.

13   <u>The Costs and Charges Were Necessary and Reasonable</u>

14         17.    Based upon of almost 40 years of law practice, including many years representing

15   professionals in complex commercial litigation as well as preparing numerous anti-SLAPP

16   motions, I assembled a team which I thought was competent and efficient. It was tested and

17   successful in many lawsuits in many years and, as was my practice, I closely supervised their

18   work and their billed time insofar as it was reflected on the invoices that I sent to the client. All of

19   the hourly rates are very reasonable and indeed based on my knowledge and experience in the

20   community well below market for similar timekeepers of similar experience levels. All the time

21   spent was necessary and reasonable, the work was efficient and supervised carefully, the quality of

22   the work was excellent. The results speak for themselves.

23       I declare under penalty of perjury under the laws of the State of California and under the

24   laws of the United States of America that the foregoing is true and correct.

25

26   DATED: July 11, 2011                */s/ William H. G. Norman*

27                                     William H. G. Norman

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

660382.1                           6                              CV 10 4877 CW
DECLARATION OF WILLIAM H. G. NORMAN IN SUPPORT OF NICHOLAS P. CLAINOS' MOTION FOR
AWARD OF ATTORNEYS FEES AND COSTS

EXHIBIT A

# COOPER, WHITE & COOPER LLP

**ATTORNEYS AT LAW**

201 CALIFORNIA STREET SEVENTEENTH FLOOR

SAN FRANCISCO CALIFORNIA 94111-5002

(415) 433-1900

A LIMITED LIABILITY
PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
FACSIMILE (415) 433-5530
FEDERAL I.D. #94-1591857

CONTRA COSTA OFFICE
1333 N CALIFORNIA BLVD
WALNUT CREEK
CALIFORNIA 94596
(925) 935-0700

Page        1
Inv#    1054757
Date   01/05/2011
16144.05000.WHGN

Nicholas P. Clainos

Re: adv. Alex Graham-Sult & David Graham

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010

| | | HOURS | |
|---|---|---|---|
| 12/01/10 WHGN | Conference with Greene attorney Ron Mallen; analysis of issues and plan further handling. | .20 | 100 % |
| 12/02/10 WHGN | Begin review of documents supplied by client. | .30 | 100 |
| 12/03/10 WHGN | Extensive review of written materials supplied by Mr. Clainos. Communication to and from plaintiff's counsel in regard to pleading issues. Several lengthy conference calls (including one on Saturday) with Mr. Clainos and subsequent review of his email correspondence. | 4.10 | 100 |
| 12/03/10 JBR | Meeting with W. Norman to discuss case background and strategy. | .90 | 100 |
| 12/03/10 LF | Confer with William Norman and Jill Rowe regarding status of case. | .90 | 100 |
| 12/06/10 WHGN | Begin preparation of chronology based upon analysis and comments from client. | 1.00 | 100 |
| 12/07/10 WHGN | Begin work on chronology. Extensive review of documents supplied by client. Correspondence to and from Greene attorney. Emails to and from Mr. Clainos. Plan further handling. | .90 | 100 |
| 12/08/10 WHGN | Further review of documents received from client. Further work on chronology. Report to Mr. Clainos. Lengthy conference with Greene attorney in regard to documents. Motion to dismiss and other tactical matters. Report to Mr. Clainos. Conference regarding intellectual property ownership issues raised by Greene attorney. | 3.50 | 100 |
| 12/09/10 WHGN | Emails to and from Mallen's office. | 3.20 | 100 |

|            |      |                                                                                                                                                                                                                          |       |        |
| ---------- | ---- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | ------ |
|            |      | Emails to and from Mr. Clainos.  Further work on chronology.  Review email from Mr. Clainos and respond.  Comprehensive review of documents received from Mallen's office.  Revise chronology. Direct further handling of research on anti-SLAPP defenses for Mr. Clainos as executor of petitioning estate. |       |        |
| 12/09/10   | JBR  | Meeting with S. McLeod regarding case background and motion to dismiss research issues.                                                                                                                                   | .20   | 100 %  |
| 12/09/10   | SXM  | Search for cases involving probate/executor and Anti-SLAPP motions, with attention to cases involving client rather than attorney.                                                                                        | 1.00  | 100    |
| 12/10/10   | WHGN | Finalize chronology and full report to Mr. Clainos.  Correspondence to Mallen office regarding motion to dismiss and associated pleadings we need.  Review and coordinate further handling of possible parallel motion.  Plan further handling. | 2.80  | 100    |
| 12/13/10   | WHGN | Review Mallen brief and analysis of issues; lengthy conference with client regarding status and strategies; staff meeting and direct further handling of our motion to dismiss.                                            | 1.80  | 100    |
| 12/13/10   | JBR  | Review R. Greene's draft motion to strike; review news articles detailing dispute history; meeting with W. Norman and S. McLeod to develop arguments for N. Clainos's motion to strike.                                    | 2.80  | 90 %   |
| 12/13/10   | SXM  | Review of factual and legal issues, including complaint, timeline, agreement and related documents, and Anti-SLAPP cases; conference with W. Norman and J. Rowe re: postential Anti-SLAPP motion.                          | 3.20  | 100    |
| 12/13/10   | LF   | Review news article regarding Bill Graham's estate for background information and the chronology of events.                                                                                                               | .70   | 100    |
| 12/14/10   | WHGN | Lengthy conference with Mr. Clainos; direct further handling as to indemnity issues which Mr. Clainos wants research; correspondence to Greene attorney in regard to questions for Dick Greene and documents we need; further analysis of indemnity issues and plan strategy; direct further handling of research on trademark registration, review results and report to Mr. Clainos; review | 5.10  | 50 %   |

