UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>BRUCE PERENS,<br><br>    Defendant. | Case No. 17-cv-04002-LB<br><br>**ORDER REGARDING CHART** |

The defendant provided a chart that summarized counsel's lodestar fees by hours and task.

| Task | Hours | Fees |
|---|---|---|
| First Anti-SLAPP Motion | 137.9 | $81,466.50 |
| Second Anti-SLAPP Motion | 77.6 | $43,669.50 |
| Second Anti-SLAPP Reply | 108 | $60,483.00 |
| Response to Plaintiffs' Supplemental Brief in Opposition to Anti-SLAPP Motion | 18.3 | $10,213.50 |
| Opposition to Motion for Partial Summary Judgment | 87.3 | $49,430.00 |
| Surreply to Motion for Partial Summary Judgment | 28.8 | $17,297.00 |
| Combined Hearing on Anti-SLAPP Motion, Motion to Dismiss, and Motion for Partial Summary Judgment | 104.6 | $60,731.50 |
| Case Management | 88.58 | $51,418.00 |

ORDER – No. 17-cv-04002-LB

| | | |
|---|---|---|
| Settlement | 10.8 | $7,159.00 |
| Motion for Attorneys' Fees Under Anti-SLAPP Law | 123 | $71,303.00 |
| Reply to Plaintiffs' Opposition to Motion for Attorneys' Fees | 119 | $73,722.50 |
| **Totals** | **903.88** | **$526,893.50** |

The court asks for the same chart — filed and word format — with the following additional information for each category: the biller, the hourly rate, and the total hours expended on that task. The court also asks for the billing records (Exhibit C) in chronological order broken out by biller. Another approach is to provide a spreadsheet that allows the court to sort the fields by biller.

The information must be submitted in one week (unless that is unreasonable, in which case, the defendant must update the court by then with its timetable). The native-format (Excel or Word) charts must be emailed to lbpo@cand.uscourts.gov. The hard copy can be e-filed.

**IT IS SO ORDERED.**

Dated: May 21, 2018

LAUREL BEELER
United States Magistrate Judge