# Exhibit 1

# CONDITIONALLY LODGED UNDER SEAL