1  MELODY DRUMMOND HANSEN (S.B. #278786)
   mdrummondhansen@omm.com
2  HEATHER J. MEEKER (S.B. #172148)
   hmeeker@omm.com
3  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
4  Menlo Park, California 94025-7019
   Telephone:    +1 650 473 2600
5  Facsimile:    +1 650 473 2601

6  CARA L. GAGLIANO (S.B. #308639)
   cgagliano@omm.com
7  Two Embarcadero Center
   28th Floor
8  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
9  Facsimile:    +1 415 984 8701

10 Attorneys for Defendant
   Bruce Perens

11

12             **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14               **SAN FRANCISCO DIVISION**

15

16 OPEN SOURCE SECURITY, INC., and          Case No. 3:17-cv-04002-LB
   BRADLEY SPENGLER,
17                                          **DECLARATION OF MELODY**
                   Plaintiffs,              **DRUMMOND HANSEN IN SUPPORT**
18                                          **OF DEFENDANT'S**
              v.                            **ADMINISTRATIVE MOTION TO**
19                                          **FILE DOCUMENTS UNDER SEAL**
   BRUCE PERENS, and Does 1-50,
20                                          **[Pursuant to Civil L.R. 7-11 and 79-5]**
                   Defendants.
21

22

23

24

25

26

27

28
                                          DRUMMOND HANSEN DECL. ISO
                                          ADMIN. MOTION TO FILE UNDER SEAL
                                          3:17-CV-04002-LB

I, Melody Drummond Hansen, hereby declare as follows:

1.     I am partner of O'Melveny & Myers LLP (the "Firm"), counsel for Defendant Bruce Perens in this action.  I am admitted to practice in the State of California.  I submit this declaration in support of Mr. Perens's Administrative Motion to File Under Seal (the "Motion").   I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify to the truth of the following.

2.     The exhibits submitted in accordance with the Court's Order Regarding Chart (ECF No. 89) include confidential sealable information including billing rates of certain timekeepers, information that could be used to determine these billing rates, and detailed billing entries.  These billings rates are identified by the Firm as confidential and competitively sensitive information.

3.     Specifically, the Declaration of Melody Drummond Hansen in Support of Defendant Bruce Perens's Response to Order Regarding Chart (ECF No. 89) and Exhibit 1 attached thereto detail rates, hours worked and fees accrued by particular attorneys on particular matters during the course of this litigation, and those exhibits should be sealed as they reveal confidential billing rates.

4.     This Court has granted previous motions to seal similar fees and detailed billing entry information.  For example, Defendant's previous motion to seal (ECF No. 63) was granted by this Court on February 13, 2018 (ECF No. 69); and Plaintiffs administrative motion to seal (ECF No. 77) was granted on March 12, 2018 (ECF No. 81).  These motions sought to seal substantially similar billing records as well as documents containing hourly rates or information from which hourly rates could be determined, the same categories of information for which sealing is currently sought.

5.     The specific billing rates for the particular timekeepers identified in the materials sought to be sealed under this motion are not publicly available, nor does the Firm publicize these rates.  Publication of these particular rates would put the Firm at a competitive disadvantage by allowing competitors to use this information in bids for potential work and to set their own rates in an adversarial fashion.

6.     Exhibit 1 contains detailed billing entries which reflect not only the confidential

1   rates charged but also reveals confidential information regarding the specific work performed on

2   particular tasks.  It is the Firm's policy to maintain the confidentiality of this type of information.

3   Such entries also potentially reveal the strategy and approach for litigating similar cases.

4   Publicizing such information risks exposing sensitive strategic information about the Firm's

5   business practices and would cause the firm to suffer competitive harm.  Mr. Perens also has a

6   confidentiality interest in this material since this is work performed on his behalf and in consultation

7   with him.

8

9       I declare under penalty of perjury under the laws of the State of California and the United

10  States that the foregoing is true and correct.  Executed this 29th day of May, 2018, in San

11  Francisco, California.

12

13                         */s/ Melody Drummond Hansen*

14                           Melody Drummond Hansen

15

16

17

18

19

20

21

22

23

24

25

26

27

28