1  MELODY DRUMMOND HANSEN (S.B. #278786)
   mdrummondhansen@omm.com
2  HEATHER J. MEEKER (S.B. #172148)
   hmeeker@omm.com
3  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
4  Menlo Park, California  94025-7019
   Telephone:   +1 650 473 2600
5  Facsimile:   +1 650 473 2601

6  CARA L. GAGLIANO (S.B. #308639)
   cgagliano@omm.com
7  Two Embarcadero Center
   28th Floor
8  San Francisco, California 94111-3823
   Telephone:   +1 415 984 8700
9  Facsimile:   +1 415 984 8701

10 Attorneys for Defendant
   Bruce Perens

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | OPEN SOURCE SECURITY, INC., and | Case No. 3:17-cv-04002-LB
   | BRADLEY SPENGLER,
17 |                                  | **[PROPOSED] ORDER GRANTING
   |           Plaintiffs,            | DEFENDANT BRUCE PERENS'S
18 |                                  | ADMINISTRATIVE MOTION TO
   |       v.                         | FILE DOCUMENTS UNDER SEAL**
19 | BRUCE PERENS, and Does 1-50,     | **[Pursuant to Civil L.R. 7-11 and 79-5]**
20 |           Defendants.            |

21

Before the Court is Bruce Perens's Administrative Motion to File Under Seal the Declaration of Melody Drummond Hansen in Support of Defendant Bruce Perens's Response to Order Regarding Chart ("Drummond Hansen Declaration") and Exhibit 1 attached thereto. Having considered the Administrative Motion, and any declaration and supporting documentation thereto, and finding good cause therefor, it is hereby **ORDERED** that the Motion is granted. The following documents, or portions thereof, shall be filed under seal:

| Document | Portion(s) to be Sealed |
| --- | --- |
| Declaration of Melody Drummond Hansen | Page 1, lines 20-26<br>Page 2, lines 5-12, 15-23, 27-28<br>Page 3, lines 3-9, 12-20, 23-25<br>Page 4, lines 3-7, 11-19, 21-26<br>Page 5, lines 3-6, 8-16, 19-27<br>Page 6, lines 3-4, 6-15 |
| Exhibit 1 | Entire Document |

Dated:  May ___, 2018

_____
Hon. Laurel Beeler
United States Magistrate Judge