| | |
|---|---|
| 1 | MELODY DRUMMOND HANSEN (S.B. #278786) |
|   | mdrummondhansen@omm.com |
| 2 | HEATHER J. MEEKER (S.B. #172148) |
|   | hmeeker@omm.com |
| 3 | O'MELVENY & MYERS LLP |
|   | 2765 Sand Hill Road |
| 4 | Menlo Park, California  94025-7019 |
|   | Telephone:     +1 650 473 2600 |
| 5 | Facsimile:     +1 650 473 2601 |

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER, | Case No. 3:17-cv-04002-LB |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Judge: Hon. Laurel Beeler |
| BRUCE PERENS, and Does 1-50, | |
| Defendants. | |

PROOF OF SERVICE
CASE NO. 17-CV-04002-LB

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 2765 Sand Hill Road, Menlo Park, California 94025-7019.

On May 30, 2018, I served true and correct copies of the following document(s):

1. **DECLARATION OF MELODY DRUMMOND HANSEN IN SUPPORT OF DEFENDANT BRUCE PERENS'S MOTION FOR ATTORNEYS FEES; PROVIDED IN ACCORDANCE WITH COURT'S ORDER REGARDING CHART (ECF No. 89) AND EXHIBIT 1[FILED UNDER SEAL]**

by electronic mail, addressed as follows:

| | |
|---|---|
| Rohit Chhabra<br>CHHABRA LAW FIRM, PC<br>257 Castro Street, Suite 104<br>Mountain View, CA 94041<br><br>Email: rohit@clfip.com | *Attorneys for Plaintiffs*<br>Open Source Security Inc. &<br>Bradley Spengler |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 30th day of May 2018 in Menlo Park, California.

_____
Diana Diaz