**EXHIBIT 1 – DEFENDANTS' FEE DEMAND**

| Task and Billers | Hours | Hours Per Task by Biller | Hourly Billing Rates for Task | Fees by Task | Subtotal of Fees Per Biller Per Task |
|---|---|---|---|---|---|
| **First Anti-SLAPP Motion** | 137.9 | 137.9 | | $81,466.50 | $81,466.50 |
| Cara Gagliano | | 2017: 103.1 | 2017: $535 | | 2017: $55,158.50 |
| Diana Diaz | | 2017: 8.9 | 2017: $355 | | 2017: $3,159.50 |
| Heather Meeker | | 2017: 3.1 | 2017: $995 | | 2017: $3,084.50 |
| Melody Drummond Hansen | | 2017: 22.8 | 2017: $880 | | 2017: $20,064.00 |
| **Second Anti-SLAPP Motion** | 77.6 | 77.6 | | $43,669.50 | $43,669.50 |
| Cara Gagliano | | 2017: 52.7 | 2017: $535 | | 2017: $28,194.50 |
| Diana Diaz | | 2017: 6.4 | 2017: $355 | | 2017: $2,272.00 |
| Eric Ormsby | | 2017: 5.4 | 2017: $450 | | 2017: $2,430.00 |
| Jillisia Santillana | | 2017: 1.0 | 2017: $125 | | 2017: $125.00 |
| Melody Drummond Hansen | | 2017: 12.1 | 2017: $880 | | 2017: $10,648.00 |
| **Second Anti-SLAPP Reply** | 108 | 108 | | $60,483.00 | $60,483.00 |
| Cara Gagliano | | 2017: 38.9 | 2017: $535 | | 2017: $20,811.50 |
| Diana Diaz | | 2017: 0.7 | 2017: $355 | | 2017: $248.50 |
| Eric Ormsby | | 2017: 24.0 | 2017: $450 | | 2017: $10,800.00 |
| Melody Drummond Hansen | | 2017: 20.1 | 2017: $880 | | 2017: $17,688.00 |
| Marissa Rhoades | | 2017: 24.3 | 2017: $450 | | 2017: $10,935.00 |
| **Response to Plaintiffs' Supplemental Brief in Opposition to Anti-SLAPP Motion** | 18.3 | 18.3 | | $10,213.50 | $10,213.50 |
| Cara Gagliano | | 2017: 1.8 | 2017: $535 | | 2017: $963.00 |
| Diana Diaz | | 2017: 0.7 | 2017: $355 | | 2017: $248.50 |
| Eric Ormsby | | 2017: 8.2 | 2017: $450 | | 2017: $3,690.00 |
| Melody Drummond Hansen | | 2017: 4.4 | 2017: $880 | | 2017: $3,872.00 |
| Marissa Rhoades | | 2017: 3.2 | 2017: $450 | | 2017: $1,440.00 |

EX. 1 – No. 17-cv-04002-LB

| Task and Billers | Hours | Hours Per Task by Biller | Hourly Billing Rates for Task | Fees by Task | Subtotal of Fees Per Biller Per Task |
|---|---|---|---|---|---|
| **Opposition to Motion for Partial Summary Judgment** | 87.3 | 87.5 (seeking 87.3)[1] | | $49,430.00 | $49,813.00 (seeking $49,430.00)[1] |
| Cara Gagliano | | 2017: 58.3 | 2017: $535 | | 2017: $31,190.50 |
| Diana Diaz | | 2017: 4.7 | 2017: $355 | | 2017: $1,668.50 |
| Eric Ormsby | | 2017: 11.3 | 2017: $450 | | 2017: $5,085.00 |
| Heather Meeker | | 2017: 2.2 | 2017: $995 | | 2017: $2,189.00 |
| Melody Drummond Hansen | | 2017: 11.0 | 2017: $880 | | 2017: $9,680.00 |
| **Surreply to Motion for Partial Summary Judgment** | 28.8 | 28.8 | | $17,297.00 | $17,297.00 |
| Cara Gagliano | | 2017: 14.2 | 2017: $535 | | 2017: $7,597.00 |
| Diana Diaz | | 2017: 1.0 | 2017: $355 | | 2017: $355.00 |
| Eric Ormsby | | 2017: 1.9 | 2017: $450 | | 2017: $855.00 |
| Melody Drummond Hansen | | 2017: 7.5 | 2017: $880 | | 2017: $6,600.00 |
| Marissa Rhoades | | 2017: 4.2 | 2017: $450 | | 2017: $1,890.00 |
| **Combined Hearing on Anti-SLAPP Motion, Motion to Dismiss, and Motion for Partial Summary Judgment** | 104.6 | 104.6 | | $60,731.50 | $60,731.50 |
| Cara Gagliano | | 2017: 47.6 | 2017: $535 | | 2017: $25,466.00 |
| Diana Diaz | | 2017: 4.7 | 2017: $355 | | 2017: $1,668.50 |
| Eric Ormsby | | 2017: 20.9 | 2017: $450 | | 2017: $9,405.00 |
| Melody Drummond Hansen | | 2017: 23.4 | 2017: $880 | | 2017: $20,592.00 |
| Marissa Rhoades | | 2017: 8.0 | 2017: $450 | | 2017: $3,600.00 |
| **Case Management** | 88.58[2] | 89.2[2] | | $51,418.00 | $51,418.00 |
| Cara Gagliano | | 2017: 46.1<br>2018: 2.4 | 2017: $535<br>2018: $640 | | 2017: $24,663.50<br>2018: $1,536.00 |
| Diana Diaz | | 2017: 7.1<br>2018: 2.0 | 2017: $355<br>2018: $375 | | 2017: $2,449.50<br>2018: $750.00 |
| Eric Ormsby | | 2017: 1.6<br>2018: 0.4 | 2017: $450<br>2018: $475 | | 2017: $720.00<br>2018: $190.00 |
| Melody Drummond Hansen | | 2017: 11.6<br>2018: 5.6 | 2017: $880<br>2018: $935 | | 2017: $10,208.00<br>2018: $5,236.00 |

