**EXHIBIT 2 – FEE AWARD**

| Task and Billers | Hours Sought | Fees Sought | Hours Given | Hourly Billing Rates | Fees Awarded |
|---|---|---|---|---|---|
| **First Anti-SLAPP Motion** | 137.9 | $81,466.50 | 99.5 | | $58,022.50 |
| Cara Gagliano | 103.1 | | 75 | $535 | $40,125.00 |
| Diana Diaz | 8.9 | | 6 | $220 | $1,320.00 |
| Heather Meeker | 3.1 | | 2.5 | $995 | $2,487.50 |
| Melody Drummond Hansen | 22.8 | | 16 | $880 | $14,090.00 |
| **Second Anti-SLAPP Motion** | 77.6 | $43,669.50 | 52 | | $28,340.00 |
| Cara Gagliano | 52.7 | | 35 | $535 | $18,725.00 |
| Diana Diaz | 6.4 | | 5 | $220 | $1,100.00 |
| Eric Ormsby | 5.4 | | 3 | $450 | $1,350.00 |
| Jillisia Santillana | 1.0 | | 1 | $125 | $125.00 |
| Melody Drummond Hansen | 12.1 | | 8 | $880 | $7,040.00 |
| **Second Anti-SLAPP Reply** | 108 | $60,483.00 | 62.5 | | $36,585.00 |
| Cara Gagliano | 38.9 | | 25 | $535 | $13,375.00 |
| Diana Diaz | 0.7 | | .5 | $220 | $110.00 |
| Eric Ormsby | 24.0 | | 12 | $450 | $5,400.00 |
| Melody Drummond Hansen | 20.1 | | 15 | $880 | $13,200.00 |
| Marissa Rhoades | 24.3 | | 10 | $450 | $4,500.00 |
| **Response to Plaintiffs' Supp. Brief in Opp. to Anti-SLAPP Mot.** | 18.3 | $10,213.50 | 11 | | $6,252.50 |
| Cara Gagliano | 1.8 | | 1.5 | $535 | $802.50 |
| Diana Diaz | .7 | | .5 | $220 | $110.00 |
| Eric Ormsby | 8.2 | | 4 | $450 | $1,800.00 |
| Melody Drummond Hansen | 4.4 | | 3 | $880 | $2,640.00 |
| Marissa Rhoades | 3.2 | | 2 | $450 | $900.00 |

EX. 1 – No. 17-cv-04002-LB

| Task and Billers | Hours Sought | Fees Sought | Hours Given | Hourly Billing Rates | Fees Awarded |
|---|---|---|---|---|---|
| **Opp. to Mot. for Partial Summary Judgment** | 87.3 | $49,430.00 | 37 | | **$21,100.00** |
| Cara Gagliano | 58.3 | | 20 | $535 | $10,700.00 |
| Diana Diaz | 4.7 | | 4 | $220 | $880.00 |
| Eric Ormsby | 11.3 | | 5 | $450 | $2,250.00 |
| Heather Meeker | 2.2 | | 2 | $995 | $1,990.00 |
| Melody Drummond Hansen | 11.0 | | 6 | $880 | $5,280.00 |
| **Surreply to Mot. for Partial Summary Judgment** | 28.8 | $17,297.00 | 14 | | **$8,645.00** |
| Cara Gagliano | 14.2 | | 5 | $535 | $2,675.00 |
| Diana Diaz | 1.0 | | 1 | $220 | $220.00 |
| Eric Ormsby | 1.9 | | 1 | $450 | $450.00 |
| Melody Drummond Hansen | 7.5 | | 5 | $880 | $4,400.00 |
| Marissa Rhoades | 4.2 | | 2 | $450 | $900.00 |
| **Hearing on Anti-SLAPP Mot., Mot. to Dismiss, and Mot. for Partial Summary Judgment** | 104.6 | $60,731.50 | 27 | | **$15,350.00** |
| Cara Gagliano | 47.6 | | 8 | $535 | $4,280.00 |
| Diana Diaz | 4.7 | | 4 | $220 | $880.00 |
| Eric Ormsby | 20.9 | | 4 | $450 | $1,800.00 |
| Melody Drummond Hansen | 23.4 | | 8 | $880 | $7,040.00 |
| Marissa Rhoades | 8.0 | | 3 | $450 | $1,350.00 |
| **Case Management** | 89.2 | $51,418.00 | 34.2 | | **$18,995.00** |
| Cara Gagliano | 2017: 46.1<br>2018: 2.4 | | 2017: 15<br>2018: 1 | 2017: $535<br>2018: $640 | 2017: $8,025.00<br>2018: $640.00 |
| Diana Diaz | 2017: 7.1<br>2018: 2.0 | | 2017: 5<br>2018: 1.5 | $220 | $1,430.00 |

