CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA 94041
Telephone: (650) 564-7929

**Attorney for Plaintiffs**
Open Source Security Inc. &
Bradley Spengler

MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

**Attorneys for Defendant**
Bruce Perens

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

OPEN SOURCE SECURITY INC. and BRADLEY SPENGLER

Plaintiff,

v.

BRUCE PERENS, and Does 1-50,

Defendants.

Case No.: 3:17-cv-04002-LB

**JOINT STATEMENT BY THE PARTIES Re: ECF No. 97 – MEET AND CONFER**

Location: Courtroom C, 15th Floor
Judge: Hon. Laurel Beeler

**JOINT STATEMENT**

Based on the Court's Order (ECF No. 97), the parties met and conferred on June 12, 2018. Plaintiffs expressed their position of proceeding forward with their appeals, however, Plaintiffs are willing to consider the Ninth Circuit ADR as an alternative for the attorney fee disagreement (ECF Nos. 95 and 96). Plaintiffs also proposed a solution to remove the second appeal notice (ECF No. 96) from the Ninth Circuit docket.

Mr. Perens expressed that he remains open to settlement discussions with a magistrate judge as the Court suggested. Plaintiffs, however, indicated that they are unwilling to discuss settlement on the merits and would only be willing to discuss whether Mr. Perens would agree to a reduction of the Court's fees award while Plaintiffs continue their appeal. Mr. Perens believes that a settlement conference limited to discussion of the fees award rather than a resolution the overall dispute is unlikely to be productive.

Therefore, no agreement was reached at this time regarding referral to a magistrate judge.

Respectfully Submitted,

| Date: June 14, 2018<br><br>MELODY DRUMMOND HANSEN<br>HEATHER J. MEEKER<br>CARA L. GAGLIANO<br>O'MELVENY & MYERS LLP<br><br>By: */s/ Melody Drummond Hansen*<br>Melody Drummond Hansen<br>Attorneys for Defendant Bruce Perens | Date: June 14, 2018<br><br>CHHABRA LAW FIRM, PC<br><br>By: */s/Rohit Chhabra*<br>Rohit Chhabra<br>Attorney for Plaintiffs<br>Open Source Security Inc. & Bradley Spengler |
|---|---|

**ATTESTATION CLAUSE**

I, Rohit Chhabra, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of this document.

Dated: June 14, 2018

CHHABRA LAW FIRM, PC

By: */s/ Rohit Chhabra*
Rohit Chhabra
Attorney for Plaintiffs Open Source Security, Inc. and Bradley Spengler