# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPEN SOURCE SECURITY, INC., et al )
                                )     Case No. 3:17-cv-04002
           Plaintiff(s), )
vs                            )
                                )     Supersedeas/Appeal Bond
BRUCE PERENS,               )     No.: 2160532
                                )
           Defendant(s) )

      WE, OPEN SOURCE SECURITY, INC., as Principal, and GREAT AMERICAN INSURANCE COMPANY, as Surety, are bound to BRUCE PERENS, as Obligee, jointly and severally in the sum of $300,000.00, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

      THE CONDITION OF THIS BOND, is that if the Principal shall satisfy any money judgment contained in the above case in full, including, if allowed by law, costs, interest, attorney's fees and damages for delay in the event an appeal of said order/judgment is dismissed or is affirmed, but in no event to exceed the penalty amount set out above, then this obligation shall be null and void; otherwise, to remain in full force and effect.

Signed and sealed this 21st day June, 2018

_____
Principal or Attorney for Principal
Rohit Chhabra (SBN 278798)

Great American Insurance Company
301 E 4th Street, Cincinnati, OH 45202

_____
By: Nicholas A. Hanley, Attorney-in-Fact
     And California Agent License # 0G73394

APPROVED BY ME ON THIS

_____DAY OF _____, 20____

_____
(Judge)(Clerk)

# GREAT AMERICAN INSURANCE COMPANY®

**Administrative Office:** 301 E 4TH STREET • CINCINNATI, OHIO 45202 • 513-369-5000 • FAX 513-723-2740

The number of persons authorized by
this power of attorney is not more than    TWO

No. 0  20820

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That the GREAT AMERICAN INSURANCE COMPANY, a corporation organized and existing under and by virtue of the laws of the State of Ohio, does hereby nominate, constitute and appoint the person or persons named below, each individually if more than one is named, its true and lawful attorney-in-fact, for it and in its name, place and stead to execute on behalf of the said Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; provided that the liability of the said Company on any such bond, undertaking or contract of suretyship executed under this authority shall not exceed the limit stated below.

| Name | Address | Limit of Power |
|------|---------|----------------|
| NICHOLAS A. HANLEY | BOTH OF | BOTH |
| APRIL M. REAGAN | TALLAHASSEE, FLORIDA | $10,000,000 |

This Power of Attorney revokes all previous powers issued on behalf of the attorney(s)-in-fact named above.

IN WITNESS WHEREOF the GREAT AMERICAN INSURANCE COMPANY has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this       13TH       day of       SEPTEMBER       ,   2016   .

Attest



*Assistant Secretary*

GREAT AMERICAN INSURANCE COMPANY

*Divisional Senior Vice President*

DAVID C. KITCHIN (877-377-2405)

STATE OF OHIO, COUNTY OF HAMILTON - ss:
On this       13TH       day of       SEPTEMBER       ,   2016   , before me personally appeared DAVID C. KITCHIN, to me known, being duly sworn, deposes and says that he resides in Cincinnati, Ohio, that he is a Divisional Senior Vice President of the Bond Division of Great American Insurance Company, the Company described in and which executed the above instrument; that he knows the seal of the said Company; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by authority of his office under the By-Laws of said Company, and that he signed his name thereto by like authority.

Susan A. Kohorst
Notary Public, State of Ohio
My Commission Expires 05-18-2020

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of Great American Insurance Company by unanimous written consent dated June 9, 2008.

*RESOLVED: That the Divisional President, the several Divisional Senior Vice Presidents, Divisional Vice Presidents and Divisonal Assistant Vice Presidents, or any one of them, be and hereby is authorized, from time to time, to appoint one or more Attorneys-in-Fact to execute on behalf of the Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; to prescribe their respective duties and the respective limits of their authority; and to revoke any such appointment at any time.*

*RESOLVED FURTHER: That the Company seal and the signature of any of the aforesaid officers and any Secretary or Assistant Secretary of the Company may be affixed by facsimile to any power of attorney or certificate of either given for the execution of any bond, undertaking, contract of suretyship, or other written obligation in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.*

## CERTIFICATION

I, STEPHEN C. BERAHA, Assistant Secretary of Great American Insurance Company, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of June 9, 2008 have not been revoked and are now in full force and effect.

Signed and sealed this       21       day of       JUNE       2018   .



*Assistant Secretary*

S1029AF (06/15)