CHHABRA LAW FIRM, PC
ROHIT CHHABRA (SBN 278798)
Email: rohit@thelawfirm.io
257 Castro Street Suite 104
Mountain View, CA  94041
Telephone: (650) 564-7929

**Attorney for Plaintiffs**
Open Source Security Inc. &
Bradley Spengler

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPEN SOURCE SECURITY INC. and BRADLEY SPENGLER<br><br>     Plaintiff,<br><br>  v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>     Defendants. | Case No.: 3:17-cv-04002-LB<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO STAY EXECUTION OF JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND**<br><br>Judge: Hon. Laurel Beeler |

3:17-CV-04002-LB

Order

# [Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO STAY EXECUTION OF JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND

Upon consideration of the motion filed by Plaintiffs seeking to (1) Stay Execution of the Judgment Pending Appeal and (2) to Approve Supersedeas Bond, IT IS HEREBY ORDERED that the motion is GRANTED and:

1. The supersedeas bond proffered by Plaintiffs, in the amount of $300,000 (Three Hundred Thousand Dollars), secured by GREAT AMERICAN INSURANCE COMPANY as surety on behalf of OPEN SOURCE SECURITY, INC. as principal is HEREBY APPROVED; and

2. Execution upon the Order entering Judgment in favor of Defendant dated June 9 2018, is HEREBY STAYED pursuant to Fed.R.Civ.P. 62 (b) and (d), pending disposition of Plaintiffs' appeals, Nos. 18-15189 and 18-16082, before the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Date: _____

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE