|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 4 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

OPEN SOURCE SECURITY, INC., a Pennsylvania corporation and BRADLEY SPENGLER,

        Plaintiffs-Appellants,

 v.

BRUCE PERENS,

        Defendant-Appellee.

No. 18-16082

D.C. No. 3:17-cv-04002-LB
Northern District of California,
San Francisco

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

    Appellee's unopposed motion (Docket Entry No. 9) to maintain the unredacted opening brief and Volume 2 of the excerpts of record under seal is granted. The Clerk shall publicly file the notice of intent to unseal, the motion to seal, and Volume 1 of the excerpts of record, and shall file under seal the attachment to the motion to seal (the proposed redacted versions), the unredacted opening brief and Volume 2 of the excerpts of record.

    Within 7 days after the date of this order, appellants shall submit for public filing a redacted opening brief and Volume 2, using the redactions contained in the attachment to the motion to seal.

    The existing briefing schedule shall continue in effect.

SVG/Sealed Documents