

| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 9 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

OPEN SOURCE SECURITY, INC., a Pennsylvania corporation and BRADLEY SPENGLER,

        Plaintiffs-Appellants,

 v.

BRUCE PERENS,

        Defendant-Appellee.

No. 18-16082

D.C. No. 3:17-cv-04002-LB
Northern District of California,
San Francisco

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

    Appellee's unopposed motion (Docket Entry No. 25) to file Volume 3 of the supplemental excerpts of record under seal is granted. The Clerk shall publicly file the motion, the answering brief, and Volumes 1 and 2 of the supplemental excerpts of record, and shall file Volume 3 under seal.

    The optional reply brief remains due February 8, 2019.