MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     +1 650 473 2600
Facsimile:     +1 650 473 2601

CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>            Plaintiffs,<br><br>     v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>            Defendants. | Case No. 3:17-cv-04002-LB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL CARA L. GAGLIANO** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2     Please take notice that attorney Cara L. Gagliano hereby withdraws as counsel of record
3  for Defendant Bruce Perens.  O'Melveny & Myers LLP will continue to represent Mr. Perens in
4  this matter.

Dated:  August 1, 2019

MELODY DRUMMOND HANSEN
HEATHER J. MEEKER
CARA L. GAGLIANO
O'MELVENY & MYERS LLP


By:   */s/ Cara L. Gagliano*
         Cara L. Gagliano
Attorneys for Defendant Bruce Perens