UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OPEN SOURCE SECURITY, INC., a
Pennsylvania corporation and
BRADLEY SPENGLER,

        Plaintiffs - Appellants,

  v.

BRUCE PERENS,

        Defendant - Appellee.

No. 18-15189

D.C. No. 3:17-cv-04002-LB
U.S. District Court for Northern
California, San Francisco

**MANDATE**

     The judgment of this Court, entered February 06, 2020, takes effect this

date.

     This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                     FOR THE COURT:

                     MOLLY C. DWYER
                     CLERK OF COURT

                     By: Nixon Antonio Callejas Morales
                     Deputy Clerk
                     Ninth Circuit Rule 27-7