JAMIE WILLIAMS (S.B. # 279046)
jamie@eff.org
AARON MACKEY (S.B. #286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: +1 415 436-9333
Facsimile: +1 415 436-9993

Attorneys for Defendant
Bruce Perens

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN SOURCE SECURITY, INC. and BRADLEY SPENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>Defendants. | Case No. 3:17-cv-04002-LB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BRUCE PERENS PURSUANT TO CIVIL L.R. 5-1(C)(2)**<br><br>Action Filed: July 17, 2017 |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Jamie Williams of Electronic Frontier Foundation, hereby enters her appearance on behalf of Defendant Bruce Perens in this matter.

Appearing counsel requests that all papers in this action be served on the undersigned at the address below:

> Jamie Williams
> Electronic Frontier Foundation
> 815 Eddy Street
> San Francisco, California 94109
> San Francisco, CA 94109
> Telephone: +1 415 436-9333
> Facsimile: +1 415 436-9993
> Email: jamie@eff.org

Jamie Williams is admitted to practice and in good standing in this Court.

DATED: March 26, 2020          Electronic Frontier Foundation

                               By:  /s/ *Jamie Williams*
                                    Jamie Williams
                                    Attorneys for Defendant Bruce Perens