MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
HEATHER J. MEEKER (S.B. #172148)
hmeeker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:   +1 650 473 2600
Facsimile:   +1 650 473 2601

KAITLYN A. GOSEWEHR (S.B. #313458)
kgosewehr@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

JAMIE WILLIAMS (S.B. #279046)
jamie@eff.org
AARON MACKEY (S.B. #286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
Telephone:   +1 415 436 9333
Facsimile:   +1 415 436 9993

Attorneys for Defendant
Bruce Perens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| OPEN SOURCE SECURITY, INC., and BRADLEY SPENGLER,<br><br>  Plaintiffs,<br><br>  v.<br><br>BRUCE PERENS, and Does 1-50,<br><br>  Defendants. | Case No. 3:17-cv-04002-LB<br><br>**STIPULATION RE FEES AND COSTS** |

Plaintiffs Open Source Security, Inc. and Bradley Spengler (hereinafter, "Plaintiffs"), and Defendant Bruce Perens (hereinafter, "Defendant"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on July 17, 2017, Plaintiff Open Source Security, Inc. commenced this action and thereafter moved to join the company's CEO, Bradley Spengler, to the case (Dkts. 1, 19);

WHEREAS, on October 2, 2017, Plaintiffs filed their First Amended Complaint, asserting claims of defamation per se, defamation per quod, false light, and intentional interference with prospective economic advantage (Dkt. 18);

WHEREAS, on October 31, 2017, Defendant filed a motion to dismiss and a special motion to strike the First Amended Complaint pursuant to the California Anti-SLAPP statute (Dkt. 30);

WHEREAS, on December 21, 2017, the Court dismissed each of Plaintiffs' claims and held that Defendant's statements "were made in a public forum and concern issues of public interest, and the plaintiffs have not shown a probability of prevailing on their claims" (Dkt. 53);

WHEREAS, on February 5, 2018, Plaintiffs filed a Notice of Appeal to the Ninth Circuit Court of Appeals of the Court's dismissal order (Dkt. 59);

WHEREAS, on June 9, 2018, after reviewing all of the evidence before it, the Court awarded Defendant $259,900.50 in fees and $2,403.12 in costs related to the litigation in the district court (Dkt. 95);

WHEREAS, on June 11, 2018, Plaintiffs filed a Notice of Appeal of the Court's attorneys' fees award (Dkt. 96);

WHEREAS, on June 22, 2018, Plaintiffs filed a $300,000 supersedeas bond, underwritten by Great American Insurance Company (Bond No. 2160532), and an unopposed motion to stay execution of the judgment pending appeal (Dkt. 100);

WHEREAS, on June 24, 2018, the Court granted Plaintiffs' motion for a stay of execution of the judgment and approved Plaintiffs' $300,000 bond (Dkt. 101);

WHEREAS, on February 6, 2020, following Plaintiffs' appeal of both the merits of the

Court's dismissal order and the award of attorneys' fees, the Ninth Circuit Court of Appeals affirmed the Court's dismissal order and the attorneys' fee award (Dkt. 105);

WHEREAS, on appeal, Mr. Perens was represented by Electronic Frontier Foundation ("EFF") and O'Melveny & Myers LLP ("O'Melveny") on the merits portion of the appeal, and by O'Melveny on the fees portion;

WHEREAS, Defendant's attorneys' fees and costs incurred in responding to Plaintiffs' appeals exceed the amount remaining in bond, and the parties wish to avoid any further litigation and controversy regarding the additional amounts of Defendant's attorneys' fees and costs incurred;

NOW, THEREFORE, the parties stipulate:

1. Great American Insurance Company shall issue a payment under Bond No. 2160532 for its penal sum, $300,000.00 (three hundred thousand dollars and zero cents), to cover Defendant's attorneys' fees and costs.

2. Of that $300,000.00:

- $262,303.62 shall be paid to O'Melveny pursuant to the Court's June 9, 2018 award of attorneys' fees and costs related to litigation in the district court;
- $2,210.36 shall be paid to O'Melveny to cover its costs related to Plaintiffs' appeal of the dismissal of this action and appeal of the attorneys' fees award;
- $1,011.67 shall be paid to the EFF to cover its costs related to Plaintiffs' appeal of the dismissal of this action; and
- $34,474.35 shall be paid to the EFF to cover a portion of its attorneys' fees related to Plaintiffs' appeal of the dismissal of this action.

3. Great American Insurance Company will make all reasonable efforts to complete payment within twenty (20) days of the Effective Date of this stipulation. Payment of this money will be made via check after receipt of necessary information from Defendant's counsel.

4. Plaintiffs will reasonably cooperate with Defendant to ensure the funds are released by Great American Insurance Company to Defendant's counsel in a timely manner.

5. Provided that Plaintiffs reasonably cooperate in good faith with Defendant and Great American Insurance Company, taking all reasonable steps in Plaintiffs' control to ensure that the funds are released from Great American Insurance Company in a timely manner, Defendant agrees to forgo additional attorneys' fees related to the appeals to which he would be entitled.

6. Upon issuance of that payment, Bond No. 2160532 is discharged, and Great American Insurance Company and Plaintiffs are released from any further obligations thereunder.

7. The Parties agree that this Court has jurisdiction for purposes of enforcing this Stipulation.

IT IS SO STIPULATED.

Dated: March 24, 2020        MELODY DRUMMOND HANSEN
                             HEATHER J. MEEKER
                             KAITLYN A. GOSEWEHR
                             O'MELVENY & MYERS LLP


                             By:   */s/ Melody Drummond Hansen*
                                        Melody Drummond Hansen

                             Attorneys for Defendant
                             Bruce Perens

Dated: March 24, 2020        JAMIE WILLIAMS
                             AARON MACKEY
                             ELECTRONIC FRONTIER FOUNDATION


                             By:   */s/ Jamie Williams*
                                        Jamie Williams

                             Attorneys for Defendant
                             Bruce Perens

Dated: March 24, 2020          ROHIT CHHABRA
CHHABRA LAW FIRM, PC

By:    */s/ Rohit Chhabra*
           Rohit Chhabra

Attorneys for Plaintiffs
Open Source Security, Inc. and
Bradley Spengler

\* Pursuant to Local Civil Rule 5-1(i)(3), I, Jamie Williams, attest that I obtained the concurrence of Rohit Chhabra and Melody Drummond Hansen, in the filing of this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 26, 2020          By:    */s/ Jamie Williams*
                                                     Jamie Williams

## (~~PROPOSED~~) ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 27, 2020

HONORABLE LAUREL BEELER
United States Magistrate Judge