|            |      |                                                                                                                                                                       |        |        |
| ---------- | ---- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------ | ------ |
|            |      | correspondence from Greene's attorney and review updated brief on motion to dismiss; direct further handling of our motion to dismiss; status report to Mr. Clainos. |        |        |
| 12/15/10   | JBR  | Review D. Greene email regarding transaction documents; review trademark filing history; review complaint; review W. Norman chronology.                               | 1.00   | 100 %  |
| 12/16/10   | WHGN | Further attention to Fillmore Trademark issues; email correspondence to and from Greene's attorneys in regard to various issues, including duty and standards of care; emails to and from Mr. Clainos. | 1.30   | 100    |
| 12/16/10   | SXM  | Attention to trademark issues.                                                                                                                                        | .50    | 100    |
| 12/16/10   | LF   | Search United States Patent and Trademark Office regarding trademark information and compilation of same for Bill Norman's review; confer with Cyrus Wadia.           | 2.90   | 100    |
| 12/17/10   | JBR  | Work on Anti-Slapp motion.                                                                                                                                            | .30    | 100    |
| 12/17/10   | SXM  | Outline legal and factual issues for Clainos Anti-SLAPP motion.                                                                                                       | 2.80   | 100    |
| 12/20/10   | WHGN | Telephone conference with Greene's attorney; conference with staff regarding our motion to dismiss; review Norton motion; conference with client; direct further handling. | 1.20   | 100    |
| 12/20/10   | JBR  | Receipt and review of Sagan defendant's motion to dismiss; continue work on N. Clainos's motion to dismiss.                                                            | 1.10   | 100    |
| 12/20/10   | SXM  | Receipt and review of Sagan motion re: factual matters; meeting with W. Norman and J. Rowe re: anti-SLAPP mtion.                                                      | .80    | 100    |
| 12/21/10   | SXM  | Review binder of evidence from Greene re: same; lenghty call with N. Clainos re: factual matters and R. Greene motion; work on motion.                                | 2.70   | 100    |
| 12/22/10   | WHGN | Review co-defendants' motions to dismiss.                                                                                                                             | .40    | 100    |
| 12/22/10   | JBR  | Begin review N. Clainos email regarding facts to support motion to dismiss.                                                                                           | .10    | 100    |
| 12/28/10   | WHGN | Comprehensive review of two motions to dismiss from co-defendants; analysis of issues and direct further handling of our motion and supporting declarations.          | 1.00   | 100    |
| 12/28/10   | SXM  | Work on Anti-SLAPP motion.                                                                                                                                            | 6.20   | 100    |
| 12/29/10   | WHGN | Further work on motion to strike and write introduction; email to Mr. Clainos and review his response; emails to and from co-defendants counsel to coordinate         | 4.10   | 100    |

|  |  | document review; conference with Mr. Scott to monitor status; further work on Clainos declaration. |  |  |
|---|---|---|---|---|
| 12/29/10 | SXM | Go to Greene's office for review of probate and estate files; further work on declaration. | 3.80 | 100% |
| 12/30/10 | WHGN | Further review of Richard Greene declaration and supporting documentation; conference with Mr. McLeod in regard to his document review of Greene records; review memo from Mr. McLeod in regard to further information provided by Mr. Clainos for his declaration; comprehensive revision to Clainos declaration; direct further handling; secure further time for submission of response to complaint. | 4.10 | 100% |
| 12/30/10 | SXM | Work on motion and research "arising from" cases; call with N. Clainos re: factual matters for declaration. | 3.10 | 100% |

TOTAL HOURS                               70.00

TOTAL SERVICES                                    $ 26,837.50


TOTAL EXPENSES                                    $ .00


TOTAL THIS INVOICE                                $ 26,837.50

TRUST BALANCE                                    -$ 10,000.00

TOTAL AMOUNT DUE                                  $ 16,837.50

## COOPER, WHITE & COOPER LLP

ATTORNEYS AT LAW

201 CALIFORNIA STREET SEVENTEENTH FLOOR

SAN FRANCISCO CALIFORNIA 94111-5002

(415) 433-1900

A LIMITED LIABILITY
PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
FACSIMILE (415) 433-5530
FEDERAL I.D. #94-1591857

CONTRA COSTA OFFICE
1333 N CALIFORNIA BLVD
WALNUT CREEK
CALIFORNIA 94596
(925) 935-0700

```
Page            1
Inv#      1055283
Date  02/04/2011
16144.05000.WHGN
```