---

[1] The total fees in the billing records are slightly higher than the amount that Mr. Perens seeks.

[2] The subtotal of hours is slightly different than those in the first chart at Exhibit D to the Fee Motion Reply. (ECF No. 84-5.) The typographical error does not affect the fee total.

| Task and Billers | Hours | Hours Per Task by Biller | Hourly Billing Rates for Task | Fees by Task | Subtotal of Fees Per Biller Per Task |
|---|---|---|---|---|---|
| Marissa Rhoades | | 2017: 9.0<br>2018: 3.4 | 2017: $450<br>2018: $475 | | 2017: $4,050.00<br>2018: $1,615.00 |
| **Settlement** | **10.8** | 10.8 | | **$7,159.00** | **$7,159.00** |
| Cara Gagliano | | 2017: 1.3<br>2018: 2.0 | 2017: $535<br>2018: $640 | | 2017: $695.50<br>2018: $1,280.00 |
| Diana Diaz | | 2017: 0.4 | 2017: $355 | | 2017: $142.00 |
| Heather Meeker | | 2017: 0.4<br>2018: 0.3 | 2017: $995<br>2018: $1,050 | | 2017: $398.00<br>2018: $315.00 |
| Melody Drummond Hansen | | 2017: 1.0<br>2018: 2.1 | 2017: $880<br>2018: $935 | | 2017: $880.00<br>2018: $1,963.50 |
| Marissa Rhoades | | 2017: 3.3 | 2017: $450 | | 2017: $1,485.00 |
| **Motion for Attorney's Fees Under Anti-SLAPP Law** | **123** | 123 | | **$71,303.00** | **$71,303.00** |
| Cara Gagliano | | 2017: 0.6<br>2018: 35.4 | 2017: $535<br>2018: $640 | | 2017: $321.00<br>2018: $22,656.00 |
| Diana Diaz | | 2018: 3.6 | 2018: $375 | | 2018: $1,350.00 |
| Eric Ormsby | | 2018: 46.1 | 2018: $475 | | 2018: $21,897.50 |
| Heather Meeker | | 2017: 0.4<br>2018: 1.0 | 2017: $995<br>2018: $1,050 | | 2017: $398.00<br>2018: $1,050.00 |
| Melody Drummond Hansen | | 2018: 14.3 | 2018: $935 | | 2018: $13,370.50 |
| Marissa Rhoades | | 2018: 21.6 | 2018: $475 | | 2018: $10,260.00 |
| **Reply to Plaintiffs' Opposition to Motion for Attorney's Fees** | **119** | 119 | | **$73,722.50** | **$73,722.50** |
| Cara Gagliano | | 2018: 57.5 | 2018: $640 | | 2018: $36,800.00 |
| Diana Diaz | | 2018: 1.1 | 2018: $375 | | 2018: $412.50 |
| Eric Ormsby | | 2018: 20.6 | 2018: $475 | | 2018: $9,785.00 |
| Melody Drummond Hansen | | 2018: 17.0 | 2018: $935 | | 2018: $15,895.00 |
| Marissa Rhoades | | 2018: 22.8 | 2018: $475 | | 2018: $10,830.00 |
| **Total Fees Sought** | **903.88** | | | **$526,893.50** | |