EX. 2 – No. 17-cv-04002-LB                    2

| Task and Billers | Hours Sought | Fees Sought | Hours Given | Hourly Billing Rates | Fees Awarded |
|---|---|---|---|---|---|
| Eric Ormsby | 2017: 1.6<br>2018: 0.4 | | 2017: .5<br>2018: .2 | 2017: $450<br>2018: $475 | 2017: $225.00<br>2018: $95.00 |
| Melody Drummond Hansen | 2017: 11.6<br>2018: 5.6 | | 2017: 5<br>2018: 3 | 2017: $880<br>2018: $935 | 2017: $4,400.00<br>2018: $2,805.00 |
| Marissa Rhoades | 2017: 9.0<br>2018: 3.4 | | 2017: 2<br>2018: 1 | 2017: $450<br>2018: $475 | 2017: $900.00<br>2018: $475.00 |
| **Settlement** | 10.8 | $7,159.00 | 0 | | $0 |
| Cara Gagliano | 2017: 1.3<br>2018: 2.0 | | 0 | 2017: $535<br>2018: $640 | |
| Diana Diaz | 2017: 0.4 | | 0 | $220 | |
| Heather Meeker | 2017: 0.4<br>2018: 0.3 | | 0 | 2017: $995<br>2018: $1,050 | |
| Melody Drummond Hansen | 2017: 1.0<br>2018: 2.1 | | 0 | 2017: $880<br>2018: $935 | |
| Marissa Rhoades | 2017: 3.3 | | 0 | 2017: $450 | |
| **Motion for Attorney's Fees Under Anti-SLAPP** | 123 | $71,303.00 | 60 | | $35,950 |
| Cara Gagliano | 2017: 0.6<br>2018: 35.4 | | 2017: 0<br>2018: 24 | 2017: $535<br>2018: $640 | 2017: $0.00<br>2018: $15,360.00 |
| Diana Diaz | 2018: 3.6 | | 3 | $220 | $660.00 |
| Eric Ormsby | 2018: 46.1 | | 16 | 2018: $475 | 2018: $7,600.00 |
| Heather Meeker | 2017: 0.4<br>2018: 1.0 | | 2017: 0<br>2018: 1 | 2017: $995<br>2018: $1,050 | 2017: 0.00<br>2018: $1,050.00 |
| Melody Drummond Hansen | 2018: 14.3 | | 8 | 2018: $935 | 2018: $7,480.00 |
| Marissa Rhoades | 2018: 21.6 | | 8 | 2018: $475 | 2018: $3,800.00 |
| **Reply to Plaintiffs' Opposition to Motion for Attorney's Fees** | 119 | $73,722.50 | 49 | | $30,660.00 |
| Cara Gagliano | 57.5 | | 24 | $640 | $15,360.00 |
| Diana Diaz | 1.1 | | 1 | $220 | $220.00 |
| Eric Ormsby | 20.6 | | 8 | $475 | $3,800.00 |
| Melody Drummond Hansen | 17.0 | | 8 | $935 | $7,480.00 |
| Marissa Rhoades | 22.8 | | 8 | $475 | $3,800.00 |
| **Total** | 903.88 | $526,893.50 | 446.20 | | $259,900.50 |

EX. 2 – No. 17-cv-04002-LB                     3