Nicholas P. Clainos

Re: adv. Alex Graham-Sult & David Graham

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 1/03/11 | WHGN | Revise brief on motion to dismiss; conference with Ms. Rowe and Mr. McLeod in regard to briefing issues, analysis of same and direct further handling; emails to and from Mr. Clainos; emails to and from opposing counsel; emails to and from Mr. Greene in regard to scheduling date for hearing; conference with Mr. Collier in regard to indemnity claims of Mr. Clainos against estate, trust, BGE, BGP, SFX, and Norton; review Kasperbauer decision on indemnity issues and prepare detailed memorandum on strategies in regard to tender of defense and indemnity. | 3.60 | 80 % |
| 1/03/11 | JBR | Review, revise and edit special motion to strike; conference with W. Norman and S. McLeod regarding same. | 1.30 | 100 % |
| 1/03/11 | SXM | Research re: notice by recordation of copyrights and trademarks; review SFX transactional documents re: Assignment; research re: statutes of limitation for various claims; more work on motion; meeting with W. Norman and J. Rowe re: factual and legal issues for motion. | 2.90 | 100 % |
| 1/03/11 | RJC | Meeting with W. Norman to revisit issue of indemnity for executors; research Probate Code re same. | .40 | 0 % |
| 1/03/11 | LF | Compilation of Bill Graham's will, Clainos employment and severance agreement and BGE's Bylaws in preparation for Bill Norman's and Richard Collier's meeting. | .80 | 100 |
| 1/04/11 | WHGN | Further review of updated brief on | 2.70 | 100 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | motion to strike; conference with Mr. McLeod regarding status and further handling; confirm extension of time to file motion; emails to and from various counsel in regard to new dates as continued by Court of status conferences and motions; review order from clerk regarding continued dates; revise and update memorandum on rights of indemnity and direct further handling; lengthy conference with Mr. Clainos and Mr. McLeod in regard to Mr. Clainos' declaration ISO motion to strike; further emails to and from Mr. Greene's attorneys in regard to Mr. Pompili and report to Mr. Clainos on results. |  |  |  |
| 1/04/11 JBR | Continue work on anti-SLAPP motion. | .60 | 100 % |  |
| 1/04/11 SXM | Call Greene firm to check status of copy job; research stay of discovery in federal court by filing Anti-SLAPP; further work on motion and declaration; call with N. Clainos re: facts for same; attempts to contact | 3.00 | 100 |  |
| 1/05/11 SXM | Lengthy conversation with N. Clainos re: declaration and further work on motion; further review of Trademark files and sales agreements. | 3.00 | 100 |  |
| 1/05/11 RJC | Review material re indemnification from W. Norman; study complaint; research re probate court jurisdiction issues, res judicata effect of order of distribution of estate. | 2.80 | 90 % |  |
| 1/05/11 LF | Locate Trademark searches for Scott McLeod's review. | .10 | 100 |  |
| 1/06/11 WHGN | Extensive review and comments on Clainos declaration; review memorandum of points and authorities and supply comments; emails to and from Mr. Clainos in regard to status and further handling; conference with Mr. McLeod to discuss briefing issues, including the points of Probate Court preemption/jurisdiction and how to weave it into the brief; coordinate further handling of Judge Dufficy opinion retrieval; emails to and from other counsel in regard to documents requested by Mr. Clainos; coordinate further handling of briefing issues and report to client. | 5.10 | 100 |  |
| 1/06/11 JBR | Continue work on anti-SLAPP motion. | .50 | 100 |  |
| 1/06/11 SXM | Work on motion including attention to | 5.90 | 100 |  |

|  |  |  |  |  |
|---|---|---|---|---|
| | | res judicata issues and declaration language; attention to documents from Greene firm and Dufficy order; evaluation of transfer of intellectual property rights/copyrights by virtue of transfer of physical posters and correspondence with client re: same; attention to N. Clainos's refusal to accept executor or trustee fees and draft language re: same. | | |
| 1/06/11 | RJC | Meeting with S. McLeod to review issues related to Final Distribution Order in estate proceedings; jurisdictional issue; further research re "extrinsic fraud" basis for attaining Distribution Order. | 1.30 | _100_ |
| 1/07/11 | WHGN | Further work on Clainos Declaration; further work on res judicata section of brief on motion to strike; conference with Ms. Rowe and Mr. McLeod to direct further handling of the rest of the briefing; emails to and from opposing counsel in regard to documents and indemnity issues as requested by Mr. Clainos; plan further handling. | 3.60 | _100_ |
| 1/07/11 | JBR | Continue work on motion to dismiss. | 1.00 | _100_ |
| 1/07/11 | SXM | Lengthy phone call with N. Clainos re: declaration and revise accordingly; extensive work on motion, including supporting documents, notice, and request for judicial notice; review judge's calendaring procedure and local rules and standing orders. | 7.80 | _100_ |
| 1/07/11 | RJC | Further research re "extrinsic fraud" requirements for setting aside final Order of Distribution in probate proceedings; memo re same; further research re indemnity/attorney litigation fees issue. | 2.70 | _50%_ |
| 1/08/11 | WHGN | Work on brief on motion to strike. | 4.10 | _100_ |
| 1/08/11 | SXM | Further work on motion. | .90 | _100_ |
| 1/09/11 | JBR | Continue work on motion to dismiss. | 2.90 | _100_ |
| 1/10/11 | WHGN | Finalize brief and supporting documentation; report to Mr. Clainos; review court filing from parties from court; analysis of indemnity issues and direct further handling; report to Mr. Clainos. | 1.60 | _80%_ |
| 1/10/11 | JBR | Continue work on motion to dismiss. | .40 | _100_ |
| 1/10/11 | SXM | Finalize all papers for filing, including exhibits and request for | 2.40 | _100_ |

|          |      |                                                                                                                                                                                                                                                    |       |        |
|----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|          |      | judicial notice.                                                                                                                                                                                                                                    |       |        |
| 1/10/11  | RJC  | Review anti-SLAPP motion and supporting papers.                                                                                                                                                                                                     | .60   | 100 %  |
| 1/11/11  | WHGN | Direct further handling of indemnity issues.                                                                                                                                                                                                        | .20   | 0 %    |
| 1/13/11  | WHGN | Further analysis and review of indemnity issues; conference with Mr. McLeod regarding the same and prepare for conference with Mr. Clainos.                                                                                                          | .60   | 0 %    |
| 1/13/11  | SXM  | Research indemnity, accrual of cause of action, indemnity provision in BGP agreement, scope of release in SFX severance agreement, and prepare memorandum re: same; correspondence re: same.                                                         | 3.60  | 0 %    |
| 1/13/11  | LF   | Review employment agreement for definition of closing date; confer with Scott McLeod.                                                                                                                                                               | .30   | 0 %    |
| 1/14/11  | WHGN | Lengthy conference with Mr. Clainos regarding numerous issues including indemnity; further research and review of tax issues and probate fee reimbursement issues and report to client; prepare comprehensive letter to BGE/BGP and to Norton in regard to indemnity and defense costs report to client. | 2.50  | 20 %   |
| 1/14/11  | SXM  | Calls with N. Clainos re: indemnity; review and evaluation of all potential indemnity provisions; research re: which BG entities are still active.                                                                                                   | 2.50  | 0 %    |
| 1/14/11  | RJC  | Respond to W. Norman request for statutory authority for executor indemnification.                                                                                                                                                                  | .30   | 0 %    |
| 1/18/11  | ALS  | Conference with W. Norman re deduction for legal fees; research fee deductions for defending claims against individual as an employee/officer and executor.                                                                                          | 1.00  | 0 %    |
| 1/18/11  | WHGN | Review and finalize draft letter to BGE/BGP; review client's comments and finalize; review and review tender letter to Norton and forward to client for comment; review various emails from various parties in regard to hearing date for motions.    | 1.60  | 30 %   |
| 1/18/11  | SXM  | Review and revise indemnity letters; attention to code section and cases for probate indemnity.                                                                                                                                                     | .90   | 0 %    |
| 1/19/11  | ALS  | Advise W. Norman of preliminary conclusions re deduction of legal fees; telephone call with N. Clainos to                                                                                                                                           | 1.00  | 0 %    |

|          |      |                                                                                                                                                                                                                                                      |      |       |
|----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-------|
|          |      | discuss additional background facts and analysis; advise W. Norman of conclusions.                                                                                                                                                                        |      |       |
| 1/19/11  | WHGN | Conference with Mr. Silberman to provide him information for tax strategy evaluation purposes; conference with Mr. McLeod and review and finalize letter to BGE./BGP; correspondence to Mr. Clainos in regard to status and further handling; review and respond to various emails from attorneys in the case in regard to hearing dates issues. | 1.20 | 60 %  |
| 1/19/11  | SXM  | Attention to indemnity letters; call with N. Clainos re: indemnity letters; revise accordingly and evaluation of issues re: Norton and Live Nation.                                                                                                       | 1.00 | 0     |
| 1/20/11  | WHGN | Review and approve correspondence to BGP/BGE and Norton; review Mr. Clainos' comments; conferences with opposing counsel in litigation in regard to motion practice and joint strategies.                                                                  | .70  | 80 %  |
| 1/20/11  | SXM  | Draft correspondence to Live Nation attorneys; attention to tender letters to BGP/Norton and correspondence with client re: signature pages.                                                                                                              | .50  | 0     |
| 1/21/11  | SXM  | Direct staff re: delivery of tender letters and return address for same.                                                                                                                                                                                  | .10  | 0     |
| 1/24/11  | WHGN | Status review in regard to 12B(f) case management conference statement due; emails to and from opposing counsel in regard to briefing date and hearing date.                                                                                              | .30  | 50%   |
| 1/24/11  | JBR  | Review case management orders; email to W. Norman regarding same.                                                                                                                                                                                         | .30  | 0     |
| 1/25/11  | WHGN | Review correspondence and report to Mr. Clainos.                                                                                                                                                                                                          | .10  | 100   |
| 1/25/11  | SXM  | Check local rules and and docket and confirm all calendar deadlines; correspondence with Live Nation attorneys; attention to substance of initial disclosures.                                                                                            | .90  | 0     |
| 1/26/11  | WHGN | Correspondence in regard to possible continuation of court dates, including hearing date.                                                                                                                                                                 | .10  | 100   |

TOTAL HOURS                          81.70

TOTAL SERVICES                                    $ 31,553.00

Federal Express 01/10/11 Inv.#7-359-77504                46.71

TOTAL EXPENSES                                         $ 46.71


TOTAL THIS INVOICE                                  $ 31,599.71

# COOPER, WHITE & COOPER LLP

### ATTORNEYS AT LAW

201 CALIFORNIA STREET SEVENTEENTH FLOOR

SAN FRANCISCO CALIFORNIA 94111-5002

## (415) 433-1900

A LIMITED LIABILITY
PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
FACSIMILE (415) 433-5530
FEDERAL I.D. #94-1591857

CONTRA COSTA OFFICE
1333 N CALIFORNIA BLVD
WALNUT CREEK
CALIFORNIA 94596
(925) 935-0700

Page        1
Inv#     1055868
Date   03/04/2011
16144.05000.WHGN

Nicholas P. Clainos

Re: adv. Alex Graham-Sult & David Graham

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 2/01/11 | JBR | Review proposed stipulations regarding continuance of motions and related court deadlines; exchange emails with all counsel regarding same. | .20 | 100 |
| 2/02/11 | WHGN | Review and respond to various emails from client representatives in regard to new briefing and CMC dates. | .10 | 70 % |
| 2/02/11 | JBR | Exchange emails with all counsel regarding further revisions to stipulation regarding motions and related court dates. | .10 | 100 |
| 2/02/11 | SXM | Attention to stipulation and revised deadlines. | .20 | 100 |
| 2/03/11 | WHGN | Review emails from client and respond; numerous efforts to satisfy his requests for information; further report to Mr. Clainos with SFX purchase agreement; plan further handling. | .70 | 100 |
| 2/03/11 | JBR | Calendar new deadlines associated with motions to dismiss, case management and initial disclosures. | .10 | 0 % |
| 2/03/11 | SXM | Review file re: issues for York. | .20 | 100 |
| 2/04/11 | WHGN | Correspondence to Live Nation in regard to indemnity issues; receive their response, analysis of issues, and report to Mr. Clainos. | .40 | 0 % |
| 2/07/11 | WHGN | Review indemnity issues, conference with Mr. McLeod and attend conference call with Mr. Clainos; direct further handling in regard to indemnity attack on Live Nation. | 1.20 | 0 |
| 2/07/11 | SXM | Call with N. Clainos re: indemnity; review correspondence from Munisteri and referenced documents. | 1.20 | 0 |

Page          2
Inv#     1055868
Date  03/04/2011
16144.05000.WHGN

| Date | Atty | Description | Hours | |
|------|------|-------------|-------|---|
| 2/08/11 | WHGN | Review email from client and respond; work on indemnity issues and letter. | .30 | 0 % |
| 2/10/11 | SXM | Work on indemnity letter; review documents re: same and correspondence with N. Clainos re: Prose v. Norton documents. | 1.40 | 0 |
| 2/11/11 | SXM | Correspondence with client re: Norton agreement. | .10 | 0 |
| 2/14/11 | WHGN | Short conference with Mr. Clainos in regard to strategies. | .30 | 100 |
| 2/14/11 | SXM | Work on letter refuting BGE's claim that N. Clainos owes it indemnity, including review of specific representations made the agreement. | 1.30 | 0 |
| 2/16/11 | WHGN | Attention to analysis of indemnity issues. | .70 | 0 |
| 2/17/11 | WHGN | Analysis of issues; review and revise indemnity letters; full report to Mr. Clainos. | 1.60 | 50 % |
| 2/18/11 | WHGN | Attention to substantive review of claims against Mr. Clainos and indemnity claims to and from Mr. Clainos for purposes of evaluation conference with Mr. Clainos. | 1.50 | 40 % |
| 2/18/11 | SXM | Lengthy call with N. Clainos re: indemnity and further work on letter re: same. | 1.50 | 0 |
| 2/20/11 | WHGN | Further review of materials to develop information for purposes of evaluation conference with Mr. Clainos. | 1.00 | 100 |
| 2/22/11 | WHGN | Further analysis of issues, offensive and defensive, in regard to vulnerabilities as requested by Mr. Clainos; prepare memorandum for Mr. Clainos; direct further handling of indemnity issues. | 2.40 | 70 % |
| 2/23/11 | WHGN | Coordinate further handling of indemnity issues; complete memorandum to Mr. Clainos in regard to potential vulnerabilities at his request. | .60 | 50 % |
| 2/24/11 | WHGN | Finalize memorandum to client in regard to potential vulnerabilities; conference with Mr. McLeod in regard to indemnity issues and approve final letter to Mr. Munisteri; report to Mr. Clainos; further conference with Mr. McLeod in regard to indemnity issues and in regard to defenses to offensive claims. | 1.70 | 30 % |
| 2/24/11 | SXM | Lengthy telephone conference with N. Clainos re: indemnity letter; further revisions; evaluation of extent of | 2.50 | 0 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | indemnity provided by 1995 Assignment. | | |
| 2/25/11 | WHGN | | .70 | O% |
| 2/28/11 | WHGN | Finalize memorandum to Mr. Clainos in regard to counter-arguments; review and respond to numerous emails from plaintiffs' counsel in regard to hearing date scheduling changes, direct further handling; report to Mr. Clainos. | .60 | 100 |
| 2/28/11 | JBR | Review plaintiff's proposed stipulation for additional time to file opposition to motion to dismiss; email to W. Norman regarding same. | .10 | 100 |

TOTAL HOURS                          22.70

TOTAL SERVICES                                  $ 9,347.50

Computerized Legal Research - 01/06/11          31.09
Westlaw Inv.#822248737
Computerized Legal Research - 01/07/11          10.36
Westlaw Inv.#822248737
Computerized Legal Research - 01/13/11         153.84
Westlaw Inv.#822248737
Duplicating/Document Production                 54.00

TOTAL EXPENSES                                  $ 249.29

TOTAL THIS INVOICE                              $ 9,596.79



COOPER
WHITE &
COOPER

```
                                              Page            1
                                              Inv#      1056241
                                              Date  04/05/2011
Nicholas P. Clainos                           16144.05000.WHGN

   Re: adv. Alex Graham-Sult & David Graham
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2011

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 3/01/11 | WHGN | Review documents requested by Mr. Clainos; meeting with Mr. McLeod to discuss indemnity issues; comprehensive review of underlying documentation, including new documents requested by Mr. Clainos and prepare for conference call with Mr. Clainos. | 3.50 | 60% |
| 3/01/11 | SXM | Call with N. Clainos re: indemnity; evaluation of indemnity and liability issues; obtain documents for N. Clainos; begin research re: whether indemnity is a question for jury or judge. | 3.20 | 30% |
| 3/02/11 | WHGN | Prepare for conference call with client and conference call with Mr. Clainos; research on points raised by Mr. Clainos; review e-filings by opposing parties in regard to briefing scheduling dates on motions to dismiss; direct further handling. | 5.10 | 100% |
| 3/02/11 | SXM | Lengthy phone call with N. Clainos re: indemnity issues; further research re: same; forward copies of exhibits to N. Clainos. | 5.10 | 30% |
| 3/03/11 | WHGN | Review request from Mr. Clainos; research on cases requested by Mr. Clainos review Mr. McLeod's memo on attorneys fees review correspondence from Mr. Clainos; full report to Mr. Clainos. | 1.10 | 0% |
| 3/03/11 | SXM | Research tort of another and recovery of fees in prepare memorandum re: same; receipt of court | 1.40 | 10% |

201 CALIFORNIA STREET, 17TH FLOOR  |  COOPER, WHITE & COOPER LLP  |  PHONE 415.433.1900  FAX 415.433.5530
SAN FRANCISCO CA 94111  |  SAN FRANCISCO I WALNUT CREEK  |  FEDERAL ID 94-1591857

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | order re: briefing schedule and calendar same. |  |  |
| 3/08/11 | WHGN | Begin review of oppositions to motions. | .60 | 100% |
| 3/09/11 | WHGN | Review of oppositions and supporting declaration and exhibits to four motions to dismiss; emails to and from Mr. Clainos; conference with Mr. McLeod. | 3.50 | 100% |
| 3/09/11 | SXM | Receipt and review of oppositions filed by Plaintiffs; evaluation of same. | 1.70 | 100 |
| 3/10/11 | WHGN | Further review of oppositions and preparation for conference call with Mr. Clainos. | 2.40 | 100 |
| 3/10/11 | SXM | Evaluation of opposition and reply. | 1.00 | 100 |
| 3/11/11 | WHGN | Conference with Mr. Clainos on reply brief issues; work on draft reply brief; review and respond to emails from client. | 4.40 | 100 |
| 3/14/11 | WHGN | Review and revise reply brief; direct further handling of research on Marin County Court file. | 3.30 | 100 |
| 3/14/11 | RJC | Study Opposition to Motion to Strike. | .60 | 100 |
| 3/15/11 | SXM | Review outline of reply brief; review probate proceedings, Dufficy order and client documents re: judicial oversight of sale of company; evaluate terms of sale to key employee document as establishing knowledge; attention to proposed stipulation and motion for page limit extension. | 1.70 | 100 |
| 3/16/11 | WHGN | Review response from client and reply; review and respond to numerous emails throughout the day from various parties regarding briefing page limits and defendants' efforts to obtain a greater limit; coordinate possible brokered solution; review court pleadings re same; direct further handling of case management conference issues, including document discovery and depositions, including Mr. Clainos' deposition; report to client. | 1.60 | 80% |
| 3/16/11 | SXM | Call with opposing counsel Cannata re: joint case management statement/discovery plan; correspondence with defendants' counsel re: same and review local rules re: twenty issues that must be covered; draft brief status update for client; correspondence with defendants' counsel re: application for page limit extension and Plaintiff's attorney changing her mind on | .70 | 20% |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | stipulating to same; review application drafted by Greene's counsel and approve for filing. |  |  |
| 3/17/11 | WHGN | Prepare for conference call and conference call with Mr. Clainos to discuss numerous issues (no charge for time spent on billing); review numerous emails back and forth between other parties' counsel in regard to case management conference issues, discovery, and briefing issues; prepare memo to file in regard to directions received from client and forward to Mr. McLeod for his use in completing further work on reply brief. | 1.80 | 80 % |
| 3/17/11 | SXM | Conference call with all defense counsel re: joint case management statement and trial scheduling. | .60 | O |
| 3/18/11 | WHGN | Direct further handling of conference call with all counsel in regard to case management conference statement and discovery; analysis of strategy in regard to discovery, cross-complaints and points raised by plaintiff's counsel in regard to waiver of attorney-client privileges between Mr. Clainos and Mr. Greene; review memo on cross-complaint issue and report to Mr. Clainos. | .80 | 100 |
| 3/18/11 | SXM | Conference call with all counsel re: case management; research regarding whether or not claims might be compulsory or permissive under federal rules; further review of probate files and correspondence with Greene's attorneys re: obtaining files from Greene; begin review of cases cited in Plaintiffs' motion. | 2.10 | 60 |
| 3/18/11 | RJC | Study Handelman Declaration and Exhibit for analysis of fiduciary duty, probate res judicata issues. | 1.60 | 100 |
| 3/21/11 | WHGN | Further work on reply brief issues and development of strategy for hearing. | .80 | 100 |
| 3/21/11 | SXM | Prepare short summary of status of case management conference; further correspondence with Greene firm re: locating documents that had been separated from probate file; short call with N. Clainos re: substantive issues for reply brief<br><br>further review and interpretation of | 3.00 | 90 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | case law cited by plaintiff; begin draft of reply brief; review and evaluation of utility of declaration drafted by N. Clainos, and compare against documents for factual accuracy. |  |  |  |
| 3/21/11 RJC | Complete review of Handelman declaration and exhibits. | .80 | ( o v |  |
| 3/22/11 WHGN | Further work on reply brief and supply basic guidance to Mr. McLeod; review Mr. Clainos' Declaration as drafted by him and revise in accordance to discretion provided by client and both tactical and strategic objectives. | 1.10 | ( o o |  |
| 3/22/11 SXM | Draft reply brief including sections on res judicata, statute of limitations and protected activity for Anti-SLAPP purposes. | 6.30 | ( o o |  |
| 3/23/11 WHGN | Review, provide guidance, and revise reply brief; review, supply guidance and revise declaration of Mr. Clainos; review and respond to various emails from various parties, including Mr. Clainos and opposing counsel. | 1.70 | ( o o |  |
| 3/23/11 SXM | Further work on reply brief; draft N. Clainos declaration in support of reply and evaluation of language regarding recollection of plaintiffs being given posters; draft request for judicial notice in support of reply and attention to exhibits therefor; call with C. Chivers re: strategy for defenses and evidence. | 6.80 | ( o o |  |
| 3/23/11 RJC | Research re standard of care for personal representatives, particularly with respect to continuing to conduct decedent's business. | 2.70 | ( o o |  |
| 3/23/11 LF | Redact Objections to Final Accounting and Report of Personnel  Report and Petition for its Settlement etc., exhibit D; search United States Patent and Trademark website to determine when website came online in preparation for motion; prepare email to Trademark office; confer with Scott McLeod regarding same. | .60 | ( o o |  |
| 3/24/11 WHGN | Review, supply guidance on and finalize reply brief for our motions; review reply briefs received from Greene and Norton. | 3.20 | ( o o |  |
| 3/24/11 SXM | Finalize Clainos reply brief, declaration, request for judicial | 4.20 | ( o o |  |

|        |      |                                                                                                                                                                                                             |       |       |
|--------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
|        |      | notice, and exhibits, and direct filing and service of same.                                                                                                                                                 |       |       |
| 3/24/11 | RJC  | Meeting with W. Norman to review issues related to personal representative duties, standard of care when continuing decedent's wholly-owned business.                                                         | .30   | 100   |
| 3/24/11 | LF   | Telephone conferences (3) with United States Patent and Trademark office regarding date website went online.                                                                                                 | .30   | 100   |
| 3/25/11 | WHGN | Review numerous pleadings submitted by other parties to begin preparation for hearing on anti-SLAPP motion.                                                                                                  | .90   | 100   |
| 3/25/11 | SXM  | Receipt and review of Greene and Norton reply briefs.                                                                                                                                                        | .40   | 100   |
| 3/29/11 | WHGN | Review and supply comments for case management conference statement.                                                                                                                                         | .30   | 0     |
| 3/29/11 | SXM  | Draft insert for joint case management conference statement; call Plaintiff's counsel re: status of joint statement.                                                                                         | .50   | 0     |
| 3/30/11 | WHGN | Review draft proposal from plaintiff's counsel in regard to Joint Case Management Conference Statement; spot new issues and direct further handling' review and respond to numerous emails from counsel for various parties in the case. | .80   | 20%   |
| 3/30/11 | SXM  | Review and evaluate Plaintiffs' version of facts for joint case management statement, including new allegations; correspondence with all counsel re: same.                                                   | .20   | 0     |
| 3/31/11 | WHGN | Review and comment on numerous emails and draft joint case management conference inserts from various parties; direct further handling.                                                                      | 1.10  | 0     |
| 3/31/11 | SXM  | Finalize joint case management conference statement with all opposing counsel.                                                                                                                               | .60   | 0     |

TOTAL HOURS                              84.40

TOTAL SERVICES                                    $ 33,796.00

Page        6
Inv#    1056241
Date  04/05/2011
16144.05000.WHGN

Duplicating/Document Production                    297.40

TOTAL EXPENSES                               $ 297.40


TOTAL THIS INVOICE                        $ 34,093.40



```
                                              Page          1
                                              Inv#     1057044
                                              Date   05/04/2011
Nicholas P. Clainos                           16144.05000.WHGN


Re: adv. Alex Graham-Sult & David Graham
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2011

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 4/01/11 | WHGN | Prepare for case management conference and hearing on anti-SLAPP motion. | .70 | 90 |
| 4/01/11 | SXM | Review prior declaration and brief re: relative ownership of BGP in response to inquiry from client; receipt and review of objections to evidence filed by Plaintiffs. | .20 | 100 |
| 4/04/11 | WHGN | Further preparation for hearing on anti-SLAPP motion and preparation for case management conference. | 1.10 | 90 |
| 4/04/11 | SXM | Research whether defense must be tendered | .40 | 0 |
| 4/06/11 | WHGN | Detailed review of pleadings; detailed review of key case authorities and legal citations; detailed review of just-received (late) submissions by plaintiffs' attorney in regard to new case authorities and objections to evidence; prepare for case management conference hearing. | 5.30 | 90 |
| 4/07/11 | WHGN | Final preparation for hearing; attend hearing; lengthy conferences with counsel regarding results and further handling' lengthy report to Mr. Clainos. | 7.70 | 100 |
| 4/07/11 | SXM | Evaluation of arguments for Anti-SLAPP motion; receipt and review of cases Plaintiffs submitted to court post hearing. | 1.00 | 100 |
| 4/08/11 | WHGN | Review new court order; review letter from Jerry Falk on plaintiffs' leave to amend. | .40 | 100 |
| 4/08/11 | SXM | Review and evaluation of recent res judicata/probate case for possible fling with court; attention to docket entry | .40 | 100 |

201 CALIFORNIA STREET, 17TH FLOOR     |  COOPER, WHITE & COOPER LLP   |  PHONE 415.433.1900  FAX 415.433.5530
SAN FRANCISCO CA 94111               |  SAN FRANCISCO | WALNUT CREEK  |  FEDERAL ID 94-1591857

| | | | | |
|---|---|---|---|---|
| | from court terminating deadlines. | | | |
| 4/11/11 SXM | Receipt and review of late-filed Feldman declaration. | .10 | 100 | |
| 4/12/11 WHGN | Review motion and supporting declarations from plaintiffs' counsel; analysis of issues and draft response; further review of Court filings and pleadings; conference with Mr. Clainos; review Green declaration, and prepare follow-up letter to Judge Wilken; report to client; review Court filings and direct further handling. | 3.70 | 100 | |
| 4/12/11 SXM | Evaluation of response to Feldman declaration; draft letter to court objecting to same, including review of law and rules re: late filing and evidence that Feldman knew about trademarks and copyrights; direct filing of letters with court; attention to court's order striking the Feldman declaration and attention to rules allowing Plaintiffs to seek leave to file declaration and defendants' opportunity to respond. | 1.20 | 100 | |
| 4/13/11 WHGN | Review order from court; analysis of issues and report to Mr. Clainos; review correspondence and proposed pleadings submitted by plaintiffs' attorney; analysis of issues as to strategy; report to Mr. Clainos; plan strategy for further handling, including conferences with co-defendant counsel as to briefing and timing issues; report to Mr. Clainos. | .90 | 100 | |
| 4/13/11 SXM | Review docket to ensure declaration is stricken (because declaration was filed twice); evaluate Canatta's request for a stipulation in light of local rules and correspondence among defendants re: timing of response to request. | .30 | 100 | |
| 4/14/11 SXM | Draft opposition to anticipated motion by Plaintiffs for leave to amend the record by filing Feldman declaration; correspondence with defendants' counsel regarding timing of responses. | .80 | 100 | |
| 4/15/11 WHGN | Review emails from numerous attorneys in regard to court order and supplementing the record; direct further handling; review and respond to numerous inquiries from Mr. Clainos. | .90 | 100 | |
| 4/15/11 SXM | Correspondence with Plaintiffs' counsel | .10 | 100 | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | re: their request that Defendants' stipulate to filing of Feldman Declaration. |  |  |
| 4/19/11 | WHGN | Review supplemental and amended declaration of Mr. Feldman; review correspondence and associated pleadings just filed by plaintiffs; direct further handling of suggested responses; review and revise proposed opposition. | .90 | 100 |
| 4/19/11 | SXM | Receipt and review of Plaintiff's administrative motion, including review of case law re: discretion to consider late filed declarations, changes to Feldman declaration, new declaration from Feldman's paralegal, and Plaintiff's brief regarding leave to amend if Anti-SLAPP motion is granted; respond to client's inquiry re: transfer of name and likeness, transfer of the Fillmore trademark and charging party with knowledge of referenced material; attention to status of initial disclosure deadlines; draft opposition to Plaintiff's administrative motion. | 2.70 | 100 |
| 4/20/11 | WHGN | Review and refine opposition brief re motion to supplement, including client comments. | .50 | 100 |
| 4/20/11 | SXM | Further work on opposition; revise per client's suggestions; respond to inquiry from client. | .80 | 100 |
| 4/21/11 | WHGN | Finalize opposition brief and supporting declarations, and report to client. | .30 | 100 |
| 4/21/11 | SXM | Finalize opposition, declaration, and exhibits, and direct filing of same. | .40 | 100 |
| 4/22/11 | WHGN | Review opposition filed by Greene, including reference to argument transcript; attention to ordering copy of same at no charge to client. | .30 | 100 |
| 4/22/11 | SXM | Receipt and review of Greene's opposition; call with C. Chivers to obtain transcript. | .20 | 100 |
| 4/27/11 | WHGN | Direct further handling of court-required "initial disclosure" information. | .20 | 0 |
| 4/28/11 | SXM | Correspondence to client re: initial disclosure obligations. | .10 | 0 |
| 4/29/11 | WHGN | Further attention to issue conference matters. | .10 | 0 |

```
                TOTAL HOURS                  31.70
```

TOTAL SERVICES                                           $ 13,395.00


Computerized Legal Research - 03/23/11                         21.19
Westlaw Inv.#822592515
Computerized Legal Research - 03/23/11                        236.60
Westlaw Inv.#822592515
Messenger/Courier Service                                      37.88
WHEELS OF JUSTICE, I Check # - 000098159                      110.00
Legal Service/Court Filing - 03/25/11
Duplicating/Document Production                                36.40

TOTAL EXPENSES                                          $ 442.07


TOTAL THIS INVOICE                                      $ 13,837.07



Nicholas P. Clainos

Re: adv. Alex Graham-Sult & David Graham

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011

|  | HOURS |  |
|---|---|---|
| 5/05/11 WHGN Review transcript of hearing and report to client. | .20 | 100 |
| TOTAL HOURS | .20 | |
| TOTAL SERVICES | | $ 90.00 |
| Computerized Legal Research - 04/19/11 Westlaw Inv.#822776535 | | 26.00 |
| Admin Overtime | | 25.00 |
| Federal Express - 04/21/11 Inv.#7-478-00812 | | 21.66 |
| TOTAL EXPENSES | | $ 72.66 |
| TOTAL THIS INVOICE | | $ 162.66 |



COOPER
WHITE &
COOPER

Page          1
Inv#     1058120
Date   07/05/2011
16144.05000.WHGN

Nicholas P. Clainos


Re: adv. Alex Graham-Sult & David Graham

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2011

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 6/24/11 | WHGN | Receipt and review of lengthy order granting Mr. Clainos full relief on his anti-SLAPP motion together with an award of attorneys fees; report to Mr. Clainos and review his response; direct further handling of attorney fee application. | .50 | 100 % |
| 6/24/11 | SXM | Receipt and review of order granting motion to strike; check local rules re: deadlines for moving for attorneys' fees. | .20 | 100 |
| 6/27/11 | WHGN | Conference with client regarding status and further handling; direct further handling of attorneys fees application issues and begin review of supporting materials; emails to and from co-defense counsel in regard to their strategies and joint approaches. | .70 | 100 |
| 6/28/11 | WHGN | Further attention to Norman declaration in support of application for fees. | .60 | 100 |
| 6/28/11 | SXM | Research attorneys' fees under anti-SLAPP, including fees for related or intertwined issues, lodestar method, application of federal or state attorneys fee law in federal court. | 1.00 | 100 |
| 6/29/11 | WHGN | Further work on Norman declaration supporting application for attorneys fees; review research received on another SLAPP case where $119,000 in fees were awarded; direct further handling; report to Mr. Clainos. | 1.90 | 100 |
| 6/30/11 | WHGN | Further work on motion for attorneys fees. | .60 | 100 |
| 6/30/11 | SXM | Research re: differing conflicting federal and state cases regarding | 3.30 | 100 |

201 CALIFORNIA STREET, 17TH FLOOR | COOPER, WHITE & COOPER LLP | PHONE 415.433.1900 FAX 415.433.5530
SAN FRANCISCO CA 94111 | SAN FRANCISCO I WALNUT CREEK | FEDERAL ID 94-1591857

compensability of fees for non-SLAPP
issues; attempts to locate public
sources of information to establish
prevailing rates in geographic area,
including contacting state bar and
westlaw; review billing records and
apportion work between SLAPP motion and
other issues; begin work on motion.

TOTAL HOURS                                8.80

TOTAL SERVICES                                        $ 3,510.00


TOTAL EXPENSES                                        $   .00


TOTAL THIS INVOICE                                    $ 3,510.00